EXHIBIT C

Large batches of buyer-paid requests

| Flooring date | Stock # | Floorplan status summary | Total requested | Total funded | Amount ACH'd next day |
|---|---|---|---|---|---|
| 6/11/2015 | | | $ 223,134.84 | $ 217,882.84 | $ 195,449.63 |
| 6/22/2015 | | denied, 5 completed | $ 494,894.57 | $ 184,460.00 | $ 304,759.25 |
| 7/21/2015 | | | $ 262,300.00 | $ 237,050.00 | $ 339,876.74 |
| 7/27/2015 | | | $ 126,498.00 | $ 120,824.00 | $ 477,751.15 |
| 7/30-31/2015 | | | $ 534,205.00 | $ 516,630.00 | $ 699,511.72 |
| 8/6/2015 | | | $ 154,389.00 | $ 154,389.00 | $ 450,201.28 |
| 9/9/2015 | | | $ 295,500.00 | $ 291,500.00 | $ 821,833.54 |
| 9/11/2015 | | | $ 325,087.84 | $ 265,520.00 | $ 537,885.97 |
| 9/24/2015 | | | $ 305,896.56 | $ 291,296.56 | $ 623,258.46 |
| 9/29/2015 | | | $ 232,000.00 | $ 226,775.00 | $ 41,387.97 |
| 10/27/2015 | | | $ 193,757.12 | $ 183,025.00 | $ 301,820.98 |
| 12/29/2015 | | | $ 322,545.00 | $ 305,445.00 | $ 453,532.61 |
| 1/19/2016 | | | $ 149,800.00 | $ 149,250.00 | $ 111,291.13 |
| 1/21/2016 | | | $ 115,500.00 | $ 113,450.00 | $ 558.21 |
| 1/25/2016 | | | $ 305,745.00 | $ 285,345.00 | $ 396,559.45 |
| 2/25/2016 | | | $ 309,228.73 | $ 279,270.40 | $ 180,181.00 |
| 3/10/2016 | | 1 denied, 3 completed | $ 505,593.46 | $ 66,350.00 | $ 112,288.41 |
| 3/17/2016 | | denied, 2 written off, 11 completed | $ 341,748.67 | $ 298,158.67 | $ 311,258.09 |
| 3/31/2016 | | | $ 241,933.56 | $ 237,933.61 | $ 219,982.67 |
| 4/4/2016 | | | $ 95,496.98 | $ 87,900.00 | $ 358,398.61 |
| 4/15/2016 | | | $ 131,540.00 | $ 126,415.00 | $ 259,210.56 |
| 4/27/2016 | | | $ 88,850.00 | $ 82,425.00 | $ 517,724.89 |
| 5/5/2016 | | | $ 172,175.00 | $ 150,225.00 | $ 271,350.63 |
| 5/24/2016 | | | $ 407,500.00 | $ 355,600.00 | $ 191,518.56 |
| 6/22/2016 | | | $ 117,500.00 | $ 115,400.00 | $ 105,461.03 |
| 7/1/2016 | | | $ 48,305.00 | $ 45,155.00 | $ 182,788.19 |
| 7/15/2016 | | | $ 56,770.00 | $ 53,250.00 | $ 225,847.83 |

| ACH date | Additional notes |
|---|---|
| 6/12/2015 | |
| 6/23/2015 | third refloors requests, over 365 days old, fraudulent BOS with increased purchase price |
| 7/22/2015 | |
| 7/28/2015 | |
| 7/31/2015, 8/1/2015 | |
| 8/7/2015 | |
| 9/10/2015 | |
| 9/14/2015 | |
| 9/25/2015 | |
| 9/30/2015 | |
| 10/28/2015 | |
| 12/31/2015 | |
| 1/20/2016 | |
| 1/21/2016 | |
| 1/25/2016 | |
| 2/25/2016 | |
| 3/11/2016 | refloor requests, fraudulent BOS with increased PP, refloor requests within 15 days of previous unit |
| 3/17/2016 | |
| 4/1/2016 | |
| 4/5/2016 | |
| 4/18/2016 | |
| 4/28/2016 | |
| 5/6/2016 | |
| 5/25/2016 | |
| 6/23/2016 | |
| 7/1/2016 | |
| 7/15/2016 | |