# EXHIBIT E

S-2017-000025-0290 01/12/2017 2:07:41 PM  Pg 1 of 11  Trans ID: MCS201720244

# COMPLAINT - SUMMONS

**THE STATE OF NEW JERSEY**
**VS.**
**ANTONIO L GUTIERREZ**

COMPLAINT NUMBER: 0290 S 2017 000025

COURT CODE: | PREFIX: | YEAR: | SEQUENCE NO.

CENTRAL MUN CT BERGEN COUNTY
71 HUDSON STREET
HACKENSACK    NJ  07601-0000
201-336-6222   COUNTY OF: BERGEN

ADDRESS: 1003 82ND STREET, #1

NORTH BERGEN   NJ  07047-0000

**DEFENDANT INFORMATION**
SEX: M   EYE COLOR: BROWN   DOB: [redacted]
DRIVER'S LIC. #: [redacted]   DL STATE: NJ
SOCIAL SECURITY #: [redacted]   SBI #:
TELEPHONE #:
LIVESCAN PCN #:

# of CHARGES: 3 | CO-DEFTS | POLICE CASE #:

COMPLAINANT NAME: DANNY LIM
10 MAIN STREET
ROOM 215
HACKENSACK   NJ  07601

By certification or on oath, the complainant says that to the best of his/her knowledge, information and belief the named defendant on or about 09/29/2016 in CENTRAL MUN CT BERGEN COUNTY, BERGEN County, NJ did:

WITHIN THE JURISDICTION OF THIS COURT, ON OR ABOUT, DURING AND BETWEEN, SEPTEMBER 1, 2016 AND OCTOBER 31, 2016, ANTONIO GUTIERREZ DID COMMIT THEFT BY PURPOSELY OBTAINING OR RETAINING PROPERTY OR MONEY WITH A VALUE OF $75,000.00 OR MORE, BELONGING TO NEXTGEAR CAPITAL, UPON AGREEMENT OR SUBJECT TO A KNOWN LEGAL OBLIGATION TO MAKE SPECIFIED PAYMENT OR OTHER DISPOSITION AND DID DEAL WITH SAID PROPERTY OR MONEY AS HIS OWN AND DID FAIL TO MAKE THE REQUIRED PAYMENT OR DISPOSITION; A VIOLATION OF N.J.S.A. 2C:20-9, A 2ND DEGREE CRIME.

WITHIN THE JURISDICTION OF THIS COURT, ON OR ABOUT, DURING AND BETWEEN, SEPTEMBER 1, 2016 AND OCTOBER 31, 2016, ANTONIO GUTIERREZ DID ENGAGE IN TRANSACTIONS INVOLVING PROPERTY, NAMELY MONIES (FUNDS) AND/OR UNITED STATES CURRENCY IN EXCESS OF $500,000.00, KNOWN OR WHICH A REASONABLE PERSON WOULD BELIEVE TO BE DERIVED FROM CRIMINAL ACTIVITY, NAMELY THE THEFT BY FAILURE TO MAKE LAWFUL DISPOSITION OF MONIES TO NEXTGEAR CAPITAL AND DEFRAUDING SECURED

in violation of:

| Original Charge | 1) 2C:20-9 | 2) 2C:21-25B(2)(A) | 3) 2C:21-12 |
|---|---|---|---|
| Amended Charge | | | |

**CERTIFICATION:**
I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Signed: DANNY LIM                                    Date: 01/17/2017

The complaining witness is a law enforcement officer and a judicial probable cause determination is not required prior to the issuance of this Complaint-Summons.

**SUMMONS:**
YOU ARE HEREBY SUMMONED to appear before the Superior Court in the county of ____ at the following address:

If you fail to appear on the date and at the time stated below, a warrant may be issued for your arrest.

