EXHIBIT G





Account: 554
Amount: 9,900.90
PostDate: 20160927
Tran_ID:
CheckNum: 6766701124
DIN:
ReturnReasonCode:



Account: 433
Amount: 42,000.00
PostDate: 20160927
Tran_ID
CheckNum: 9728710538
DIN:
ReturnReasonCode:



Account: 554
Amount: 9,900.90
PostDate: 20160927
Tran_ID:
CheckNum: 6766701124
DIN:
ReturnReasonCode:



Account: 433
Amount: 42,000.00
PostDate: 20160927
Tran_ID:
CheckNum: 9728710538
DIN:
ReturnReasonCode:







Account: 1433
Amount: 125,000.00
PostDate: 20160927
Tran_ID:
CheckNum: 9857719946
DIN:
ReturnReasonCode:



Account: 56473
Amount: 250,000.00
PostDate: 20160928
Tran_ID:
CheckNum: 0
DIN:
ReturnReasonCode:



Account: 1433
Amount: 125,000.00
PostDate: 20160927
Tran_ID:
CheckNum: 9857719946
DIN:
ReturnReasonCode:



Account: 6473
Amount: 250,000.00
PostDate: 20160928
Tran_ID:
CheckNum: 0
DIN:
ReturnReasonCode:



For Deposit only
A/c # 4332666473

Account: 031
Amount: 250,000.00
PostDate: 20160928
Tran_ID:
CheckNum: 1460
DIN:
ReturnReasonCode:



Account: 3473
Amount: 3,500.00
PostDate: 20160929
Tran_ID:
CheckNum: 0
DIN:
ReturnReasonCode:



Account: 031
Amount: 250,000.00
PostDate: 20160928
Tran_ID:
CheckNum: 1460
DIN:
ReturnReasonCode:



Account: 3473
Amount: 3,500.00
PostDate: 20160929
Tran_ID:
CheckNum: 0
DIN:
ReturnReasonCode:



Deposit only

Account: 566
Amount: 3,500.00
PostDate: 20160929
Tran_ID:
CheckNum: 23125
DIN:
ReturnReasonCode:



Account: 6473
Amount: 100,000.00
PostDate: 20160929
Tran_ID:
CheckNum: 0
DIN:
ReturnReasonCode:



ARAPAHOE LANDSCAPE CONTRACTORS, INC.

Account: 566
Amount: 3,500.00
PostDate: 20160929
Tran_ID:
CheckNum: 23125
DIN:
ReturnReasonCode:



CHECKING DEPOSIT

TD Bank

Account: 6473
Amount: 100,000.00
PostDate: 20160929
Tran_ID:
CheckNum: 0
DIN:
ReturnReasonCode:



121806053

Account: 33
Amount: 100,000.00
PostDate: 20160929
Tran_ID:
CheckNum: 9857719956
DIN:
ReturnReasonCode:



Account: 473
Amount: 285,000.00
PostDate: 20160929
Tran_I
CheckNum: 0
DI
ReturnReasonCode:



Account: 33
Amount: 100,000.00
PostDate: 20160929
Tran_ID:
CheckNum: 9857719956
DIN:
ReturnReasonCode:



Account: 473
Amount: 285,000.00
PostDate: 20160929
Tran_I
CheckNum: 0
DI
ReturnReasonCode:



Account: ...031
Amount: 285,000.00
PostDate: 20160929
Tran_ID:
CheckNum: 1466
DIN:
ReturnReasonCode:



Account: ...473
Amount: 23,487.00
PostDate: 20161003
Tran_ID:
CheckNum: 0
DIN:
ReturnReasonCode:



Account: ...031
Amount: 285,000.00
PostDate: 20160929
Tran_ID:
CheckNum: 1466
DIN:
ReturnReasonCode:



Account: ...473
Amount: 23,487.00
PostDate: 20161003
Tran_ID:
CheckNum: 0
DIN:
ReturnReasonCode:



Account: 33
Amount: 23,487.00
PostDate: 20161003
Tran_
CheckNum: 1391708413
DIN
ReturnReasonCode:



