EXHIBIT H



**FREEDOM BANK**
99 West Essex Street, 2nd Floor
Maywood, NJ 07607
201-599-3000 · www.freedombanknj.com
Notice: See Reverse side for Important Information on the bottom center.

Member FDIC

| Customer Statement | Pg 1 of 27 |
|---|---|
| Account Number: | xxxxxxxx2357 |
| Statement Date: | Sep 01, 2016 thru Sep 30, 2016 |

LUXURY HAUS INC
40 ROCKWOOD PL
ENGLEWOOD NJ 07631-4938

### Summary · All Accounts

| | | |
|---|---|---|
| Small Business Checking | xxxxxxxx2357 | $59,758.30 |

### Small Business Checking - xxxxxxxx2357

| Date | Transaction Description | Amount | Balance |
|---|---|---|---|
| | BEGINNING BALANCE | | $719,343.48 |
| Sep 01 | External Deposit WELLS FARGO DLR CONTRACT PURCHASE PURCHASE | 45,980.01 | |
| Sep 01 | External Deposit WELLS FARGO DLR CONTRACT PURCHASE PURCHASE | 38,030.93 | |
| Sep 01 | External Deposit WELLS FARGO DLR CONTRACT PURCHASE PURCHASE | 37,216.54 | |
| Sep 01 | External Deposit WELLS FARGO DLR CONTRACT PURCHASE PURCHASE | 36,997.43 | |
| Sep 01 | External Deposit AMERICREDIT FINA LOAN FUNDING ▮▮▮▮884 | 33,246.93 | |
| Sep 01 | External Deposit WELLS FARGO DLR CONTRACT PURCHASE PURCHASE | 30,067.42 | |
| Sep 01 | External Deposit Santander Consum▮▮▮▮▮▮▮ | 27,666.79 | |
| Sep 01 | External Deposit AMERICAN EXPRESS PAYMENT DATE ▮▮▮066 | 3,000.00 | |
| Sep 01 | External Deposit GM FINANCIAL LOAN FUNDING LOAN ▮32 | 1,500.00 | |
| Sep 01 | External Deposit GM FINANCIAL LOAN FUNDING LOAN ▮885 | 500.00 | |
| Sep 01 | External Withdrawal NJ.GOV 4INFO 609-586-2600 NJ ▮▮00 | -43.00 | |

Case 3:18-cv-01617-MEM   Document 1-9   Filed 08/16/18   Page 3 of 5



**FREEDOM BANK**

Customer Statement  Pg 22 of 27

Account Number: xxxxxxxx2357
Statement Date: Sep 01, 2016 thru Sep 30, 2016

## Small Business Checking - xxxxxxxx2357 (Continued)

| Date | Transaction Description | Withdrawal | Deposit |
|---|---|---:|---:|
| | BUSSERV ID NBR: 609-586-2600 | | |
| Sep 28 | External Withdrawal DTRTS NJDEALER ID NBR: 1518 | -189.20 | |
| Sep 28 | Wire Transfer Deposit Wire In ACAPS(Dom) | | 40,349.16 |
| Sep 28 | Wire Transfer Deposit Wire In ACAPS(Dom) | | 131,186.91 |
| Sep 28 | 38265 Over Counter Check | -250,000.00 | |
| Sep 28 | 38226 Check | -6,753.27 | |
| Sep 28 | 38221 Check | -2,276.25 | |
| Sep 28 | 38208 Check | -1,024.60 | |
| Sep 28 | 35795 Check | -60.00 | |
| Sep 28 | 38129 Check | -1,000.00 | |
| Sep 28 | 38155 Check | -34.80 | |
| Sep 28 | 38068 Check | -8,170.85 | |
| Sep 28 | 38230 Check | -76.80 | |
| Sep 28 | 38136 Check | -300.00 | |
| Sep 28 | 38121 Check | -55.97 | |
| Sep 28 | 38169 Check | -47.00 | |
| Sep 28 | 38192 Check | -6,073.50 | |
| Sep 28 | 38001 Check | -3,774.00 | |
| Sep 28 | 38183 Check | -97.00 | |
| Sep 28 | 38182 Check | -263.22 | |
| Sep 29 | External Deposit WELLS FARGO DLR CONTRACT PURCHASE PURCHASE | | 45,752.51 |
| Sep 29 | External Deposit AMERICREDIT FINA LOAN FUNDING LOAN FUNDI ID NBR: | | 29,091.58 |
| Sep 29 | External Deposit NEXTGEAR FUNDING FUNDING ID - NBR: | | 27,600.00 |
| Sep 29 | External Deposit WELLS FARGO DLR CONTRACT PURCHASE PURCHASE | | 16,664.41 |
| Sep 29 | External Deposit NEXTGEAR FUNDING FUNDING ID - NBR: 6 | | 5,584.93 |
| Sep 29 | External Withdrawal NJ.GOV 4INFO 609-586-2600 NJ BUSSERV ID NBR: 609-586-2600 | -7.00 | |
| Sep 29 | External Withdrawal DTRTS NJDEALER ID NBR: | -1,195.40 | |
| Sep 29 | External Withdrawal NEXTGEAR PAYMENT PAYMENT ID | -3,852.86 | |
| Sep 29 | External Withdrawal NEXTGEAR PAYMENT PAYMENT ID | -4,539.21 | |
| Sep 29 | External Withdrawal NEXTGEAR PAYMENT PAYMENT ID | -5,027.24 | |
| Sep 29 | External Withdrawal NEXTGEAR PAYMENT PAYMENT ID | -5,958.14 | |
| Sep 29 | External Withdrawal NEXTGEAR PAYMENT PAYMENT ID | -6,074.00 | |
| Sep 29 | Wire Transfer Deposit Wire In ACAPS(Dom) | | 46,194.07 |
| Sep 29 | Eff            Check | -5.00 | |
| Sep 29 | 38304 Over Counter Check | -285,000.00 | |
| Sep 29 | Deposit | | 2,733.00 |
| Sep 29 | Deposit | | 240,581.47 |
| Sep 29 | 38160 Check | -5,674.90 | |
| Sep 29 | 38172 Check | -25,000.00 | |
| Sep 29 | 38242 Check | -200.00 | |
| Sep 29 | 38167 Check | -304.25 | |
| Sep 29 | 38199 Check | -141.00 | |
| Sep 29 | 38261 Check | -530.00 | |
| Sep 29 | 38128 Check | -300.00 | |
| Sep 29 | 37593 Check | -1,493.04 | |
| Sep 29 | 38229 Check | -9,953.14 | |
| Sep 29 | 37870 Check | -2,638.96 | |
| Sep 29 | 37864 Check | -20.00 | |

Account Number: 201022357, Date: 09/30/2016 - Checks 1 to 240 of 508      Page 3 of 48



CHECK 38304 285,000.00 : 09/29/2016

CHECK 38242 200.00 : 09/29/2016

CHECK 38280 4,023.93 : 09/29/2016

CHECK 38229 9,953.14 : 09/29/2016

CHECK 38172 25,000.00 : 09/29/2016

Account Number: 201022357, Date: 09/30/2016 - Checks 1 to 240 of 508         Page 7 of 48

CHECK 37593 1,493.04 : 09/29/2016



CHECK 37404 5.00 : 09/29/2016

This image is currently not available.        This image is currently not available.

CHECK 38265 250,000.00 : 09/28/2016



CHECK 38230 76.80 : 09/28/2016

CHECK 38226 6,753.27 : 09/28/2016



https://gv-us.computershare.com/CI6/Content/Web.ashx/cirt/cip_v4.0.htm?SRVK=wQxR...   10/17/2016