EXHIBIT I

## Balance Calculation for Written Off Account Report

**Dealer** The Luxury Haus Inc
**Requested By** Krystal McKenzie
**Report Date** TUE 04/24/2018 10:23:54 AM

### Summary

| Written Off Principal Interest and Fees | Written Off Account-Level Charges | Post Write Off Interest | Post Write Off Payments | Total |
|---|---|---|---|---|
| $6,237,568.14 | $286,930.76 | $762,632.87 | ($455,413.20) | $6,831,718.57 |

### Written Off Principal, Interest, and Fees

| Fir. Date | WO Date | Days | VS | Vehicle Description | Clr | VIN | Stk # | TS | Disb | Source | Original Amount | Principal Balance | One Day Loan Bal | Fee Balance | Interest Balance | Insurance Balance | Other Balance | Total Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 02/08/16 | 03/30/17 | 416 | SOT | 2013 Lexus LS 460 | Whi | 018961 | 4365 | TR | S | Manheim Pe | $47,975.00 | $0.00 | $0.00 | $40.00 | $2,862.67 | $0.00 | $5.00 | $2,907.67 |
| 02/15/16 | 03/30/17 | 409 | DIS | 2012 FERRARI 458 ITALIA | Whi | 184522 | 4410 | AU | S | Manheim Ar | $216,945.00 | $23,592.45 | $0.00 | $40.00 | $10,410.35 | $0.00 | $55.00 | $34,097.80 |
| 02/23/16 | 03/30/17 | 401 | DIS | 2010 Chevrolet Camaro SS | Bla | 174094 | 4423 | AU | B | Trade-In | $15,085.00 | $0.00 | $0.00 | $40.00 | $560.18 | $0.00 | $55.00 | $655.18 |
| 03/03/16 | 03/30/17 | 392 | DIS | 2013 Mercedes-Benz GL Class GL450 | Unk | 177974 | 4465 | AU | S | Manheim Pe | $44,880.00 | $10,090.00 | $0.00 | $40.00 | $1,906.48 | $0.00 | $55.00 | $12,091.48 |
| 03/10/16 | 03/30/17 | 385 | SOT | 2012 Mercedes-Benz S Class S63 | Unk | 449133 | 4498 | GD | S | Auto Whole | $56,500.00 | $0.00 | $0.00 | $40.00 | $3,074.18 | $0.00 | $5.00 | $3,119.18 |
| 03/09/16 | 03/30/17 | 386 | DIS | 2015 BMW M4 | Unk | 967702 | 4502 | AU | S | Manheim Or | $69,955.00 | $14,140.00 | $0.00 | $40.00 | $2,936.48 | $0.00 | $55.00 | $17,171.48 |
| 03/09/16 | 03/30/17 | 386 | SOT | 2014 BMW M6 Gran Coupe | Unk | 467283 | 4504 | GD | S | Manheim Or | $67,955.00 | $0.00 | $0.00 | $40.00 | $3,744.32 | $0.00 | $5.00 | $3,789.32 |
| 03/10/16 | 03/30/17 | 385 | SOT | 2014 Mercedes-Benz E Class E350 | Bla | 923965 | 4507 | GD | S | ADESA New | $30,845.00 | $0.00 | $0.00 | $40.00 | $1,225.19 | $0.00 | $5.00 | $1,270.19 |
| 03/10/16 | 03/30/17 | 385 | DIS | 2013 BMW X6 XDrive35i | Bla | 787415 | 4510 | AU | S | Manheim Ri | $36,295.00 | $5,225.00 | $0.00 | $40.00 | $1,458.22 | $0.00 | $55.00 | $6,778.22 |
| 03/10/16 | 03/30/17 | 385 | DIS | 2015 BMW M4 | Blu | 333564 | 4511 | AU | S | Manheim Ri | $66,005.00 | $12,221.00 | $0.00 | $40.00 | $2,737.76 | $0.00 | $55.00 | $15,053.76 |
| 03/11/16 | 03/30/17 | 384 | DIS | 2014 Audi S8 | Red | 002598 | 4521 | AU | S | Manheim Pe | $71,195.00 | $8,880.00 | $0.00 | $40.00 | $2,853.19 | $0.00 | $55.00 | $11,828.19 |
| 03/16/16 | 03/30/17 | 379 | SOT | 2014 Mercedes-Benz CL Class CL550 | Bla | 031666 | 4555 | TR | S | Auto Whole | $54,500.00 | $0.00 | $0.00 | $40.00 | $2,942.54 | $0.00 | $5.00 | $2,987.54 |
| 03/17/16 | 03/30/17 | 378 | SOT | 2014 LEXUS LS 460 L | Whi | 006381 | 4559 | XX | S | Manheim Pe | $55,905.00 | $0.00 | $0.00 | $40.00 | $3,014.42 | $0.00 | $55.00 | $3,109.42 |
| 03/17/16 | 03/30/17 | 378 | DIS | 2013 BMW 535iA XDR | Unk | U75942 | 4566 | AU | S | Manheim Pe | $35,470.00 | $9,180.00 | $0.00 | $40.00 | $1,458.63 | $0.00 | $55.00 | $10,733.63 |
| 03/17/16 | 03/30/17 | 378 | SOT | 2011 AUDI R8 | Whi | 000283 | 4577 | GD | S | Manheim Pe | $97,198.00 | $0.00 | $0.00 | $40.00 | $5,236.80 | $0.00 | $5.00 | $5,281.80 |
| 03/17/16 | 03/30/17 | 378 | DIS | 2013 BMW X5 M | Bla | L15995 | 4581 | AU | S | Manheim Pe | $53,920.00 | $9,130.00 | $0.00 | $40.00 | $2,182.03 | $0.00 | $55.00 | $11,407.03 |
| 03/17/16 | 03/30/17 | 378 | DIS | 2010 Mercedes-Benz C Class C300 | Unk | 096658 | 4587 | AU | B | Trade-In | $8,540.00 | $3,320.00 | $0.00 | $40.00 | $392.04 | $0.00 | $55.00 | $3,807.04 |
| 03/17/16 | 03/30/17 | 378 | SOT | 2011 Mercedes-Benz C Class C300 | Unk | 150784 | 4591 | FR | B | Trade-In | $12,431.00 | $0.00 | $0.00 | $40.00 | $671.99 | $0.00 | $5.00 | $716.99 |
| 03/25/16 | 03/30/17 | 370 | SOT | 2012 JEEP CHER SRT8 | Bla | 148484 | 4620 | GD | S | Manheim Pe | $39,125.00 | $39,125.00 | $0.00 | $40.00 | $2,192.11 | $0.00 | $55.00 | $41,362.11 |
| 03/28/16 | 03/30/17 | 367 | DIS | 2013 BMW 535iA XDR | Unk | U70273 | 4636 | AU | S | myCentral | $31,150.00 | $6,630.00 | $0.00 | $40.00 | $1,198.40 | $0.00 | $55.00 | $7,923.40 |
| 03/31/16 | 03/30/17 | 364 | DIS | 2015 Mercedes-Benz C Class C350 | Whi | 356259 | 4663 | AU | B | Trade-In | $30,000.00 | $3,980.00 | $0.00 | $40.00 | $1,088.26 | $0.00 | $55.00 | $5,163.26 |
| 04/01/16 | 03/30/17 | 363 | DIS | 2012 RAM 1500 SPT | Red | 108351 | 4666 | AU | B | Manheim Pe | $24,225.00 | $3,505.00 | $0.00 | $40.00 | $900.30 | $0.00 | $55.00 | $4,500.30 |
| 04/04/16 | 03/30/17 | 360 | SOT | 2011 Land Rover Range Rover Supercharged | Unk | 340589 | 4681 | AU | B | Trade-In | $35,200.00 | $0.00 | $0.00 | $40.00 | $1,802.35 | $0.00 | $5.00 | $1,847.35 |
| 04/04/16 | 03/30/17 | 360 | DIS | 2010 FERRARI CALIFORNIA | Whi | 168397 | 4689 | AU | B | Manheim We | $138,055.00 | $40,264.50 | $0.00 | $40.00 | $5,689.24 | $0.00 | $55.00 | $46,048.74 |

## Written Off Principal, Interest, and Fees

| Fir. Date | WO Date | Days | VS | Vehicle Description | Clr | VIN | Stk # | TS | Disb | Source | Original Amount | Principal Balance | One Day Loan Bal | Fee Balance | Interest Balance | Insurance Balance | Other Balance | Total Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 09/16/16 | 03/30/17 | 195 | DIS | 2011 Infiniti QX56 | Unk | 003200 | 5759 | AU | S | Ally Bank | $25,800.00 | $3,511.19 | $0.00 | $0.00 | $504.06 | $0.00 | $105.00 | $4,160.25 |
| 09/16/16 | 03/30/17 | 195 | SOT | 2008 BMW 5-Series 550i | Unk | T50078 | 5760 | AS | S | ALASKA USA | $10,225.00 | $10,225.00 | $0.00 | $40.00 | $308.23 | $0.00 | $55.00 | $10,628.23 |
| 09/16/16 | 03/30/17 | 195 | DIS | 2010 Nissan Maxima SV | Unk | 864602 | 5761 | AU | S | Hudson Val | $10,650.00 | $2,657.00 | $0.00 | $40.00 | $257.34 | $0.00 | $105.00 | $3,059.34 |
| 09/16/16 | 03/30/17 | 195 | SOT | 2010 Mercedes-Benz C Class C300 | Whi | 125805 | 5762 | FR | S | Manheim Pe | $14,305.00 | $14,305.00 | $0.00 | $40.00 | $428.61 | $0.00 | $5.00 | $14,778.61 |
| 09/16/16 | 03/30/17 | 195 | SOT | 2014 Ram 1500 Sport | Unk | 207596 | 5763 | XX | S | Manheim Pe | $27,640.00 | $27,640.00 | $0.00 | $40.00 | $826.89 | $0.00 | $5.00 | $28,511.89 |
| 09/16/16 | 03/30/17 | 195 | DIS | 2014 Ram 1500 Laramie | Whi | 220165 | 5764 | AU | S | Manheim Pe | $27,420.00 | $0.00 | $0.00 | $40.00 | $206.31 | $0.00 | $55.00 | $301.31 |
| 09/16/16 | 03/30/17 | 195 | DIS | 2013 Ram 1500 SLT | Whi | 579784 | 5765 | AU | S | Manheim Pe | $23,190.00 | $3,900.00 | $0.00 | $40.00 | $291.64 | $0.00 | $55.00 | $4,286.64 |
| 09/16/16 | 03/30/17 | 195 | DIS | 2013 Ram 1500 Sport | Whi | 629727 | 5766 | AU | S | Manheim Pe | $26,320.00 | $4,500.00 | $0.00 | $40.00 | $313.08 | $0.00 | $55.00 | $4,908.08 |
| 09/16/16 | 03/30/17 | 195 | DIS | 2013 Ram 1500 Sport | Bla | 615118 | 5767 | AU | S | Manheim Pe | $23,905.00 | $335.00 | $0.00 | $40.00 | $230.33 | $0.00 | $55.00 | $660.33 |
| 09/16/16 | 03/30/17 | 195 | SOT | 2013 Ford F150 FX4 | Bla | F74850 | 5768 | AU | S | Manheim Pe | $28,890.00 | $28,890.00 | $0.00 | $40.00 | $864.23 | $0.00 | $5.00 | $29,799.23 |
| 09/16/16 | 03/30/17 | 195 | SOT | 2013 Ford F150 FX4 | Bla | C89792 | 5769 | XX | S | Manheim Pe | $30,060.00 | $30,060.00 | $0.00 | $40.00 | $899.19 | $0.00 | $5.00 | $31,004.19 |
| 09/16/16 | 03/30/17 | 195 | DIS | 2014 Ford F150 FX4 | Whi | G37662 | 5770 | AU | S | Manheim Pe | $29,140.00 | $7,005.00 | $0.00 | $40.00 | $630.13 | $0.00 | $105.00 | $7,780.13 |
| 09/16/16 | 03/30/17 | 195 | DIS | 2012 Mercedes-Benz M Class ML350 | Bla | 074785 | 5771 | AU | S | Manheim Pe | $26,640.00 | $2,570.00 | $0.00 | $40.00 | $273.57 | $0.00 | $55.00 | $2,938.57 |
| 09/16/16 | 03/30/17 | 195 | DIS | 2014 Mercedes-Benz M Class ML350 | Whi | 334744 | 5772 | AU | S | Manheim Pe | $37,475.00 | $7,175.00 | $0.00 | $40.00 | $389.19 | $0.00 | $5.00 | $7,609.19 |
| 09/16/16 | 03/30/17 | 195 | DIS | 2013 Mercedes-Benz M Class ML550 | Bla | 232429 | 5773 | AU | S | Manheim Pe | $39,535.00 | $3,350.00 | $0.00 | $40.00 | $415.75 | $0.00 | $55.00 | $3,860.75 |
| 09/16/16 | 03/30/17 | 195 | DIS | 2013 BMW X5 XDrive50i | Bla | 426470 | 5775 | AU | S | Manheim Pe | $25,205.00 | $4,215.00 | $0.00 | $40.00 | $322.39 | $0.00 | $55.00 | $4,632.39 |
| 09/19/16 | 03/30/17 | 192 | DIS | 2014 Jeep Grand Cherokee SRT | Bla | 494036 | 5776 | AU | S | Manheim Or | $47,615.00 | $7,095.00 | $0.00 | $40.00 | $520.39 | $0.00 | $55.00 | $7,710.39 |
| 09/19/16 | 03/30/17 | 192 | DIS | 2014 Jeep Grand Cherokee SRT | Whi | 378804 | 5777 | AU | S | Manheim Or | $48,315.00 | $4,775.00 | $0.00 | $40.00 | $602.20 | $0.00 | $55.00 | $5,472.20 |
| 09/19/16 | 03/30/17 | 192 | DIS | 2013 Mercedes-Benz M Class ML63AMG | Unk | 167949 | 5778 | AU | S | Wells Farg | $51,900.00 | $8,610.00 | $0.00 | $40.00 | $816.70 | $0.00 | $105.00 | $9,571.70 |
| 09/15/16 | 03/30/17 | 196 | DIS | 2015 GMC 2500HD SLT | Whi | 643461 | 5779 | AU | S | Manheim De | $50,965.00 | $3,945.00 | $0.00 | $40.00 | $507.31 | $0.00 | $55.00 | $4,547.31 |
| 09/15/16 | 03/30/17 | 196 | DIS | 2016 GMC 1500 DEN | Whi | 189521 | 5780 | AU | S | Manheim De | $45,335.00 | $2,545.00 | $0.00 | $40.00 | $468.05 | $0.00 | $55.00 | $3,108.05 |
| 09/15/16 | 03/30/17 | 196 | DIS | 2014 FORD F150 FX4 | Bla | F57832 | 5781 | AU | S | Manheim De | $32,270.00 | $3,230.00 | $0.00 | $40.00 | $363.56 | $0.00 | $55.00 | $3,688.56 |
| 09/20/16 | 03/30/17 | 191 | DIS | 2014 Dodge Challenger R/T | Unk | 225326 | 5783 | AU | S | A.W. Auto | $26,500.00 | $2,930.00 | $0.00 | $40.00 | $278.43 | $0.00 | $55.00 | $3,303.43 |
| 09/20/16 | 03/30/17 | 191 | DIS | 2012 Land Rover Range Rover Sport HSE Lux | Whi | 756038 | 5784 | AU | S | Buffalo Au | $29,005.00 | $685.00 | $0.00 | $40.00 | $234.43 | $0.00 | $55.00 | $1,014.43 |
| 09/20/16 | 03/30/17 | 191 | DIS | 2014 Ford F150 XL | Bla | C20109 | 5785 | AU | S | Buffalo Au | $35,570.00 | $4,050.00 | $0.00 | $40.00 | $356.92 | $0.00 | $55.00 | $4,501.92 |
| 09/21/16 | 03/30/17 | 190 | SOT | 2013 Jeep Wrangler Sahara | Bla | 642748 | 5786 | XX | B | Trade-In | $26,300.00 | $26,300.00 | $0.00 | $40.00 | $767.49 | $0.00 | $5.00 | $27,112.49 |
| 09/21/16 | 03/30/17 | 190 | SOT | 2014 BMW 335iX MSPT | Unk | R90294 | 5788 | XX | S | myCentral | $29,875.00 | $29,875.00 | $0.00 | $40.00 | $871.63 | $0.00 | $5.00 | $30,791.63 |
| 09/21/16 | 03/30/17 | 190 | DIS | 2014 BMW X6 35i | Unk | C44032 | 5789 | AU | S | myCentral | $35,150.00 | $360.00 | $0.00 | $40.00 | $268.13 | $0.00 | $55.00 | $723.13 |
| 09/21/16 | 03/30/17 | 190 | DIS | 2014 BMW X6 50i | Unk | 592359 | 5790 | AU | S | myCentral | $42,750.00 | $2,930.00 | $0.00 | $40.00 | $403.15 | $0.00 | $55.00 | $3,428.15 |
| 09/21/16 | 03/30/17 | 190 | SOT | 2008 Mini Cooper Clubman | Unk | N67958 | 5791 | AU | S | Santander | $4,300.00 | $2,742.75 | $0.00 | $40.00 | $87.02 | $0.00 | $55.00 | $2,924.77 |
| 09/21/16 | 03/30/17 | 190 | DIS | 2012 Toyota Camry XLE | Unk | 045670 | 5792 | AU | B | Trade-In | $10,085.00 | $1,285.00 | $0.00 | $40.00 | $104.54 | $0.00 | $5.00 | $1,434.54 |
| 09/21/16 | 03/30/17 | 190 | DIS | 2013 BMW X5 35i PRM | Unk | B21482 | 5794 | AU | S | myCentral | $25,250.00 | $1,680.00 | $0.00 | $40.00 | $231.78 | $0.00 | $55.00 | $2,006.78 |
| 09/19/16 | 03/30/17 | 192 | DIS | 2013 BMW X5 50i | Unk | C16312 | 5795 | AU | S | myCentral | $33,150.00 | $6,760.00 | $0.00 | $40.00 | $402.76 | $0.00 | $55.00 | $7,257.76 |
| 09/19/16 | 03/30/17 | 192 | DIS | 2013 BMW X5 50i | Unk | C15354 | 5796 | AU | S | myCentral | $33,750.00 | $1,960.00 | $0.00 | $40.00 | $302.72 | $0.00 | $55.00 | $2,357.72 |
| 09/19/16 | 03/30/17 | 192 | DIS | 2013 BMW 135i CPE | Unk | M13498 | 5797 | AU | S | myCentral | $23,350.00 | $2,030.00 | $0.00 | $40.00 | $217.29 | $0.00 | $55.00 | $2,342.29 |
| 09/19/16 | 03/30/17 | 192 | DIS | 2013 BMW X5 35i PRM | Whi | B21235 | 5798 | AU | S | myCentral | $29,450.00 | $3,630.00 | $0.00 | $40.00 | $328.93 | $0.00 | $55.00 | $4,053.93 |
| 09/19/16 | 03/30/17 | 192 | DIS | 2013 BMW X5 35i SPT | Unk | E09115 | 5799 | AU | S | myCentral | $31,975.00 | $3,685.00 | $0.00 | $40.00 | $326.77 | $0.00 | $55.00 | $4,106.77 |
| 09/21/16 | 03/30/17 | 190 | SOT | 2013 Jeep Wrangler Sport | Unk | 516348 | 5800 | XX | S | Capital On | $12,746.73 | $12,746.73 | $0.00 | $40.00 | $374.10 | $0.00 | $55.00 | $13,215.83 |
| 09/21/16 | 03/30/17 | 190 | DIS | 2013 BMW X5 50i | Unk | C17466 | 5801 | AU | S | Manheim Or | $34,605.00 | $4,815.00 | $0.00 | $40.00 | $361.25 | $0.00 | $55.00 | $5,271.25 |
| 09/21/16 | 03/30/17 | 189 | DIS | 2015 Chevrolet Silverado 1500 LTZ | Gre | 173195 | 5803 | AU | S | A.W. Auto | $32,500.00 | $3,460.00 | $0.00 | $40.00 | $311.49 | $0.00 | $55.00 | $3,866.49 |
| 09/22/16 | 03/30/17 | 189 | DIS | 2010 Mercedes-Benz C Class C300 | Whi | 401699 | 5804 | XX | S | A.W. Auto | $13,500.00 | $13,500.00 | $0.00 | $0.00 | $392.60 | $0.00 | $5.00 | $13,937.60 |
| 09/22/16 | 03/30/17 | 189 | SOT | 2012 Nissan Maxima SV | Blu | 827685 | 5805 | AU | S | TD AUTO FI | $11,500.00 | $797.00 | $0.00 | $0.00 | $109.01 | $0.00 | $55.00 | $1,001.01 |

# Written Off Principal, Interest, and Fees

| Fir. Date | WO Date | Days | VS | Vehicle Description | Clr | VIN | Stk # | TS | Disb | Source | Original Amount | Principal Balance | One Day Loan Bal | Fee Balance | Interest Balance | Insurance Balance | Other Balance | Total Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 09/22/16 | 03/30/17 | 189 | DIS | 2012 Acura TSX Special Edition | Unk | 026780 | 5806 | AU | S | CPS AUTO F | $13,750.00 | $30.00 | $0.00 | $40.00 | $115.45 | $0.00 | $105.00 | $290.45 |
| 09/22/16 | 03/30/17 | 189 | DIS | 2015 Chevrolet Corvette Z06 | Unk | 601024 | 5807 | AU | S | Chrysler C | $69,332.36 | $5,542.36 | $0.00 | $40.00 | $621.53 | $0.00 | $55.00 | $6,258.89 |
| 09/22/16 | 03/30/17 | 189 | DIS | 2015 RAM 1500 SPT | Whi | 551387 | 5808 | AU | S | Manheim Al | $31,065.00 | $1,745.00 | $0.00 | $40.00 | $263.80 | $0.00 | $55.00 | $2,103.80 |
| 09/20/16 | 03/30/17 | 191 | DIS | 2013 BMW X1 XDrive35i | Unk | V90904 | 5809 | AU | S | myCentral | $26,575.00 | $1,785.00 | $0.00 | $40.00 | $240.25 | $0.00 | $55.00 | $2,120.25 |
| 09/20/16 | 03/30/17 | 188 | DIS | 2014 Mercedes-Benz M Class ML350 | Whi | 361162 | 5810 | AU | S | Manheim Pe | $34,560.00 | $3,990.00 | $0.00 | $40.00 | $359.54 | $0.00 | $55.00 | $4,444.54 |
| 09/23/16 | 03/30/17 | 188 | DIS | 2012 Mercedes-Benz M Class ML350 | Unk | 031244 | 5811 | AU | S | A.W. Auto | $25,000.00 | $1,180.00 | $0.00 | $40.00 | $225.10 | $0.00 | $55.00 | $1,500.10 |
| 09/23/16 | 03/30/17 | 188 | DIS | 2016 Mercedes-Benz SL-Class AMG SL63 | Bla | 041894 | 5812 | AU | S | ADESA New | $123,000.00 | $26,666.00 | $0.00 | $40.00 | $2,433.62 | $0.00 | $55.00 | $29,214.62 |
| 09/26/16 | 03/30/17 | 185 | DIS | 2014 FORD F250 LAR | Whi | B71611 | 5814 | AU | S | Manheim De | $46,780.00 | $6,660.00 | $0.00 | $40.00 | $483.86 | $0.00 | $55.00 | $7,238.86 |
| 09/22/16 | 03/30/17 | 189 | DIS | 2014 GMC 3500 DEN | Bla | 135348 | 5815 | AU | S | Manheim De | $43,870.00 | $680.00 | $0.00 | $40.00 | $383.03 | $0.00 | $55.00 | $1,158.03 |
| 09/26/16 | 03/30/17 | 185 | DIS | 2015 JEEP G CHER SRT | Whi | 655386 | 5816 | AU | S | Manheim Oh | $45,715.00 | $6,395.00 | $0.00 | $40.00 | $466.47 | $0.00 | $55.00 | $6,956.47 |
| 09/27/16 | 03/30/17 | 184 | SOT | 2013 Flat 500 Abarth | Unk | 646622 | 5817 | XX | B | Trade-In | $12,350.00 | $12,350.00 | $0.00 | $40.00 | $350.15 | $0.00 | $5.00 | $12,745.15 |
| 09/26/16 | 03/30/17 | 185 | DIS | 2014 LEXUS IS 250 | Bla | 004509 | 5818 | AU | S | Manheim Pe | $26,905.00 | $1,115.00 | $0.00 | $40.00 | $204.32 | $0.00 | $55.00 | $1,414.32 |
| 09/23/16 | 03/30/17 | 188 | DIS | 2013 BMW 328I XDR SPT | Unk | 535687 | 5819 | AU | S | myCentral | $22,050.00 | $2,240.00 | $0.00 | $40.00 | $522.22 | $0.00 | $55.00 | $2,857.22 |
| 09/23/16 | 03/30/17 | 188 | DIS | 2013 BMW 328I XDR | Unk | 543411 | 5820 | AU | S | myCentral | $20,250.00 | $830.00 | $0.00 | $40.00 | $163.17 | $0.00 | $55.00 | $1,088.17 |
| 09/23/16 | 03/30/17 | 188 | DIS | 2013 BMW 328I XDR SPT | Unk | S03536 | 5821 | AU | S | myCentral | $19,650.00 | $3,230.00 | $0.00 | $40.00 | $237.63 | $0.00 | $55.00 | $3,562.63 |
| 09/23/16 | 03/30/17 | 188 | DIS | 2013 BMW 328I XDR | Unk | 539658 | 5822 | AU | S | myCentral | $20,150.00 | $1,080.00 | $0.00 | $40.00 | $167.90 | $0.00 | $55.00 | $1,342.90 |
| 09/23/16 | 03/30/17 | 188 | DIS | 2013 BMW 335I XDR SPT | Unk | 587643 | 5823 | AU | S | myCentral | $28,950.00 | $1,830.00 | $0.00 | $40.00 | $246.19 | $0.00 | $55.00 | $2,171.19 |
| 09/27/16 | 03/30/17 | 184 | DIS | 2013 RAM 1500 SPT | Whi | 636526 | 5824 | AU | S | Manheim Oh | $27,015.00 | $695.00 | $0.00 | $40.00 | $191.91 | $0.00 | $55.00 | $981.91 |
| 09/27/16 | 03/30/17 | 184 | DIS | 2014 FORD F150 FX4 | Blu | E48894 | 5826 | AU | S | Manheim Oh | $32,460.00 | $1,140.00 | $0.00 | $40.00 | $236.72 | $0.00 | $55.00 | $1,471.72 |
| 09/25/16 | 03/30/17 | 186 | DIS | 2015 MERCEDES GLA250W4 | Unk | 149685 | 5827 | AU | S | myCentral | $30,850.00 | $1,040.00 | $0.00 | $40.00 | $703.94 | $0.00 | $55.00 | $1,838.94 |
| 09/23/16 | 03/30/17 | 188 | DIS | 2010 Mercedes-Benz C Class C300 | Unk | 127001 | 5828 | AU | S | A.W. Auto | $13,000.00 | $1,833.48 | $0.00 | $40.00 | $137.47 | $0.00 | $55.00 | $2,065.95 |
| 09/23/16 | 03/30/17 | 188 | DIS | 2014 Mercedes-Benz M Class ML350 | Unk | 313002 | 5829 | AU | S | A.W. Auto | $32,500.00 | $1,430.00 | $0.00 | $40.00 | $238.52 | $0.00 | $55.00 | $1,763.52 |
| 09/28/16 | 03/30/17 | 183 | SOT | 2010 Mercedes-Benz GLK Class GLK350 | Unk | 404685 | 5830 | XX | S | A.W. Auto | $17,000.00 | $17,000.00 | $0.00 | $40.00 | $479.01 | $0.00 | $5.00 | $17,524.01 |
| 09/28/16 | 03/30/17 | 183 | DIS | 2007 Subaru Legacy Limited | Gra | 211954 | 5831 | AU | S | Hudson Her | $4,125.00 | $2,410.00 | $0.00 | $40.00 | $87.46 | $0.00 | $55.00 | $2,592.46 |
| 09/28/16 | 03/30/17 | 183 | SOT | 2011 Ram 1500 SLT | Bla | 509960 | 5833 | XX | S | FIRST NIAG | $14,503.89 | $14,503.89 | $0.00 | $40.00 | $410.27 | $0.00 | $55.00 | $15,009.16 |
| 09/28/16 | 03/30/17 | 183 | SOT | 2008 BMW 5-Series 528i | Unk | T10621 | 5834 | XX | S | EXETER FIN | $7,675.00 | $7,675.00 | $0.00 | $40.00 | $218.36 | $0.00 | $55.00 | $7,988.36 |
| 09/28/16 | 03/30/17 | 183 | SOT | 2013 Acura TSX | Gra | 002239 | 5835 | AU | S | Financial | $15,950.00 | $5,160.00 | $0.00 | $40.00 | $223.25 | $0.00 | $105.00 | $5,528.25 |
| 09/29/16 | 03/30/17 | 183 | SOT | 2010 Mercedes-Benz S Class S550 | Unk | 326140 | 5836 | XX | B | Trade-In | $27,600.00 | $27,600.00 | $0.00 | $40.00 | $776.89 | $0.00 | $5.00 | $28,421.89 |
| 09/28/16 | 03/30/17 | 183 | SOT | 2012 Jeep Grand Cherokee Limited | Unk | 290183 | 5837 | AU | S | Ally Bank | $21,500.00 | $585.00 | $0.00 | $40.00 | $163.14 | $0.00 | $55.00 | $843.14 |
| 09/28/16 | 03/30/17 | 183 | DIS | 2010 Mercedes-Benz C Class C300 | Gra | 442832 | 5838 | AU | S | Americredi | $10,085.00 | $2,700.00 | $0.00 | $40.00 | $134.96 | $0.00 | $105.00 | $2,979.96 |
| 09/28/16 | 03/30/17 | 183 | DIS | 2012 Nissan Quest LE | Unk | 047412 | 5839 | AU | S | Nissan Mot | $16,825.00 | $605.00 | $0.00 | $40.00 | $277.13 | $0.00 | $105.00 | $1,027.13 |
| 09/28/16 | 03/30/17 | 183 | DIS | 2013 Nissan Quest LE | Unk | 067555 | 5840 | AU | S | Nissan Mot | $20,068.37 | $3,684.37 | $0.00 | $40.00 | $366.26 | $0.00 | $105.00 | $4,195.63 |
| 09/26/16 | 03/30/17 | 185 | DIS | 2013 BMW 528IA XDR | Unk | 115019 | 5841 | AU | S | myCentral | $21,250.00 | $680.00 | $0.00 | $40.00 | $157.54 | $0.00 | $55.00 | $932.54 |
| 09/29/16 | 03/30/17 | 182 | DIS | 2011 Honda Pilot EX-L | Unk | 047703 | 5842 | AU | B | Trade-In | $16,450.00 | $6,230.00 | $0.00 | $40.00 | $248.53 | $0.00 | $55.00 | $6,573.53 |
| 09/29/16 | 03/30/17 | 182 | DIS | 2015 Mercedes-Benz GLK Class GLK350 | Unk | 341278 | 5843 | AU | S | A.W. Auto | $30,800.00 | $2,780.00 | $0.00 | $40.00 | $269.07 | $0.00 | $55.00 | $3,144.07 |
| 09/26/16 | 03/30/17 | 185 | DIS | 2013 BMW X5 35I | Unk | B06100 | 5844 | AU | S | myCentral | $28,075.00 | $4,295.50 | $0.00 | $40.00 | $357.57 | $0.00 | $55.00 | $4,748.07 |
| 09/29/16 | 03/30/17 | 182 | DIS | 2015 Lexus GX 460 Luxury | Unk | 095498 | 5848 | AU | S | Wells Farg | $43,168.99 | $5,578.99 | $0.00 | $40.00 | $550.07 | $0.00 | $105.00 | $6,274.06 |
| **Totals for Dealer #** | **64989** | | | | | | | | | | **$16,318,228.51** | **$5,759,407.48** | **$0.00** | **$19,200.00** | **$437,760.66** | **$0.00** | **$21,200.00** | **$6,237,568.14** |
| **Total Unit Count  481** | | | | | | | | | | | | | | | | | | |