# EXHIBIT K

**Bank**

**NEW BUSINESS ACCOUNT**

REGION: Central/North NJ (15)     RC #: 4257     ACCOUNT NUMBER: ███6473     IM  94004
TYPE OF ACCOUNT: TD Business Simple Checking     TYPE CODE: ███
OPENED BY: Yanil Gonzalez     DATE OPENED: 09/27/2016

| BUSINESS NAME / MAILING ADDRESS: | TIN: | LEGAL ADDRESS: (No PO Boxes) | | |
|---|---|---|---|---|
| LUXURY HAUS LEONIA LLC | 813962800 | 335 GRAND AVE | | |
| 361 MAPLE STREET | | LEONIA | NJ | 07605 |
| MOONACHIE NJ     USA     07074 | | | | |

Verification: _____     If Existing Customer, Enter the RM Number: ███5910
Account Relationship: Corporation or LLC-w/Signers
Additional Account Verification: ☒ Business/Entity Documentation: Formation Docs & Resolution

**IMPORTANT INFORMATION**

Federal law requires all financial institutions to obtain, verify and record information that identifies each person who opens an account.
You, the undersigned, as authorized representative(s) of the business named above (the "Accountholder"), acknowledge receipt of the Business Deposit Account Agreement, Business Schedule of Charges and Business Fee Schedule which govern the Accountholder's accounts with TD Bank, N.A. (the "Bank"). Your signature below and the Accountholder's use of the account shall evidence the Accountholder's acceptance of and agreement to be bound by the terms and conditions as set forth in the Business Deposit Account Agreement, Business Schedule of Charges and Business Fee Schedule, and any Addenda thereto, as the same may be amended from time to time.
If you, the undersigned are personally liable for the Accountholder's obligations with respect to the account (such as the Accountholder's principal(s), owners(s) or guarantor(s)), you hereby authorize the Bank to, from time to time, request consumer reports containing references about you from third parties, such as a consumer reporting agency, in connection with opening and maintaining the account. If the Bank declines or is otherwise unable to open a deposit account as a result of any information contained in such consumer report(s), the Bank will provide such notice containing data regarding the consumer reporting agency as required by applicable law.
This section does not apply to U.S. non-resident aliens. Under penalty of perjury, you, the undersigned, certify that:
1. The number shown on this form is the Accountholder's correct taxpayer identification number (or the Accountholder is waiting for a number to be issued to the Accountholder); and
2. The Accountholder is not subject to backup withholding because: (a) the Accountholder is exempt from backup withholding, or (b) the Accountholder has not been notified by the Internal Revenue Service (IRS) that the Accountholder is subject to backup withholding as a result of a failure to report all interest or dividends, or (c) the IRS has notified the Accountholder that the Accountholder is no longer subject to backup withholding; and
3. The Accountholder is a U.S. person (including a U.S. resident alien); and
4. The Foreign Account Tax Compliance Act (FATCA) code entered on this form (if any) indicating that the payee is exempt from FATCA reporting, is correct.
Certification Instructions. You must cross out item 2 above if the Accountholder has been notified by the IRS that the Accountholder is currently subject to backup withholding because the Accountholder has failed to report all interest and dividends on the Accountholder's tax return or for any other reason. For real estate transactions, item 2 does not apply. For mortgage interest paid, acquisition or abandonment of secured property, cancellations of debt, contributions to an individual retirement arrangement (IRA) and, generally, payments other than interest and dividends, you are not required to sign the Certification, but you must provide the Accountholder's correct TIN.
The Internal Revenue Service does not require your or the Accountholder's consent to any provision of this document other than the certifications required to avoid backup withholding.

**Relationship Consent**
☐ By checking this box and signing below, you, _____, authorize the Bank to use the balance from _____ (last 4 digits of account number), your personal checking account, to meet the balance requirement on the Accountholder's Business Convenience Checking Plus or Business Premier Checking account. See Business Deposit Account Agreement for details.

Authorized Representative(s)/Signer(s):

Signature: [signed]
Printed Name: PAUL GUTIERREZ
Date of Birth: ███     TIN: ███611
Verification: _____
If Existing Personal Customer, Enter the RM Number: ███940
Date Signed: 9/27/16

Signature: _____
Printed Name: _____
Date of Birth: _____     TIN: _____
Verification: _____
If Existing Personal Customer, Enter the RM Number: _____
Date Signed: _____

Signature: _____
Printed Name: _____
Date of Birth: _____     TIN: _____
Verification: _____
If Existing Personal Customer, Enter the RM Number: _____
Date Signed: _____

Signature: _____
Printed Name: _____
Date of Birth: _____     TIN: _____
Verification: _____
If Existing Personal Customer, Enter the RM Number: _____
Date Signed: _____

Rev. 09/2016 | TD Bank, N.A.     Instructions for Store Team Members: Scan and email to Account.AMCB CIF New Business Accounts

## Bank

### NEW BUSINESS ACCOUNT

| | | | | | | |
|---|---|---|---|---|---|---|
| REGION: Central/North NJ (15) | RC #: 4257 | ACCOUNT NUMBER: ███82 | | IM | 94004 |
| TYPE OF ACCOUNT: TD Bus Convenience Plus Ckg | | TYPE CODE: ███ | | | |
| OPENED BY: Sonia E Correa | | DATE OPENED: 10/10/2017 | | | |

**BUSINESS NAME / MAILING ADDRESS:**
LUXURY HAUS LEONIA LLC
361 MAPLE ST
MOONACHIE, NJ    USA    07074

**TIN:** 813962800

**LEGAL ADDRESS:** (No PO Boxes)
335 GRAND AVE
LEONIA    NJ    07605

**Verification:** _____  **If Existing Customer, Enter the RM Number:** _____

**Account Relationship:** Corporation or LLC-w/Signers

**Additional Account Verification:** ☒ Business/Entity Documentation: Formation Docs & Resolution

### IMPORTANT INFORMATION

Federal law requires all financial institutions to obtain, verify and record information that identifies each person who opens an account.

You, the undersigned, as authorized representative(s) of the business named above (the "Accountholder"), acknowledge receipt of the Business Deposit Account Agreement, Business Schedule of Charges and Business Fee Schedule which govern the Accountholder's accounts with TD Bank, N.A. (the "Bank"). Your signature below and the Accountholder's use of the account shall evidence the Accountholder's acceptance of and agreement to be bound by the terms and conditions as set forth in the Business Deposit Account Agreement, Business Schedule of Charges and Business Fee Schedule, and any Addenda thereto, as the same may be amended from time to time.

If you, the undersigned are personally liable for the Accountholder's obligations with respect to the account (such as the Accountholder's principal(s), owners(s) or guarantor(s)), you hereby authorize the Bank to, from time to time, request consumer reports containing references about you from third parties, such as a consumer reporting agency, in connection with opening and maintaining the account. If the Bank declines or is otherwise unable to open a deposit account as a result of any information contained in such consumer report(s), the Bank will provide such notice containing data regarding the consumer reporting agency as required by applicable law.

This section does not apply to U.S. non-resident aliens. Under penalty of perjury, you, the undersigned, certify that:

1. The number shown on this form is the Accountholder's correct taxpayer identification number (or the Accountholder is waiting for a number to be issued to the Accountholder); and
2. The Accountholder is not subject to backup withholding because: (a) the Accountholder is exempt from backup withholding, or (b) the Accountholder has not been notified by the Internal Revenue Service (IRS) that the Accountholder is subject to backup withholding as a result of a failure to report all interest or dividends, or (c) the IRS has notified the Accountholder that the Accountholder is no longer subject to backup withholding; and
3. The Accountholder is a U.S. person (including a U.S. resident alien); and
4. The Foreign Account Tax Compliance Act (FATCA) code entered on this form (if any) indicating that the payee is exempt from FATCA reporting, is correct.

**Certification Instructions.** You must cross out Item 2 above if the Accountholder has been notified by the IRS that the Accountholder is currently subject to backup withholding because the Accountholder has failed to report all interest and dividends on the Accountholder's tax return or for any other reason. For real estate transactions, Item 2 does not apply. For mortgage interest paid, acquisition or abandonment of secured property, cancellations of debt, contributions to an individual retirement arrangement (IRA) and, generally, payments other than interest and dividends, you are not required to sign the Certification, but you must provide the Accountholder's correct TIN.

The Internal Revenue Service does not require your or the Accountholder's consent to any provision of this document other than the certifications required to avoid backup withholding.

**Relationship Consent**

☐ By checking this box and signing below, you, _____ authorize the Bank to use the balance from _____ (last 4 digits of account number), your personal checking account, to meet the balance requirement on the Accountholder's Business Convenience Checking Plus or Business Premier Checking account. See Business Deposit Account Agreement for details.

**Authorized Representative(s)/Signer(s):**

Signature: [signed]
Printed Name: PAUL GUTIERREZ
TIN: ████
Verification: _____
If Existing Personal Customer, Enter the RM Number: ████940
Date Signed: 10/10/17

Signature: _____
Printed Name: _____
Date of Birth: _____    TIN: _____
Verification: _____
If Existing Personal Customer, Enter the RM Number: _____
Date Signed: _____

Signature: _____
Printed Name: _____
Date of Birth: _____    TIN: _____
Verification: _____
If Existing Personal Customer, Enter the RM Number: _____
Date Signed: _____

Signature: _____
Printed Name: _____
Date of Birth: _____    TIN: _____
Verification: _____
If Existing Personal Customer, Enter the RM Number: _____
Date Signed: _____

Rev. 09/2016 | TD Bank, N.A.    Instructions for Store Team Members: Scan and email to Account.AMCB CIF New Business Accounts