EXHIBIT L



Account: 473
Amount: 9,500.00
PostDate: 20161003
Tran_ID:
CheckNum: 0
DIN:
ReturnReasonCode:



Account: 473
Amount: 69,000.00
PostDate: 20161012
Tran:
CheckNum: 0
DIN:
ReturnReasonCode:



Account: 3473
Amount: 9,500.00
PostDate: 20161003
Tran_ID:
CheckNum: 0
DIN: 71
ReturnReasonCode:



Account: 3473
Amount: 69,000.00
PostDate: 20161012
Tran_ID:
CheckNum:
DIN:
ReturnReasonCode:



















