EXHIBIT M

Inst. # 201608351 - Page 1 of 5

# THIS DEED

MADE this 8th day of April in the year of our Lord, Two Thousand Sixteen, 2016

BETWEEN, **CARLOS E. ANDAGANA and JEANNETH C. GONZALEZ** of the Township of Stroud, County of Monroe and Commonwealth of Pennsylvania, hereinafter referred to as Grantors,

AND

**ANTONIO LUIS GUTIERREZ**, of the Borough of Alpine, County of Bergen, and State of New Jersey, hereinafter referred to as Grantee,

**WITNESSETH,** that in consideration of **SEVENTY SIX THOUSAND ($76,000.00) DOLLARS,** in hand paid, the receipt whereof is hereby acknowledged, the Grantors do hereby grant and convey to the said Grantee, his heirs and assigns,

ALL THAT CERTAIN lot or lots, parcel or piece of ground situate in the Township of Stroud, Monroe County, Commonwealth of Pennsylvania, being Lot No. 33, Section II, as is more particularly set forth on the Plot Map of Cranberry Hill Corporation, Penn Estates, as same is duly recorded in the Office for the Recording of Deeds, etc., Stroudsburg, Monroe County, Pennsylvania in Plat Book Volume 32, Page(s) 123, 125.

UNDER AND SUBJECT, nevertheless, to all reservations, restrictions, covenants, conditions, easements, leases and rights of way appearing of record.

BEING the same premises which William E. Moore and Victoria L. Moore, husband and wife, by Deed dated 02/16/2002 and recorded 03/28/2002 in the Office of the Recorder of Deeds in and for Monroe County, Pennsylvania, Instrument No. 200212710, Book 2118, Page 4988, granted and conveyed unto Carlos E. Andagana and Jeanneth C. Gonzalez, as joint tenants with the right of survivorship.

PARCEL: 17/15E/1/33            PIN: 17638204921888

**TOGETHER WITH** all and singular the buildings and improvements, ways, streets, alleys, driveways, passages, waters, water-courses, rights, liberties, privileges, hereditaments, and appurtenances, whatsoever unto the hereby granted premises belonging, or in anywise appertaining, and the reversions and remainders, rents, issues, and profits thereof; and all the estate, right, title, interest, property, claim and demand whatsoever of them, the grantor, as well at law as in equity, of, in and to the same.

**TO HAVE AND TO HOLD** the said lot or piece of ground described above, with the buildings and improvements thereon erected, hereditaments and premises hereby granted, or mentioned and intended so to be, with the appurtenances, unto the said Grantees, their heirs and assigns, to and for the only proper use and behoof of the said Grantees, their heirs and assigns, forever.

**NOTICE - THIS DOCUMENT DOES NOT SELL, CONVEY, TRANSFER, INCLUDE OR INSURE THE TITLE TO THE COAL AND RIGHT OF SUPPORT UNDERNEATH THE SURFACE LAND DESCRIBED OR REFERRED TO HEREIN, AND THE OWNER OR OWNERS OF SUCH COAL MAY HAVE THE COMPLETE LEGAL RIGHT TO REMOVE ALL OF SUCH COAL AND IN THAT CONNECTION DAMAGE MAY RESULT TO THE SURFACE OF THE LAND AND ANY HOUSE, BUILDING OR STRUCTURE ON OR IN SUCH LAND. THE INCLUSION OF THIS NOTICE DOES NOT ENLARGE, RESTRICT OR MODIFY ANY LEGAL RIGHTS OR ESTATES OTHERWISE CREATED, TRANSFERRED, EXCEPTED OR RESERVED BY THIS INSTRUMENT.** (This notice is set forth in the manner provided in Section 1 of the Act of July 17, 1957, P.L., 984 as amended, and is not intended as notice of unrecorded instruments, if any.)

Inst. # 201608351 - Page 3 of 5

AND THE GRANTORS will warrant SPECIALLY the property hereby conveyed.

In Witness Whereof, the Grantors have hereunto set their hands and seals the day and year first above written.

Signed, Sealed and Delivered
in the Presence of:

_April. 08. 2016_  _____
CARLOS E. ANDAGANA

_April. 08. 2016_  _____
JEANNETH C. GONZALEZ

COMMONWEALTH OF PENNSYLVANIA
COUNTY OF Lackawanna

Before me personally appeared **CARLOS E. ANDAGANA and JEANNETH C. GONZALEZ**, satisfactorily proven to be the person whose names are subscribed to the within instrument, and acknowledged executing the within instrument for the purposes therein contained.

SWORN to before me this ___8___ day of April, 2016.

_Lisa Marie O'Malley_
Notary Public
My Commission Expires: July 25, 2016

NOTARIAL SEAL
LISA MARIE O'MALLEY
Notary Public
SCRANTON CITY, LACKAWANNA COUNTY
My Commission Expires Jul 25, 2016

I hereby certify that the precise residence of the Grantee is:

43 WARREN LANE, Alpine, NJ 07620.

_Michael E F____

GOLDEN DOME ABSTRACT, LLC
Agent for Grantee

Inst. # 201608351 - Page 5 of 5

# COUNTY OF MONROE



**RECORDER OF DEEDS**
**610 MONROE STREET**
**SUITE 125**
STROUDSBURG, PA 18360
Area Code (570) 517-3969

Josephine Ferro - Recorder

Instrument Number - 201608351
Recorded On 4/13/2016 At 10:26:57 AM
* Instrument Type - DEED
Invoice Number - 706308
* Grantor - ANDAGANA, CARLOS E
* Grantee - GUTIERREZ, ANTONIO LUIS
User - DAM
* Customer - SIMPLIFILE LC E-RECORDING

Book - 2469   Starting Page - 8245
* Total Pages - 5

*FEES

| | |
|---|---:|
| STATE TRANSFER TAX | $760.00 |
| STATE WRIT TAX | $0.50 |
| JCS/ACCESS TO JUSTICE | $35.50 |
| RECORDING FEES | $13.00 |
| AFFORDABLE HOUSING | $13.00 |
| COUNTY ARCHIVES FEE | $2.00 |
| ROD ARCHIVES FEE | $3.00 |
| TAX CODE CERTIFICATION FEES | $10.00 |
| STROUDSBURG SCHOOL REALTY TAX | $380.00 |
| STROUD TOWNSHIP | $380.00 |
| **TOTAL PAID** | **$1,597.00** |

RETURN DOCUMENT TO:
GOLDEN DOME
310 SPRUCE STREET, SUITE 201
SCRANTON, PA 18503

MC GIS Registry UPI Certification
On April 13, 2016 By CAB

TAX ID #
  17/15E/1/33
Total Tax IDs: 1



I Hereby CERTIFY that this document is recorded in the Recorder's Office of Monroe County, Pennsylvania

Josephine Ferro

THIS IS A CERTIFICATION PAGE

# Do Not Detach

THIS PAGE IS NOW THE LAST PAGE
OF THIS LEGAL DOCUMENT

* - Information denoted by an asterisk may change during the verification process and may not be reflected on this page.

0530BC

Book: 2469  Page: 8249