EXHIBIT N

Prepared by and Return to: Powlette & Field, LLC.
508 Park Avenue Stroudsburg, Pennsylvania 18360
Phone: (570) 424-8037

Parcel ID # 17/15E/1/33

THIS INDENTURE made the 2٢ day of September in the year of Two Thousand Sixteen (2016).

BETWEEN

ANTONIO LUIS GUTIERREZ, SINGLE

(hereinafter called the Grantor), of the one part

and

PAUL GUTIERREZ, A MARRIED MAN

(hereinafter called the Grantee), of the other part

WITNESSETH that the said Grantor for and in consideration of the sum of One and 00/100 Dollar ($1.00) lawful money of the United States of America, unto him well and truly paid by the said Grantee, at or before the sealing and delivery hereof, the receipt whereof is hereby acknowledged, has granted, bargained and sold, released and confirmed, and by these presents does grant, bargain and sell, release and confirm unto the said Grantee, described herein, in wit;

ALL THAT CERTAIN lot or lots, parcel or piece of ground situate in the Township of Stroud, Monroe County, Commonwealth of Pennsylvania, being Lot No. 33, Section II, as is more particularly set forth on the Plot Map of Cranberry Hill Corporation, Penn Estates, as same is duly recorded in the Office for the Recording of Deeds, etc., Stroudsburg, Monroe County, Pennsylvania in Plat Book Volume 32, Page(s) 123, 125.

BEING THE SAME PREMISES which CARLOS E. ANDAGANA and JEANNETH C. GONZALEZ, by their deed dated April 8, 2016 and recorded in the Office for Recording of Deeds, Monroe County Pennsylvania on April 13, 2016 in Deed Book 2469 Page 8249 granted and conveyed unto ANTONIO LUIS GUIERREZ, grantor hereof, in fee.

THIS CONVEYANCE IS EXEMPT FROM THE PAYMENT OF REALTY TRANSFER TAX IN THAT THIS IS A BROTHER TO BROTHER TRANSACTION.

UNDER AND SUBJECT TO Covenants, Conditions and Restrictions as appear in the chain of title in the Recorder of Deeds of Monroe County.

TOGETHER WITH all and singular the buildings and improvements, ways, streets, alleys, driveways, passages, waters, water-courses, rights, liberties, privileges, hereditaments and appurtenances, whatsoever unto the hereby granted premises belonging, or in anywise appertaining, and the reversions and remainders, rents, issues, and profits thereof; and all the estate, right, title, interest, property, claim and demand whatsoever of him, the said Grantor, as well at law as in equity, of, in and to the same.

TO HAVE and to hold the said lot or piece of ground described above, with the buildings and improvements thereon erected, hereditaments and premises hereby granted, or mentioned and intended so to be, with the appurtenances, unto the said Grantee, his heirs and assigns, to and for the only proper use and behoof of the said Grantee, his heirs and assigns, forever.

AND the said Grantor, for himself and his heirs, executors and administrators, does, by these presents, covenant, grant and agree, to and with the said Grantee, his heirs and assigns, that he, the said Grantor, and his heirs, all and singular the hereditaments and premises herein described and granted, or mentioned and intended so to be, with the appurtenances, unto the said Grantee, his heirs and assigns, against him, the said Grantor, and his heirs, will warrant and defend against the lawful claims of all persons claiming by, through or under the said Grantor but not otherwise.

IN WITNESS WHEREOF, the party of the first part has hereunto set his hand and seal. Dated the day and year first above written.

_____ (SEAL)
Antonio Luis Gutierrez

State of New Jersey
County of Bergen      } ss

On this, the 28th day of September, 2016, before me, the undersigned Notary Public, personally appeared Antonio Luis Gutierrez, known to me (or satisfactorily proven) to be the person whose name is subscribed to the within instrument, and acknowledged that he executed the same for the purposes therein contained.

IN WITNESS WHEREOF, I hereunto set my hand and official seal.

_____
Notary Public
My commission expires: 5/1/18

VIVIAN G VILANOVA
ID # 2038940
NOTARY PUBLIC
STATE OF NEW JERSEY
My Commission Expires May 1, 2018

The precise residence and the complete post office address of the above named Grantee is:

361 Maple Street, Moonachie, New Jersey 07074

_____
Barbara Wentm
On behalf of the Grantee



## COUNTY OF MONROE

**RECORDER OF DEEDS**
610 MONROE STREET
SUITE 125
STROUDSBURG, PA 18360
Area Code (570) 517-3969

Josephine Ferro - Recorder

Instrument Number - 201623932
Recorded On 10/4/2016 At 4:30:06 PM
* Instrument Type - DEED - TAX EXEMPT
Invoice Number - 717278
* Grantor - GUTIERREZ, ANTONIO LUIS
* Grantee - GUTIERREZ, PAUL
User - TW
* Customer - POWLETTE & FIELD LLC
* FEES

| | |
|---|---|
| STATE WRIT TAX | $0.50 |
| JCS/ACCESS TO JUSTICE | $35.50 |
| RECORDING FEES | $13.00 |
| AFFORDABLE HOUSING | $13.00 |
| COUNTY ARCHIVES FEE | $2.00 |
| ROD ARCHIVES FEE | $3.00 |
| TAX CODE CERTIFICATION FEES | $10.00 |
| TOTAL PAID | $77.00 |

Book - 2479   Starting Page - 1455
* Total Pages - 3

RETURN DOCUMENT TO:
POWLETTE & FIELD LLC

MC GIS Registry UPI Certification
On October 4, 2016 By CAB

TAX ID #
17/15E/1/33
Total Tax IDs: 1



I Hereby CERTIFY that this document is recorded in the Recorder's Office of Monroe County, Pennsylvania

*Josephine Ferro*

THIS IS A CERTIFICATION PAGE

# Do Not Detach

THIS PAGE IS NOW THE LAST PAGE
OF THIS LEGAL DOCUMENT

\* - Information denoted by an asterisk may change during
the verification process and may not be reflected on this page.

0564CE

Book: 2479  Page: 1457