# EXHIBIT O

**ECKERT SEAMANS CHERIN & MELLOTT, LLC**
Anthony E. Bush, Esq. (N.J. Attorney ID No. #003761990)
Nicholas M. Gaunce, Esq. (N.J. Attorney ID No. #012032007)
*Physical Address:* 2000 Lenox Drive, Suite 203, Lawrenceville, NJ 08648
*Mailing Address:* P.O. Box 5404, Princeton, NJ 08543
Telephone: (609) 392-2100
Facsimile: (609) 392-7956
*Attorneys for Plaintiff, NextGear Capital, Inc.*

FILED
APR 30 2018
James J. DeLuca, J.S.C.

| | |
|---|---|
| NEXTGEAR CAPITAL, INC., | SUPERIOR COURT OF NEW JERSEY |
| | BERGEN COUNTY: LAW DIVISION |
| Plaintiff, | DOCKET NO.: BER-L-7268-16 |
| v. | |
| | Civil Action |
| THE LUXURY HAUS, INC., and ANTONIO L. GUTIERREZ, and ABC CO., and EDITH GUTIERREZ, jointly and severally, | CONSENT JUDGMENT |
| Defendants. | |

THIS MATTER having been opened to the Court by Eckert, Seamans, Cherin & Mellott, LLC, attorneys for plaintiff, NextGear Capital, Inc. ("NextGear"); and the defendants, The Luxury Haus, Inc. and Antonio L. Gutierrez, and NextGear having agreed to the entry of judgment; and defendants, The Luxury Haus, Inc. and Antonio L. Gutierrez, having consented to the form and entry of the within Consent Judgment; and for good cause appearing;

IT IS HEREBY ORDERED that, on this 30 day of April, 2018, Judgment is hereby entered against defendants, The Luxury Haus, Inc. and Antonio L. Gutierrez, jointly and severally, and in favor of plaintiff, NextGear Capital, Inc. in the amount of $4,500,000.00;

1

IT IS HEREBY FURTHER ORDERED that counsel for NextGear shall serve a full and complete copy of this judgment upon all counsel of record and *pro se* parties within five days of its posting upon e-Courts

/s/ James J. DeLuca, J.S.C.

CONSENT AS TO FORM AND ENTRY:

ECKERT SEAMANS CHERIN &
MELLOTT, LLC
*Attorneys for Plaintiff, NextGear Capital, Inc.*

By: /s/
Nicholas M. Gaunce, Esq.

Dated: April 30, 2018

THE LAW OFFICE OF IAN J. HIRSCH,
LLC
*Attorneys for Defendants, The Luxury Haus, Inc.
and Antonio L. Gutierrez*

By: /s/
Ian J. Hirsch, Esq.

Dated: April 30, 2018