Date of Arrest: ____   Appearance Date: 02/01/2017   Time: 08:30AM   Phone:

DANNY LIM                      01/17/2017
Signature of Person Issuing Summons         Date

☐ Domestic Violence – Confidential
☐ Related Traffic Tickets or Other Complaints
☐ Serious Personal Injury/Death Involved

Special conditions of release:
☐ No phone, mail or other personal contact w/victim
☐ No possession firearms/weapons
☐ Other (specify):

ORIGINAL

Page 1 of 7                NJ/GD 11/17/2017

S-2017-000025-0290 01/12/2017 2:07:41 PM   Pg 2 of 11   Trans ID: MCS201720244

## COMPLAINT - SUMMONS

| COMPLAINT NUMBER | | | | STATE V. |
|---|---|---|---|---|
| 0290 | S | 2017 | 000025 | ANTONIO L GUTIERREZ |
| COURT CODE | PREFIX | YEAR | SEQUENCE NO. | |

CREDITORS, WITH THE INTENT TO FACILITATE OR PROMOTE THE CRIMINAL ACTIVITY OR DID SO KNOWING THAT THE TRANSACTION WAS DESIGNED IN WHOLE OR IN PART TO CONCEAL OR DISGUISE THE NATURE, LOCATION, SOURCE, OWNERSHIP OR CONTROL OF THE PROPERTY DERIVED FROM CRIMINAL ACTIVITY, A VIOLATION OF N.J.S.A. 2C:21-25B(2)A, A 1ST DEGREE CRIME.

WITHIN THE JURISDICTION OF THIS COURT, ON OR ABOUT,, DURING AND BETWEEN, SEPTEMBER 1, 2016 AND OCTOBER 31, 2016, ANTONIO GUTIERREZ DID DESTROY, REMOVE, CONCEAL, ENCUMBER, TRANSFER OR OTHERWISE DEAL WITH PROPERTY SUBJECT TO A SECURITY INTEREST, NAMELY NEXTGEAR CAPITAL, WITH PURPOSE TO HINDER ENFORCEMENT OF THAT INTEREST; A VIOLATION OF N.J.S.A. 2C:21-12, A 4TH DEGREE CRIME.

| Original Charge | | | |
|---|---|---|---|
| Amended Charge | | | |

COMPLAINT - SUMMONS
Page 1 of 7   NJCDR1 1/1/2017

S-2017-000025-0290 01/12/2017 2:07:41 PM   Pg 3 of 11   Trans ID: MCS201720244

## COMPLAINT – SUMMONS (Court Action)

**COMPLAINT NUMBER:** 0290 S 2017 000025

**STATE V.** ANTONIO L GUTIERREZ

**FTA Bail Information** | Date Bail Set: | Amount Bail Set: $_____ | by: _____ | ☐ Bail Recog. Attached
Released on Bail | R.O.R. | Committed Default | Committed w/o Bail | Place Committed: | Date Referred to County Prosecutor: _____

**Date of First Appearance:** 03/01/2017   ☐ Advised of Rights by _____

**Defendant Desires Counsel:** ☐ Yes  ☐ No

**Prosecuting Attorney Information**
Name: State | County | Municipal | Other

**Defense Counsel Information**
Name: None | Retained | Public Def | Assigned | Waived | Other

| | | | |
|---|---|---|---|
| Original Charge | 1) 2C:20-9 | 2) 2C:21-25B(2)(A) | 3) 2C:21-12 |
| Amended Charge | | | |
| Waiver Indt/Jury | | | |
| Plea/Date of Plea | Plea:   Date: | Plea:   Date: | Plea:   Date: |
| Adjudication (* see code) | Finding Code:   Date: | Finding Code:   Date: | Finding Code:   Date: |
| Jail Term | Jail time credit   Susp. Imp | Jail time credit   Susp. Imp | Jail time credit   Susp. Imp |
| Probation Term | Susp. Imp | Susp. Imp | Susp. Imp |
| Cond. Discharge Term | | | |
| Community Service | | | |
| D/L Suspension Term | | | |
| Fines/Costs | Fines:   Costs: | Fines:   Costs: | Fines:   Costs: |
| VCCB/SNSF | VCCB:   SNSF: | VCCB:   SNSF: | VCCB:   SNSF: |
| DEDR/Lab Fee | DEDR:   LAB: | DEDR:   LAB: | DEDR:   LAB: |
| CD Fee/Drug Ed Fnd | CD:   DAEF: | CD:   DAEF: | CD:   DAEF: |
| DV Surch/Other Fees | DV:   Other: | DV:   Other: | DV:   Other: |
| Restitution Beneficiary: | | | |

Miscellaneous Information, Adjournments, Companion Complaints, Co-Defendants, Case Notes:

Related Traffic Tickets and Complaints:

**Finding Codes**
1 – Guilty
2 – Not Guilty
3 – Dismissed – Other
4 – Guilty but Merged
5 – Dismissed-Rule
6 – Dismissed Lack of Prosecution
7 – Dismissed – Pros Motion/Vio Req
8 – Conditional Discharge
D – Dismissed- Prosecutor Discretion
M – Dismissed- Mediation
P – Dismissed-Plea Agreement
S – Disposed at Superior
W – Dismissed-False ID

JUDGE'S SIGNATURE _____ DATE _____   Page 3 of 7   ORIGINAL – Court Action   NJ/CDR1 1/1/2017

S-2017-000025-0290 01/12/2017 2:07:41 PM  Pg 4 of 11  Trans ID: MCS201720244

## COMPLAINT – SUMMONS (Court Action)

**COMPLAINT NUMBER:** 0290 S 2017 000025
(COURTCODE / PREFIX / YEAR / SEQUENCE NO.)

**STATE V.** ANTONIO L GUTIERREZ

**FTA Bail Information**
- Date Bail Set:
- Amount Bail Set: $_____ by: _____
- ☐ Bail Recog. Attached
- ☐ Released on Bail  ☐ R.O.R.  ☐ Committed Default  ☐ Committed w/o Bail
- Place Committed:
- Date Referred to County Prosecutor: _____

**Date of First Appearance:** 02/01/2017   ☐ Advised of Rights by _____

**Defendant Desires Counsel:** ☐ Yes  ☐ No

**Prosecuting Attorney Information**
Name: _____
☐ State ☐ County ☐ Municipal ☐ Other

**Defense Counsel Information**
Name: _____
☐ None ☐ Retained ☐ Public Def ☐ Assigned ☐ Waived ☐ Other

| | Defendant | | | |
|---|---|---|---|---|
| Original Charge | | | | |
| Amended Charge | | | | |
| Waiver Indt/Jury | | | | |
| Plea/Date of Plea | Plea: Date: | Plea: Date: | Plea: Date: | |
| Adjudication (* see code) | Finding Code: Date: | Finding Code: Date: | Finding Code: Date: | |
| Jail Term | Jail time credit / Susp. Imp | Jail time credit / Susp. Imp | Jail time credit / Susp. Imp | |
| Probation Term | Susp. Imp | Susp. Imp | Susp. Imp | |
| Cond. Discharge Term | | | | |
| Community Service | | | | |
| D/L Suspension Term | | | | |
| Fines/Costs | Fines: Costs: | Fines: Costs: | Fines: Costs: | |
| VCCB/SNSF | VCCB: SNSF: | VCCB: SNSF: | VCCB: SNSF: | |
| DEDR/Lab Fee | DEDR: LAB: | DEDR: LAB: | DEDR: LAB: | |
| CD Fee/Drug Ed Fnd | CD: DAEF: | CD: DAEF: | CD: DAEF: | |
| DV Surch/Other Fees | DV: Other: | DV: Other: | DV: Other: | |
| Restitution Beneficiary: | | | | |

Miscellaneous Information, Adjournments, Companion Complaints, Co-Defendants, Case Notes:

Related Traffic Tickets and Complaints:

**Finding Codes**
1 – Guilty
2 – Not Guilty
3 – Dismissed – Other
4 – Guilty but Merged
5 – Dismissed-Rule
6 – Dismissed Lack of Prosecution
7 – Dismissed – Pros Motion/Vic Req
8 – Conditional Discharge
D – Dismissed- Prosecutor Discretion
M – Dismissed- Mediation
P – Dismissed-Plea Agreement
S – Disposed at Superior
W – Dismissed-False ID

JUDGE'S SIGNATURE _____ DATE _____

COMPLAINT - SUMMONS (Court Action)
Page 2 of 7   NJ/CDR1.1/1/2017

S-2017-000025-0290 01/12/2017 2:07:41 PM  Pg 5 of 11  Trans ID: MCS201720244

## COMPLAINT - SUMMONS (DEFENDANT'S COPY)

| COMPLAINT NUMBER | THE STATE OF NEW JERSEY |
|---|---|
| 0290 : S : 2017 : 000025 | VS. |
| COURT CODE  PREFIX  YEAR  SEQUENCE NO. | ANTONIO L GUTIERREZ |
| CENTRAL MUN CT BERGEN COUNTY<br>71 HUDSON STREET<br>HACKENSACK   NJ  07601-0000<br>201-336-6222   COUNTY OF: BERGEN | ADDRESS: 1003 82ND STREET, #1<br><br>NORTH BERGEN        NJ  07047-0000 |
| # of CHARGES: 3   CO-DEFTS   POLICE CASE #: | DEFENDANT INFORMATION<br>SEX: M  EYE COLOR: BROWN   DOB:<br>DRIVER'S LIC. #:                    DL STATE: NJ |
| COMPLAINANT<br>NAME:   DANNY  LIM | SOCIAL SECURITY #:            SBI #:<br>TELEPHONE #:<br>LIVESCAN PCN #: |

By certification or on oath, the complainant says that to the best of his/her knowledge, information and belief the named defendant on or about 09/29/2016 in CENTRAL MUN CT BERGEN COUNTY, BERGEN County, NJ did: WITHIN THE JURISDICTION OF THIS COURT, ON OR ABOUT, DURING AND BETWEEN, SEPTEMBER 1, 2016 AND OCTOBER 31, 2016, ANTONIO GUTIERREZ DID COMMIT THEFT BY PURPOSELY OBTAINING OR RETAINING PROPERTY OR MONEY WITH A VALUE OF $75,000.00 OR MORE, BELONGING TO NEXTGEAR CAPITAL, UPON AGREEMENT OR SUBJECT TO A KNOWN LEGAL OBLIGATION TO MAKE SPECIFIED PAYMENT OR OTHER DISPOSITION AND DID DEAL WITH SAID PROPERTY OR MONEY AS HIS OWN AND DID FAIL TO MAKE THE REQUIRED PAYMENT OR DISPOSITION; A VIOLATION OF N.J.S.A. 2C:20-9, A 2ND DEGREE CRIME.

WITHIN THE JURISDICTION OF THIS COURT, ON OR ABOUT, DURING AND BETWEEN, SEPTEMBER 1, 2016 AND OCTOBER 31, 2016, ANTONIO GUTIERREZ DID ENGAGE IN TRANSACTIONS INVOLVING PROPERTY, NAMELY MONIES (FUNDS) AND/OR UNITED STATES CURRENCY IN EXCESS OF $500,000.00, KNOWN OR WHICH A REASONABLE PERSON WOULD BELIEVE TO BE DERIVED FROM CRIMINAL ACTIVITY, NAMELY THE THEFT BY FAILURE TO MAKE LAWFUL DISPOSITION OF MONIES TO NEXTGEAR CAPITAL AND DEFRAUDING SECURED

| In violation of: | | | |
|---|---|---|---|
| Original Charge | 1) 2C:20-9 | 2) 2C:21-25B(2)(A) | 3) 2C:21-12 |
| Amended Charge | | | |

**CERTIFICATION:**

I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Signed: _____DANNY LIM_____                                    Date: 01/17/2017

The complaining witness is a law enforcement officer and a judicial probable cause determination is not required prior to the issuance of this Complaint-Summons.

**SUMMONS:**
YOU ARE HEREBY SUMMONED to appear before the Superior Court in the county of                    at the following address:

If you fail to appear on the date and at the time stated below, a warrant may be issued for your arrest.

| Date of Arrest: | Appearance Date: 02/01/2017   Time: 08:30 AM   Phone: |
|---|---|
| | DANNY LIM                          01/17/2017 |
| | Signature of Person Issuing Summons       Date |

| ☐ Domestic Violence – Confidential | ☐ Related Traffic Tickets or Other Complaints | ☐ Serious Personal Injury/Death Involved |
|---|---|---|

Special conditions of release:
☐ No phone, mail or other personal contact w/victim
☐ No possession firearms/weapons
☐ Other (specify):

COMPLAINT - SUMMONS (DEFENDANT'S COPY)

Page 3 of 7                              NJCDR1 11/2017

S-2017-000025-0290 01/12/2017 2:07:41 PM   Pg 6 of 11   Trans ID: MCS201720244

## COMPLAINT - SUMMONS (DEFENDANT'S COPY)

| COMPLAINT NUMBER | | | | STATE V. |
|---|---|---|---|---|
| 0290 | S | 2017 | 000025 | ANTONIO L GUTIERREZ |
| COURT CODE | PREFIX | YEAR | | |

CREDITORS, WITH THE INTENT TO FACILITATE OR PROMOTE THE CRIMINAL ACTIVITY OR DID SO KNOWING THAT THE TRANSACTION WAS DESIGNED IN WHOLE OR IN PART TO CONCEAL OR DISGUISE THE NATURE, LOCATION, SOURCE, OWNERSHIP OR CONTROL OF THE PROPERTY DERIVED FROM CRIMINAL ACTIVITY, A VIOLATION OF N.J.S.A. 2C:21-25B(2)A, A 1ST DEGREE CRIME.

WITHIN THE JURISDICTION OF THIS COURT, ON OR ABOUT, DURING AND BETWEEN, SEPTEMBER 1, 2016 AND OCTOBER 31, 2016, ANTONIO GUTIERREZ DID DESTROY, REMOVE, CONCEAL, ENCUMBER, TRANSFER OR OTHERWISE DEAL WITH PROPERTY SUBJECT TO A SECURITY INTEREST, NAMELY NEXTGEAR CAPITAL, WITH PURPOSE TO HINDER ENFORCEMENT OF THAT INTEREST; A VIOLATION OF N.J.S.A. 2C:21-12, A 4TH DEGREE CRIME.

Original Charge

Amended Charge

COMPLAINT - SUMMONS (DEFENDANT'S COPY)
Page 3 of 7                                                     NJ/CDR) 10/2017

S-2017-000025-0290 01/12/2017 2:07:41 PM   Pg 7 of 11   Trans ID: MCS201720244

# RETURN OF SERVICE INFORMATION

| COMPLAINT NUMBER | | | | THE STATE OF NEW JERSEY |
|---|---|---|---|---|
| 0290 | S | 2017 | 000025 | VS. |
| COURT CODE | PREFIX | YEAR | SEQUENCE NO. | ANTONIO L GUTIERREZ |

CENTRAL MUN CT BERGEN COUNTY
71 HUDSON STREET
HACKENSACK               NJ   07601-0000
201-336-6222  COUNTY   BERGEN

ADDRESS:
1003 82ND STREET, #1

NORTH BERGEN           NJ   07047-0000

| # of CHARGES | CO-DEFTS | POLICE CASE #: |
|---|---|---|
| 3 | | |

COMPLAINANT   DANNY    LIM
NAME:         10 MAIN STREET
              ROOM 215
              HACKENSACK          NJ   07601

DEFENDANT INFORMATION
SEX: M   EYE COLOR: BROWN   DOB: ▓▓▓▓▓▓▓
DRIVER'S LIC. #: ▓▓▓▓▓▓▓▓▓▓▓▓    DL STATE: NJ
SOCIAL SECURITY #: ▓▓▓▓▓▓▓▓▓     SBI #:
TELEPHONE #:
LIVESCAN PCN #:

By certification or on oath, the complainant says that to the best of his/her knowledge, information and belief the named   did:
defendant on or about 09/29/2016 in CENTRAL MUN CT BERGEN COUNTY,   BERGEN   County, NJ
WITHIN THE JURISDICTION OF THIS COURT, ON OR ABOUT, DURING AND BETWEEN,
SEPTEMBER 1, 2016 AND OCTOBER 31, 2016, ANTONIO GUTIERREZ DID COMMIT THEFT BY
PURPOSELY OBTAINING OR RETAINING PROPERTY OR MONEY WITH A VALUE OF $75,000.00 OR
MORE, BELONGING TO NEXTGEAR CAPITAL, UPON AGREEMENT OR SUBJECT TO A KNOWN LEGAL
OBLIGATION TO MAKE SPECIFIED PAYMENT OR OTHER DISPOSITION AND DID DEAL WITH SAID
PROPERTY OR MONEY AS HIS OWN AND DID FAIL TO MAKE THE REQUIRED PAYMENT OR
DISPOSITION; A VIOLATION OF N.J.S.A. 2C:20-9, A 2ND DEGREE CRIME.

WITHIN THE JURISDICTION OF THIS COURT, ON OR ABOUT, DURING AND BETWEEN,
SEPTEMBER 1, 2016 AND OCTOBER 31, 2016, ANTONIO GUTIERREZ DID ENGAGE IN
TRANSACTIONS INVOLVING PROPERTY, NAMELY MONIES (FUNDS) AND/OR UNITED STATES
CURRENCY IN EXCESS OF $500,000.00, KNOWN OR WHICH A REASONABLE PERSON WOULD
BELIEVE TO BE DERIVED FROM CRIMINAL ACTIVITY, NAMELY THE THEFT BY FAILURE TO
MAKE LAWFUL DISPOSITION OF MONIES TO NEXTGEAR CAPITAL AND DEFRAUDING SECURED

In violation of:

| Original Charge | 1) 2C:20-9 | 2) 2C:21-25B(2)(A) | 3) 2C:21-12 |
|---|---|---|---|

| Check | Certification by Police Regarding Complaint-Summons |
|---|---|
| ✓ | |
| ✓ | I certify that I served the complaint-summons by delivering a copy to the defendant personally. |
| | I certify that I personally served the complaint-summons by leaving a copy at the defendant's usual place of abode with a competent member of the household of the age 14 or over. — Name of family member over 14 years of age |
| | I certify that I mailed a copy of the complaint-summons by ordinary mail to the defendant at his or her last known address. — Defendant's last known address |
| | I certify that I served the complaint-summons by delivering a copy to a person authorized to receive service of process on the defendant's behalf. — Name and title of authorized person |
| | Other manner of service: I certify that I served the complaint-summons in the following manner: _____ |
| | I certify that I was unable to serve the complaint-summons. |

Signed: DANNY   LIM   BERGEN COUNTY PROSECUTORS OFF   Date of Action: 01/17/2017
        Name, Title and Department of Officer

RETURN OF SERVICE
INFORMATION

Page 4 of 7                                           NJ/CDR1 1/1/2017

S-2017-000025-0290 01/12/2017 2:07:41 PM   Pg 8 of 11   Trans ID: MCS201720244

## RETURN OF SERVICE INFORMATION

| COMPLAINT NUMBER | | | | STATE V. |
|---|---|---|---|---|
| 0290 | S | 2017 | 000025 | ANTONIO L GUTIERREZ |
| COURT CODE | PREFIX | YEAR | SEQUENCE NO. | |

CREDITORS, WITH THE INTENT TO FACILITATE OR PROMOTE THE CRIMINAL ACTIVITY OR DID SO KNOWING THAT THE TRANSACTION WAS DESIGNED IN WHOLE OR IN PART TO CONCEAL OR DISGUISE THE NATURE, LOCATION, SOURCE, OWNERSHIP OR CONTROL OF THE PROPERTY DERIVED FROM CRIMINAL ACTIVITY, A VIOLATION OF N.J.S.A. 2C:21-25B(2)A, A 1ST DEGREE CRIME.

WITHIN THE JURISDICTION OF THIS COURT, ON OR ABOUT, DURING AND BETWEEN, SEPTEMBER 1, 2016 AND OCTOBER 31, 2016, ANTONIO GUTIERREZ DID DESTROY, REMOVE, CONCEAL, ENCUMBER, TRANSFER OR OTHERWISE DEAL WITH PROPERTY SUBJECT TO A SECURITY INTEREST, NAMELY NEXTGEAR CAPITAL, WITH PURPOSE TO HINDER ENFORCEMENT OF THAT INTEREST; A VIOLATION OF N.J.S.A. 2C:21-12, A 4TH DEGREE CRIME.

Original Charge

Amended Charge

RETURN OF SERVICE INFORMATION
Page 4 of 7      NJ/CDR1 1/1/2017

S-2017-000025-0290 01/12/2017 2:07:41 PM  Pg 9 of 11  Trans ID: MCS201720244

## Affidavit of Probable Cause

| COMPLAINT NUMBER | | | | |
|---|---|---|---|---|
| 0290 | S | 2017 | 000025 | |
| COURT CODE | PREFIX | YEAR | SEQUENCE NO. | |

CENTRAL MUN CT BERGEN COUNTY
71 HUDSON STREET
HACKENSACK                      NJ  07601-0000
201-336-6222     COUNTY OF: BERGEN

| # of CHARGES | CO-DEFTS | POLICE CASE # |
|---|---|---|
| 3 | | |

COMPLAINANT NAME: DANNY LIM
10 MAIN STREET
ROOM 215
HACKENSACK           NJ  07601

**THE STATE OF NEW JERSEY**
**VS.**
**ANTONIO L GUTIERREZ**

ADDRESS: 1003 82ND STREET, #1
NORTH BERGEN           NJ  07047-0000

DEFENDANT INFORMATION
SEX: M   EYE COLOR: BROWN   DOB: 02/04/1977
DRIVER'S LIC. #: G94930547302772    DL STATE: NJ
SOCIAL SECURITY #: 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   SBI #:
TELEPHONE #:
LIVESCAN PCN #:

Purpose: This Affidavit/Certification is to more fully describe the facts of the alleged offense so that a judge or authorized judicial officer may determine probable cause.

1. Description of relevant facts and circumstances which support probable cause that (1) the offense(s) was committed and (2) the defendant is the one who committed it:

On or about, during and between, September 1, 2016 and October 31, 2016, Antonio Gutierrez of Luxury Haus did commit money laundering, theft, and defrauded secured creditors by borrowing money from NextGear Capital, a dealer floor plan lender, to purchase vehicles which he sold and then did not remit the proceeds as contracted. Mr. Gutierrez sold the vehicles and took the proceeds in excess of $1,000,000.00 and deposited them into various bank accounts to hide the money. Mr. Gutierrez transferred $1,000,000.00 (which he intended to utilize as his own) to Carmine Demaio, the owner of Lexus of Englewood, to further hide the money that was stolen from NextGear Capital.

Affidavit of Probable Cause
Page 5 of 7                               1/12/2017

S-2017-000025-0290 01/12/2017 2:07:41 PM  Pg 10 of 11  Trans ID: MCS201720244

# Affidavit of Probable Cause

| COMPLAINT NUMBER | | | | THE STATE OF NEW JERSEY |
|---|---|---|---|---|
| 0290 | S | 2017 | 000025 | VS. |
| COURT CODE | PREFIX | YEAR | SEQUENCE NO. | ANTONIO L GUTIERREZ |

2. I am aware of the facts above because: (Included, but not limited to: your observations, statements of eyewitnesses, defendant's admission, etc.)

During my investigation, I discovered the specific sales of vehicles belonging to NextGear Capital and large amounts of money related to the sales being transferred. Several suspicious deposits were then made to accounts not owned by Mr. Gutierrez. As a result of interviews of account holders, Carmine Demaio and Paul Gutierrez, it was learned that Mr. Gutierrez intended to hide the money and use it as his own.

3. If victim was injured, provide the extent of the injury:

N/A

Certification:
I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Signed: DANNY LIM LAW ENFORCEMENT OFFICER        Date: 01/17/2017

Affidavit of Probable Cause
Page 6 of 7                                                                1/1/2017

S-2017-000025-0290 01/12/2017 2:07:41 PM   Pg 11 of 11   Trans ID: MCS201720244

## Preliminary Law Enforcement Incident Report

**COMPLAINT NUMBER**
0290  S  2017  000025
COURT CODE | PREFIX | YEAR | SEQUENCE NO.

CENTRAL MUN CT BERGEN COUNTY
71 HUDSON STREET
HACKENSACK                NJ  07601-0000
201-336-6222  COUNTY OF: BERGEN

**THE STATE OF NEW JERSEY**
**VS.**
**ANTONIO L GUTIERREZ**

ADDRESS: 1003 82ND STREET, #1

NORTH BERGEN           NJ  07047-0000

| # of CHARGES | CO-DEFTS | POLICE CASE #: |
|---|---|---|
| 3 | | |

DEFENDANT INFORMATION
SEX: M   EYE COLOR: BROWN   DOB: [redacted]
DRIVER'S LIC. #: [redacted]                    DL STATE: NJ
SOCIAL SECURITY #: [redacted]   SBI #:
TELEPHONE #:
LIVESCAN PCN #:

COMPLAINANT NAME: DANNY LIM
10 MAIN STREET
ROOM 215
HACKENSACK           NJ  07601

**Purpose:** The Preliminary Law Enforcement Incident Report (PLEIR) is designed to be appended to, and is expressly incorporated by reference in, the Affidavit of Probable Cause. It is intended to document basic information known to the officer at the time of its preparation. It is recognized that additional relevant information will emerge as an investigation continues. The PLEIR shall be in addition to, not in lieu of, any regular police arrest, incident, or investigation reports. Note that the PLEIR is specific to each defendant charged in an investigation.

- The charge was based on the observations/statements made by an eyewitness(es). The witness statement(s) were recorded via (stationhouse interview room camera).

- The defendant was known to the victim as Other/Explain Client.

- The defendant attempted to conceal, discard or destroy evidence, Summarize Conceal proceeds of theft.

- The case involved theft and/or stolen property. The property which was stolen and/or possessed is money.

Certification:
I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.
Signed: _____DANNY LIM LAW ENFORCEMENT OFFICER_____   Date: 01/17/2017

Preliminary Law Enforcement Incident Report
Page 7 of 7                                     1/1/2017