Account: 8473
Amount: 56,935.20
PostDate: 20161003
Tran_ID:
CheckNum: 0
DIN
ReturnReasonCode:



Account: 33
Amount: 23,487.00
PostDate: 20161003
Tran_I
CheckNum: 1391708413
DIN
ReturnReasonCode:



Account: 8473
Amount: 56,935.20
PostDate: 20161003
Tran_I
CheckNum: 0
DIN
ReturnReasonCode:







Account: 473
Amount: 45,000.00
PostDate: 20161004
Tran_ID:
CheckNum: 0
DIN:
ReturnReasonCode:



Account: 976
Amount: 33,000.00
PostDate: 20161004
Tran_ID:
CheckNum: 0
DIN:
ReturnReasonCode:



Account: 473
Amount: 45,000.00
PostDate: 20161004
Tran:
CheckNum: 0
DIN:
ReturnReasonCode:



Account: 976
Amount: 33,000.00
PostDate: 20161004
Tran_ID:
CheckNum: 0
DIN:
ReturnReasonCode:









Account: 6321
Amount: 25,500.00
PostDate: 20171010
Tran_ID:
CheckNum: 5645
DIN:
ReturnReasonCode:

Account: 371
Amount: 1,690.38
PostDate: 20171010
Tran_ID:
CheckNum: 1025837
DIN:
ReturnReasonCode:

Account: 6321
Amount: 25,500.00
PostDate: 20171010
Tran_ID:
CheckNum: 5645
DIN:
ReturnReasonCode:

Account: 371
Amount: 1,690.38
PostDate: 20171010
Tran_ID:
CheckNum: 1025837
DIN:
ReturnReasonCode:



Account: ___074
Amount: 328.48
PostDate: 20171010
Tran_ID:
CheckNum: 891985
DIN:
ReturnReasonCode:



Account: ___3682
Amount: 7,000.00
PostDate: 20171019
Tran_ID
CheckNum: 0
DIN:
ReturnReasonCode:



Account: ___074
Amount: 328.48
PostDate: 20171010
Tran_ID:
CheckNum: 891985
DIN:
ReturnReasonCode:



Account: ___682
Amount: 7,000.00
PostDate: 20171019
Tran_ID
CheckNum: 0
DIN:
ReturnReasonCode:



Account: 332
Amount: 7,000.00
PostDate: 20171019
Tran_ID:
CheckNum: 0
DIN:
ReturnReasonCode:



Account: 682
Amount: 2,205.75
PostDate: 20171120
Tran_ID:
CheckNum: 0
DIN:
ReturnReasonCode:



Account: 332
Amount: 7,000.00
PostDate: 20171019
Tran_ID:
CheckNum: 0
DIN:
ReturnReasonCode:



Account: 682
Amount: 2,205.75
PostDate: 20171120
Tran_ID:
CheckNum: 0
DIN:
ReturnReasonCode:



Account: 301
Amount: 1,032.53
PostDate: 20171120
Tran_ID:
CheckNum: 778286
DIN:
ReturnReasonCode:



Account: 08
Amount: 20.93
PostDate: 20171120
Tran_ID:
CheckNum: 707141
DIN:
ReturnReasonCode:



Account: 301
Amount: 1,032.53
PostDate: 20171120
Tran_ID:
CheckNum: 778286
DIN:
ReturnReasonCode:



Account: 908
Amount: 20.93
PostDate: 20171120
Tran:
CheckNum: 707141
DIN:
ReturnReasonCode:



Account: 908
Amount: 171.86
PostDate: 20171120
Tran_ID:
CheckNum: 711209
DIN:
ReturnReasonCode:

Account: 43
Amount: 980.43
PostDate: 20171120
Tran_
CheckNum: 15175
DIN:
ReturnReasonCode:

Account: 908
Amount: 171.86
PostDate: 20171120
Tran_ID:
CheckNum: 711209
DIN:
ReturnReasonCode:

Account: 043
Amount: 980.43
PostDate: 20171120
Tran_ID
CheckNum: 15175
DIN:
ReturnReasonCode: