EXHIBIT P

WILKINS JAS G APPRAISALS

## Exterior-Only Inspection Residential Appraisal Report

File # 18M17048

The purpose of this summary appraisal report is to provide the lender/client with an accurate, and adequately supported, opinion of the market value of the subject property.

| | | |
|---|---|---|
| Property Address **5334 Della Ter** | City **East Stroudsburg** | State **PA** Zip Code **18301** |
| Borrower **Gutierrez, Antonio** | Owner of Public Record **Antonio Luis Gutierrez** | County **Monroe** |
| Legal Description **DBV: 2479-1455** | | |
| Assessor's Parcel # **17638204921888** | Tax Year **2018** | R.E. Taxes $ **8,333.65** |
| Neighborhood Name **Penn Estates** | Map Reference **20700** | Census Tract **3010.01** |
| Occupant ☒ Owner ☐ Tenant ☐ Vacant | Special Assessments $ **0** ☒ PUD | HOA $ **1,240** ☒ per year ☐ per month |
| Property Rights Appraised ☒ Fee Simple ☐ Leasehold ☐ Other (describe) | | |
| Assignment Type ☐ Purchase Transaction ☐ Refinance Transaction ☒ Other (describe) **Market Value** | | |
| Lender/Client **Eckert Seamans Cherin & Mellott, LLC** Address **Princeton Pike Corp. Center, 2000 Lenox Drive, Ste 203, Lawrenceville, NJ 08648** | | |
| Is the subject property currently offered for sale or has it been offered for sale in the twelve months prior to the effective date of this appraisal? ☐ Yes ☒ No | | |
| Report data source(s) used, offering price(s), and date(s). **Pocono Mountain MLS** | | |

I ☐ did ☐ did not analyze the contract for the subject purchase transaction. Explain the results of the analysis of the contract for sale or why the analysis was not performed.

| | |
|---|---|
| Contract Price $ **Market Value** Date of Contract | Is the property seller the owner of public record? ☐ Yes ☐ No Data Source(s) |
| Is there any financial assistance (loan charges, sale concessions, gift or downpayment assistance, etc.) to be paid by any party on behalf of the borrower? ☐ Yes ☐ No | |
| If Yes, report the total dollar amount and describe the items to be paid. | |

Note: Race and the racial composition of the neighborhood are not appraisal factors.

| Neighborhood Characteristics | | | One-Unit Housing Trends | | | One-Unit Housing | | | Present Land Use % | |
|---|---|---|---|---|---|---|---|---|---|---|
| Location ☐ Urban ☒ Suburban ☐ Rural | Property Values ☒ Increasing ☐ Stable ☐ Declining | | | | | PRICE | AGE | | One-Unit | 85 % |
| Built-Up ☒ Over 75% ☐ 25-75% ☐ Under 25% | Demand/Supply ☐ Shortage ☒ In Balance ☐ Over Supply | | | | | $ (000) | (yrs) | | 2-4 Unit | % |
| Growth ☐ Rapid ☐ Stable ☒ Slow | Marketing Time ☐ Under 3 mths ☒ 3-6 mths ☐ Over 6 mths | | | | | 40 Low | 12 | | Multi-Family | % |
| Neighborhood Boundaries Due to it's rather unique characteristics and gated access the subject subdivision | | | | | | 290 High | 40 | | Commercial | % |
| is generally considered to be a neighborhood. | | | | | | 130 Pred. | 35 | | Other | 15 % |
| Neighborhood Description **Penn Estates is a very large vacation/primary home gated subdivision.** | | | | | | | | | | |

Market Conditions (including support for the above conclusions) **Market actively and values have gradually been increasing over the past year.**

| | |
|---|---|
| Dimensions **245.2' x 100' x 60.1' x 113.9' x 124.6'** Area **.56 acre** Shape **Irregular** View **Average** | |
| Specific Zoning Classification **R-1** Zoning Description **Low Density Residential** | |
| Zoning Compliance ☒ Legal ☐ Legal Nonconforming (Grandfathered Use) ☐ No Zoning ☐ Illegal (describe) | |
| Is the highest and best use of subject property as improved (or as proposed per plans and specifications) the present use? ☒ Yes ☐ No If No, describe | |

| Utilities Public Other (describe) | Public Other (describe) | Off-site Improvements – Type | Public | Private |
|---|---|---|---|---|
| Electricity ☒ | Water ☐ ☒ Community | Street **Asphalt** | | ☒ |
| Gas ☒ None Known | Sanitary Sewer ☐ ☒ Community | Alley **None** | | |
| FEMA Special Flood Hazard Area ☐ Yes ☒ No | FEMA Flood Zone **X** FEMA Map # **42089C0269E** | FEMA Map Date **5/2/2013** | | |

Are the utilities and off-site improvements typical for the market area? ☒ Yes ☐ No If No, describe

Are there any adverse site conditions or external factors (easements, encroachments, environmental conditions, land uses, etc.)? ☐ Yes ☒ No If Yes, describe

| | | | |
|---|---|---|---|
| Source(s) Used for Physical Characteristics of Property ☐ Appraisal Files ☒ MLS ☒ Assessment and Tax Records ☐ Prior Inspection ☐ Property Owner | | | |
| ☒ Other (describe) **Exterior Inspection** Data Source for Gross Living Area **Tax Assessor's Records** | | | |

| General Description | | General Description | | Heating/Cooling | Amenities | Car Storage |
|---|---|---|---|---|---|---|
| Units ☒ One ☐ One with Accessory Unit | Concrete Slab ☒ Crawl Space | | FWA ☐ HWBB | Fireplace(s) # ☒ 1 | ☐ None |
| # of Stories **2** | Full Basement ☐ Finished | | ☐ Radiant | ☐ Woodstove(s) # | ☒ Driveway # of Cars **2+** |
| Type ☒ Det. ☐ Att. ☐ S-Det./End Unit | Partial Basement ☐ Finished | | ☒ Other Ht.Pmp. | ☒ Patio/Deck **Wood** | Driveway Surface **Asphalt/Ave.** |
| ☒ Existing ☐ Proposed ☐ Under Const. | Exterior Walls **T-1-11 (plywood)** Fuel | | Elec. | ☒ Porch | ☒ Garage # of Cars **1 Car** |
| Design (Style) **Contemporary** | Roof Surface **Asph. Shing/Ave.** | | ☒ Central Air Conditioning | ☐ Pool | ☐ Carport # of Cars |
| Year Built **1986** | Gutters & Downspouts **Alum/Ave.** | | ☐ Individual | ☐ Fence | ☐ Attached ☐ Detached |
| Effective Age (Yrs) **32** | Window Type **Casement/Ave.** | | ☐ Other | ☐ Other | ☒ Built-In |
| Appliances ☐ Refrigerator ☒ Range/Oven | ☐ Dishwasher ☐ Disposal ☐ Microwave | | ☐ Washer/Dryer | Other (describe) | |
| Finished area above grade contains: **9** Rooms **4** Bedrooms **2.5** Bath(s) | | | | **2,902** Square Feet of Gross Living Area Above Grade | | |

Additional features (special energy efficient items, etc.) **My exterior inspection revealed no extra features not already described in this report.**

Describe the condition of the property and data source(s) (including apparent needed repairs, deterioration, renovations, remodeling, etc.). **Based on my exterior inspection the home appears to be in average to above average condition in this neighborhood.**

Are there any apparent physical deficiencies or adverse conditions that affect the livability, soundness, or structural integrity of the property? ☐ Yes ☒ No
If Yes, describe.
**My exterior inspection didn't reveal any adverse conditions or physical deficiencies.**

Does the property generally conform to the neighborhood (functional utility, style, condition, use, construction, etc.)? ☒ Yes ☐ No If No, describe.

James A. Wilkins

Serial# 0F5646C9
esign.alamode.com/verify

Form 2055 - "TOTAL" appraisal software by a la mode, inc. - 1-800-ALAMODE

## Exterior-Only Inspection Residential Appraisal Report
File # 18M17048

| | | | |
|---|---|---|---|
| There are | 9 | comparable properties currently offered for sale in the subject neighborhood ranging in price from $ 132,500 to $ 269,900 | |
| There are | 7 | comparable sales in the subject neighborhood within the past twelve months ranging in sale price from $ 79,000 to $ 221,600 | |

| FEATURE | SUBJECT | COMPARABLE SALE # 1 | COMPARABLE SALE # 2 | COMPARABLE SALE # 3 |
|---|---|---|---|---|
| Address | 5334 Della Ter East Stroudsburg, PA 18301 | 221 Somerset Dr East Stroudsburg, PA 18301 | 4110 Rosewood Ter East Stroudsburg, PA 18301 | 126 Summerton Cir East Stroudsburg, PA 18301 |
| Proximity to Subject | | 0.33 miles N | 0.72 miles NE | 0.72 miles E |
| Sale Price | $ Market Value | $ 160,000 | $ 178,000 | $ 169,000 |
| Sale Price/Gross Liv. Area | $ sq.ft. | $ 65.60 sq.ft. | $ 61.81 sq.ft. | $ 54.64 sq.ft. |
| Data Source(s) | | PMMLS#: PM-53029 | PMMLS#: PM-56956 | PMMLS#: PM-57455 |
| Verification Source(s) | | 17639204945539 | 17639203243907 | 17639203238681 |
| VALUE ADJUSTMENTS | DESCRIPTION | DESCRIPTION +(-) $ Adjustment | DESCRIPTION +(-) $ Adjustment | DESCRIPTION +(-) $ Adjustment |
| Sales or Financing | | None Known | None Known | None Known |
| Concessions | | 77 | 8 | 16 |
| Date of Sale/Time | | 3-14-2018 | 7-30-2018 | 6-15-2018 |
| Location | Average | Average | Average | Average |
| Leasehold/Fee Simple | Fee Simple | Fee Simple | Fee Simple | Fee Simple |
| Site | .56 acre | 0.36 acre | 0.55 acre | 0.55 acre |
| View | Average | Average | Average | Average |
| Design (Style) | Contemporary | Contemporary | Contemporary | Contemporary |
| Quality of Construction | Average | Inferior +2,000 | Average | Average |
| Actual Age | 32 | 32 | 34 | 31 |
| Condition | Average | Average | Average | Average |
| Above Grade | Total 9 Bdrms. 4 Baths 2.5 | Total 8 Bdrms. 3 Baths 3 | Total 10 Bdrms. 4 Baths 4 | Total 9 Bdrms. 4 Baths 3 |
| Room Count | | +1,000 | -5,000 | -1,000 |
| Gross Living Area | 2,902 sq.ft. | 2,439 sq.ft. +4,600 | 2,880 sq.ft. | 2,910 sq.ft. |
| Basement & Finished | | Crawlspace | Slab | Slab |
| Rooms Below Grade | N/A | N/A | N/A | N/A |
| Functional Utility | Average | Average | Average | Average |
| Heating/Cooling | Ht. Pmp/AC | BB/Elec/1 Wall +2,000 | BB/Elec/None +3,000 | BBHW/AC -2,000 |
| Energy Efficient Items | None | None | None | None |
| Garage/Carport | 1 Car | 1 Car Garage | 1 Car Garage | 1 Car Garage |
| Porch/Patio/Deck | Decks | Decks | Decks | Decks |
| Fireplace/Stove Pad | FP & Stv Pad | FP & Stv Pad | 2 Fireplaces | Fireplace +2,000 |
| Net Adjustment (Total) | | ☒ + □ - $ 9,600 | □ + ☒ - $ -2,000 | □ + ☒ - $ -1,000 |
| Adjusted Sale Price | | Net Adj. 6.0 % | Net Adj. 1.1 % | Net Adj. 0.6 % |
| of Comparables | | Gross Adj. 6.0 % $ 169,600 | Gross Adj. 4.5 % $ 176,000 | Gross Adj. 3.1 % $ 168,000 |

☒ did □ did not research the sale or transfer history of the subject property and comparable sales. If not, explain

My research □ did ☒ did not reveal any prior sales or transfers of the subject property for the three years prior to the effective date of this appraisal.
Data Source(s)   Tax assessor's records
My research ☒ did □ did not reveal any prior sales or transfers of the comparable sales for the year prior to the date of sale of the comparable sale.
Data Source(s)   Tax assessor's records
Report the results of the research and analysis of the prior sale or transfer history of the subject property and comparable sales (report additional prior sales on page 3).

| ITEM | SUBJECT | COMPARABLE SALE #1 | COMPARABLE SALE #2 | COMPARABLE SALE #3 |
|---|---|---|---|---|
| Date of Prior Sale/Transfer | 10-4-2016 | 8-7-2017 | 9-27-1983 | 3-2-2012 |
| Price of Prior Sale/Transfer | $1.00 | $62,000 | $25,900 | $84,970 |
| Data Source(s) | DBV: 2479-1455 | DBV: 2495-8406 | DBV: 1296-327 | DBV: 2398-7995 |
| Effective Date of Data Source(s) | 8-7-2018 | 8-15-2018 | 8-15-2018 | 8-15-2018 |

Analysis of prior sale or transfer history of the subject property and comparable sales    This sale's prior sale was more than 1 year prior.  Only Sale #1 had a prior sale within one year prior to the most recent sale. It actually had two prior sales within their prior year and appears to have been the result of the foreclosure process.

Summary of Sales Comparison Approach    I have described and analyzed the three most similar sales found during my research of the Pocono Mountain MLS for the subject subdivision over the past twelve months. These sales are in my opinion the most similar to the subject and provide the most realistic value indicators. I have made adjustments for pertinent physical differences based on market preferences. Any adjustments for quality or condition are based on the MLS descriptions as well as a review of MLS interior photos of these sales.  No age adjustments were made as the subject and comparable's effective ages are judged to be equal. Some differences in living area were found when comparing the MLS data and the Tax Assessor's data. Reviewing these differences I found that the above grade "Basement" areas had been finished and this added to the above grade living area. My information for the subject is based on my exterior "Drive by" inspection and a 2001 MLS listing which didn't have interior photos.  I have assumed that the condition of the subject is average during my comparison.

Indicated Value by Sales Comparison Approach $ 168,000
Indicated Value by: Sales Comparison Approach $ 168,000    Cost Approach (if developed) $    Income Approach (if developed) $ NA
I have only developed the Sales Comparison Approach as the Cost and Income Approaches are inappropriate for single family homes and older homes.

This appraisal is made ☒ "as is", □ subject to completion per plans and specifications on the basis of a hypothetical condition that the improvements have been completed, □ subject to the following repairs or alterations on the basis of a hypothetical condition that the repairs or alterations have been completed, or □ subject to the following required inspection based on the extraordinary assumption that the condition or deficiency does not require alteration or repair:

Based on a visual inspection of the exterior areas of the subject property from at least the street, defined scope of work, statement of assumptions and limiting conditions, and appraiser's certification, my (our) opinion of the market value, as defined, of the real property that is the subject of this report is $ 168,000 , as of 8-11-2018 , which is the date of inspection and the effective date of this appraisal.

Freddie Mac Form 2055 March 2005        Page 2 of 6        Form 2055 — "TOTAL" appraisal software by a la mode, inc. — 1-800-ALAMODE        2055 March 2005

Serial# 0F5646C9
esign.alamode.com/verify

## Exterior-Only Inspection Residential Appraisal Report
File # 18M17048

**Definition of Market Value**

The definition of Market Value which appears on page 4 of this report is that which is used by agencies regulating federally insured financial institutions in the United States, as indicated in: C.F.R. Part 34.42(g); 55 Federal Register 34696, August 24, 1990, as amended at 57 Federal Register 12202, April 9, 1992; 59 Federal Register 29499, June 7, 1994.

**Scope of Work**

The intended user of this report is Eckert Seamans Cherin & Mellott, LLC.  No other intended users, nor uses have been identified by me and none are assumed.  Use of this appraisal by anyone other than the intended user does not obligate me to consult, advise, or answer questions for anyone other than  Eckert Seamans Cherin & Mellott, LLC.  I physically inspected the exterior of the subject property.  I have also reviewed the tax assessor's data, and a previous MLS listing.  I am a real estate appraiser only thus my report is a value estimate only.  As I have no special expertise in construction, plumbing, heating, electrical systems, appliance operation, insect or rodent infestation, environmental issues, or zoning/building requirements, I make no claims on these items with regard to the subject.

ADDITIONAL COMMENTS

### COST APPROACH TO VALUE (not required by Fannie Mae)

Provide adequate information for the lender/client to replicate the below cost figures and calculations.

Support for the opinion of site value (summary of comparable land sales or other methods for estimating site value)

| | | |
|---|---|---|
| ESTIMATED ☐ REPRODUCTION OR ☐ REPLACEMENT COST NEW | OPINION OF SITE VALUE | = $ |
| Source of cost data | DWELLING Sq.Ft. @ $ | = $ |
| Quality rating from cost service    Effective date of cost data | Sq.Ft. @ $ | = $ |
| Comments on Cost Approach (gross living area calculations, depreciation, etc.) | | = $ |
| | Garage/Carport Sq.Ft. @ $ | = $ |
| | Total Estimate of Cost-New | = $ |
| | Less    Physical   Functional   External | |
| | Depreciation | = $( ) |
| | Depreciated Cost of Improvements | = $ |
| | "As-is" Value of Site Improvements | = $ |
| Estimated Remaining Economic Life (HUD and VA only)    Years | INDICATED VALUE BY COST APPROACH | = $ |

### INCOME APPROACH TO VALUE (not required by Fannie Mae)

| | | |
|---|---|---|
| Estimated Monthly Market Rent $     X Gross Rent Multiplier    = $ | | Indicated Value by Income Approach |
| Summary of Income Approach (including support for market rent and GRM) | | |

### PROJECT INFORMATION FOR PUDs (if applicable)

Is the developer/builder in control of the Homeowners' Association (HOA)?   ☐ Yes ☒ No   Unit type(s)   ☒ Detached   ☐ Attached

Provide the following information for PUDs ONLY if the developer/builder is in control of the HOA and the subject property is an attached dwelling unit.

Legal Name of Project

Total number of phases     Total number of units     Total number of units sold

Total number of units rented     Total number of units for sale     Data source(s)

Was the project created by the conversion of existing building(s) into a PUD?   ☐ Yes   ☐ No   If Yes, date of conversion

Does the project contain any multi-dwelling units?   ☐ Yes   ☐ No   Data Source(s)

Are the units, common elements, and recreation facilities complete?   ☐ Yes   ☐ No   If No, describe the status of completion.

Are the common elements leased to or by the Homeowners' Association?   ☐ Yes   ☐ No   If Yes, describe the rental terms and options.

Describe common elements and recreational facilities.

Form 2055 - "TOTAL" appraisal software by a la mode, inc. - 1-800-ALAMODE

Serial# 0F5644C9
esign.alamode.com/verify

## Exterior-Only Inspection Residential Appraisal Report     File # 18M17048

This report form is designed to report an appraisal of a one-unit property or a one-unit property with an accessory unit; including a unit in a planned unit development (PUD). This report form is not designed to report an appraisal of a manufactured home or a unit in a condominium or cooperative project.

This appraisal report is subject to the following scope of work, intended use, intended user, definition of market value, statement of assumptions and limiting conditions, and certifications. Modifications, additions, or deletions to the intended use, intended user, definition of market value, or assumptions and limiting conditions are not permitted. The appraiser may expand the scope of work to include any additional research or analysis necessary based on the complexity of this appraisal assignment. Modifications or deletions to the certifications are also not permitted. However, additional certifications that do not constitute material alterations to this appraisal report, such as those required by law or those related to the appraiser's continuing education or membership in an appraisal organization, are permitted.

SCOPE OF WORK: The scope of work for this appraisal is defined by the complexity of this appraisal assignment and the reporting requirements of this appraisal report form, including the following definition of market value, statement of assumptions and limiting conditions, and certifications. The appraiser must, at a minimum: (1) perform a visual inspection of the exterior areas of the subject property from at least the street, (2) inspect the neighborhood, (3) inspect each of the comparable sales from at least the street, (4) research, verify, and analyze data from reliable public and/or private sources, and (5) report his or her analysis, opinions, and conclusions in this appraisal report.

The appraiser must be able to obtain adequate information about the physical characteristics (including, but not limited to, condition, room count, gross living area, etc.) of the subject property from the exterior-only inspection and reliable public and/or private sources to perform this appraisal. The appraiser should use the same type of data sources that he or she uses for comparable sales such as, but not limited to, multiple listing services, tax and assessment records, prior inspections, appraisal files, information provided by the property owner, etc.

INTENDED USE: The intended use of this appraisal report is for the lender/client to evaluate the property that is the subject of this appraisal for a mortgage finance transaction.

INTENDED USER: The intended user of this appraisal report is the lender/client.

DEFINITION OF MARKET VALUE: The most probable price which a property should bring in a competitive and open market under all conditions requisite to a fair sale, the buyer and seller, each acting prudently, knowledgeably and assuming the price is not affected by undue stimulus. Implicit in this definition is the consummation of a sale as of a specified date and the passing of title from seller to buyer under conditions whereby: (1) buyer and seller are typically motivated; (2) both parties are well informed or well advised, and each acting in what he or she considers his or her own best interest; (3) a reasonable time is allowed for exposure in the open market; (4) payment is made in terms of cash in U. S. dollars or in terms of financial arrangements comparable thereto; and (5) the price represents the normal consideration for the property sold unaffected by special or creative financing or sales concessions* granted by anyone associated with the sale.

*Adjustments to the comparables must be made for special or creative financing or sales concessions. No adjustments are necessary for those costs which are normally paid by sellers as a result of tradition or law in a market area; these costs are readily identifiable since the seller pays these costs in virtually all sales transactions. Special or creative financing adjustments can be made to the comparable property by comparisons to financing terms offered by a third party institutional lender that is not already involved in the property or transaction. Any adjustment should not be calculated on a mechanical dollar for dollar cost of the financing or concession but the dollar amount of any adjustment should approximate the market's reaction to the financing or concessions based on the appraiser's judgment.

STATEMENT OF ASSUMPTIONS AND LIMITING CONDITIONS:     The appraiser's certification in this report is subject to the following assumptions and limiting conditions:

1. The appraiser will not be responsible for matters of a legal nature that affect either the property being appraised or the title to it, except for information that he or she became aware of during the research involved in performing this appraisal. The appraiser assumes that the title is good and marketable and will not render any opinions about the title.

2. The appraiser has examined the available flood maps that are provided by the Federal Emergency Management Agency (or other data sources) and has noted in this appraisal report whether any portion of the subject site is located in an identified Special Flood Hazard Area. Because the appraiser is not a surveyor, he or she makes no guarantees, express or implied, regarding this determination.

3. The appraiser will not give testimony or appear in court because he or she made an appraisal of the property in question, unless specific arrangements to do so have been made beforehand, or as otherwise required by law.

4. The appraiser has noted in this appraisal report any adverse conditions (such as needed repairs, deterioration, the presence of hazardous wastes, toxic substances, etc.) observed during the inspection of the subject property or that he or she became aware of during the research involved in performing this appraisal. Unless otherwise stated in this appraisal report, the appraiser has no knowledge of any hidden or unapparent physical deficiencies or adverse conditions of the property (such as, but not limited to, needed repairs, deterioration, the presence of hazardous wastes, toxic substances, adverse environmental conditions, etc.) that would make the property less valuable, and has assumed that there are no such conditions and makes no guarantees or warranties, express or implied. The appraiser will not be responsible for any such conditions that do exist or for any engineering or testing that might be required to discover whether such conditions exist. Because the appraiser is not an expert in the field of environmental hazards, this appraisal report must not be considered as an environmental assessment of the property.

5. The appraiser has based his or her appraisal report and valuation conclusion for an appraisal that is subject to satisfactory completion, repairs, or alterations on the assumption that the completion, repairs, or alterations of the subject property will be performed in a professional manner.

Serial# 0F5644C9
esign.alamode.com/verify

Form 2055 - "TOTAL" appraisal software by a la mode, inc. - 1-800-ALAMODE

# Exterior-Only Inspection Residential Appraisal Report    File # 18M17048

**APPRAISER'S CERTIFICATION:**    The Appraiser certifies and agrees that:

1. I have, at a minimum, developed and reported this appraisal in accordance with the scope of work requirements stated in this appraisal report.

2. I performed a visual inspection of the exterior areas of the subject property from at least the street. I reported the condition of the improvements in factual, specific terms. I identified and reported the physical deficiencies that could affect the livability, soundness, or structural integrity of the property.

3. I performed this appraisal in accordance with the requirements of the Uniform Standards of Professional Appraisal Practice that were adopted and promulgated by the Appraisal Standards Board of The Appraisal Foundation and that were in place at the time this appraisal report was prepared.

4. I developed my opinion of the market value of the real property that is the subject of this report based on the sales comparison approach to value. I have adequate comparable market data to develop a reliable sales comparison approach for this appraisal assignment. I further certify that I considered the cost and income approaches to value but did not develop them, unless otherwise indicated in this report.

5. I researched, verified, analyzed, and reported on any current agreement for sale for the subject property, any offering for sale of the subject property in the twelve months prior to the effective date of this appraisal, and the prior sales of the subject property for a minimum of three years prior to the effective date of this appraisal, unless otherwise indicated in this report.

6. I researched, verified, analyzed, and reported on the prior sales of the comparable sales for a minimum of one year prior to the date of sale of the comparable sale, unless otherwise indicated in this report.

7. I selected and used comparable sales that are locationally, physically, and functionally the most similar to the subject property.

8. I have not used comparable sales that were the result of combining a land sale with the contract purchase price of a home that has been built or will be built on the land.

9. I have reported adjustments to the comparable sales that reflect the market's reaction to the differences between the subject property and the comparable sales.

10. I verified, from a disinterested source, all information in this report that was provided by parties who have a financial interest in the sale or financing of the subject property.

11. I have knowledge and experience in appraising this type of property in this market area.

12. I am aware of, and have access to, the necessary and appropriate public and private data sources, such as multiple listing services, tax assessment records, public land records and other such data sources for the area in which the property is located.

13. I obtained the information, estimates, and opinions furnished by other parties and expressed in this appraisal report from reliable sources that I believe to be true and correct.

14. I have taken into consideration the factors that have an impact on value with respect to the subject neighborhood, subject property, and the proximity of the subject property to adverse influences in the development of my opinion of market value. I have noted in this appraisal report any adverse conditions (such as, but not limited to, needed repairs, deterioration, the presence of hazardous wastes, toxic substances, adverse environmental conditions, etc.) observed during the inspection of the subject property or that I became aware of during the research involved in performing this appraisal. I have considered these adverse conditions in my analysis of the property value, and have reported on the effect of the conditions on the value and marketability of the subject property.

15. I have not knowingly withheld any significant information from this appraisal report and, to the best of my knowledge, all statements and information in this appraisal report are true and correct.

16. I stated in this appraisal report my own personal, unbiased, and professional analysis, opinions, and conclusions, which are subject only to the assumptions and limiting conditions in this appraisal report.

17. I have no present or prospective interest in the property that is the subject of this report, and I have no present or prospective personal interest or bias with respect to the participants in the transaction. I did not base, either partially or completely, my analysis and/or opinion of market value in this appraisal report on the race, color, religion, sex, age, marital status, handicap, familial status, or national origin of either the prospective owners or occupants of the subject property or of the present owners or occupants of the properties in the vicinity of the subject property or on any other basis prohibited by law.

18. My employment and/or compensation for performing this appraisal or any future or anticipated appraisals was not conditioned on any agreement or understanding, written or otherwise, that I would report (or present analysis supporting) a predetermined specific value, a predetermined minimum value, a range or direction in value, a value that favors the cause of any party, or the attainment of a specific result or occurrence of a specific subsequent event (such as approval of a pending mortgage loan application).

19. I personally prepared all conclusions and opinions about the real estate that were set forth in this appraisal report. If I relied on significant real property appraisal assistance from any individual or individuals in the performance of this appraisal or the preparation of this appraisal report, I have named such individual(s) and disclosed the specific tasks performed in this appraisal report. I certify that any individual so named is qualified to perform the tasks. I have not authorized anyone to make a change to any item in this appraisal report; therefore, any change made to this appraisal is unauthorized and I will take no responsibility for it.

## Exterior–Only Inspection Residential Appraisal Report   File # 18M17048

20. I identified the lender/client in this appraisal report who is the individual, organization, or agent for the organization that ordered and will receive this appraisal report.

21. The lender/client may disclose or distribute this appraisal report to: the borrower; another lender at the request of the borrower; the mortgagee or its successors and assigns; mortgage insurers; government sponsored enterprises; other secondary market participants; data collection or reporting services; professional appraisal organizations; any department, agency, or instrumentality of the United States; and any state, the District of Columbia, or other jurisdictions; without having to obtain the appraiser's or supervisory appraiser's (if applicable) consent. Such consent must be obtained before this appraisal report may be disclosed or distributed to any other party (including, but not limited to, the public through advertising, public relations, news, sales, or other media).

22. I am aware that any disclosure or distribution of this appraisal report by me or the lender/client may be subject to certain laws and regulations. Further, I am also subject to the provisions of the Uniform Standards of Professional Appraisal Practice that pertain to disclosure or distribution by me.

23. The borrower, another lender at the request of the borrower, the mortgagee or its successors and assigns, mortgage insurers, government sponsored enterprises, and other secondary market participants may rely on this appraisal report as part of any mortgage finance transaction that involves any one or more of these parties.

24. If this appraisal report was transmitted as an "electronic record" containing my "electronic signature," as those terms are defined in applicable federal and/or state laws (excluding audio and video recordings), or a facsimile transmission of this appraisal report containing a copy or representation of my signature, the appraisal report shall be as effective, enforceable and valid as if a paper version of this appraisal report were delivered containing my original hand written signature.

25. Any intentional or negligent misrepresentation(s) contained in this appraisal report may result in civil liability and/or criminal penalties including, but not limited to, fine or imprisonment or both under the provisions of Title 18, United States Code, Section 1001, et seq., or similar state laws.

SUPERVISORY APPRAISER'S CERTIFICATION:    The Supervisory Appraiser certifies and agrees that:

1. I directly supervised the appraiser for this appraisal assignment, have read the appraisal report, and agree with the appraiser's analysis, opinions, statements, conclusions, and the appraiser's certification.

2. I accept full responsibility for the contents of this appraisal report including, but not limited to, the appraiser's analysis, opinions, statements, conclusions, and the appraiser's certification.

3. The appraiser identified in this appraisal report is either a sub-contractor or an employee of the supervisory appraiser (or the appraisal firm), is qualified to perform this appraisal, and is acceptable to perform this appraisal under the applicable state law.

4. This appraisal report complies with the Uniform Standards of Professional Appraisal Practice that were adopted and promulgated by the Appraisal Standards Board of The Appraisal Foundation and that were in place at the time this appraisal report was prepared.

5. If this appraisal report was transmitted as an "electronic record" containing my "electronic signature," as those terms are defined in applicable federal and/or state laws (excluding audio and video recordings), or a facsimile transmission of this appraisal report containing a copy or representation of my signature, the appraisal report shall be as effective, enforceable and valid as if a paper version of this appraisal report were delivered containing my original hand written signature.

| APPRAISER | SUPERVISORY APPRAISER (ONLY IF REQUIRED) |
|---|---|
| Signature | Signature |
| Name  James G. Wilkins | Name |
| Company Name  James G. Wilkins Appraisals | Company Name |
| Company Address  514 Thomas St., Stroudsburg, PA 18360 | Company Address |
| Telephone Number  570-421-7090 | Telephone Number |
| Email Address  jim@wilkinsappraisals.com | Email Address |
| Date of Signature and Report  08/15/2018 | Date of Signature |
| Effective Date of Appraisal  8-11-2018 | State Certification # |
| State Certification #  RL001261L | or State License # |
| or State License # | State |
| or Other (describe)                State # | Expiration Date of Certification or License |
| State  PA | |
| Expiration Date of Certification or License  06/30/2019 | SUBJECT PROPERTY |
| ADDRESS OF PROPERTY APPRAISED | |
| 5334 Delia Ter | ☐ Did not inspect exterior of subject property |
| East Stroudsburg, PA 18301 | ☐ Did inspect exterior of subject property from street |
| | Date of Inspection |
| APPRAISED VALUE OF SUBJECT PROPERTY $      168,000 | |
| LENDER/CLIENT | COMPARABLE SALES |
| Name | ☐ Did not inspect exterior of comparable sales from street |
| Company Name  Eckert Seamans Cherin & Mellott, LLC | ☐ Did inspect exterior of comparable sales from street |
| Company Address  Princeton Pike Corp. Center, 2000 Lenox Drive, | Date of Inspection |
| Ste 203, Lawrenceville, NJ 08648 | |
| Email Address  DShafer@eckertseamans.com | |

## Subject Photo Page

| Borrower | Gutierrez, Antonio | | | | | | |
|---|---|---|---|---|---|---|---|
| Property Address | 5334 Della Ter | | | | | | |
| City | East Stroudsburg | | County | Monroe | State PA | Zip Code | 18301 |
| Lender/Client | | | | | | | |



**Subject Front**

**5334 Della Ter**

| | |
|---|---|
| Sales Price | Market Value |
| G.L.A. | 2,902 |
| Tot. Rooms | 9 |
| Tot. Bedrms. | 4 |
| Tot. Bathrms. | 2.5 |
| Location | Average |
| View | Average |
| Site | .56 acre |
| Quality | Average |
| Age | 32 |



**Subject Rear**



**Subject Street**



Serial# 0F5646C9
esign.alamode.com/verify

Form PIC4X6.SR - "TOTAL" appraisal software by a la mode, inc. - 1-800-ALAMODE

## Comparable Photo Page

| | |
|---|---|
| Borrower | Gutierrez, Antonio |
| Property Address | 5334 Delia Ter |
| City | East Stroudsburg |
| County | Monroe |
| State | PA |
| Zip Code | 18301 |
| Lender/Client | |



**Comparable 1**
221 Somerset Dr
Proximity 0.33 miles N
Sale Price 160,000
GLA 2,439
Total Rooms 8
Total Bedrms 3
Total Bathrms 3
Location Average
View Average
Site 0.36 acre
Quality Inferior
Age 32



**Comparable 2**
4110 Rosewood Ter
Proximity 0.72 miles NE
Sale Price 178,000
GLA 2,880
Total Rooms 10
Total Bedrms 4
Total Bathrms 4
Location Average
View Average
Site 0.55 acre
Quality Average
Age 34



**Comparable 3**
126 Summerton Cir
Proximity 0.72 miles E
Sale Price 159,000
GLA 2,910
Total Rooms 9
Total Bedrms 4
Total Bathrms 3
Location Average
View Average
Site 0.55 acre
Quality Average
Age 31



Serial# 0F5646C9
esign.alamode.com/verify

Form PIC4X6.CR - "TOTAL" appraisal software by a la mode, inc. - 1-800-ALAMODE

**Location Map**

| Borrower | Gutierrez, Antonio | | | | | |
|---|---|---|---|---|---|---|
| Property Address | 5334 Della Ter | | | | | |
| City | East Stroudsburg | County | Monroe | State | PA | Zip Code | 18301 |
| Lender/Client | | | | | | |



Serial# 0F5645C9
esign.alamode.com/verify

WILKINS JAS G APPRAISALS

# INVOICE

**FROM:**

WILKINS JAS G APPRAISALS
WILKINS JAS G APPRAISALS
514 Thomas St
Stroudsburg, PA 18360-2125

Telephone Number: (570) 421-7090          Fax Number: (570) 421-3804

| INVOICE NUMBER |
|---|

| DATES |
|---|
| Invoice Date: |
| Due Date: |

**TO:**

Eckert Seamans Cherin & Mellott, LLC
Princeton Pike Corporate Center
2000 Lenox Drive, Suite 203
Lawrenceville, NJ 08648

E-Mail:
Telephone Number:          Fax Number:
Alternate Number:

| REFERENCE |
|---|
| Internal Order #: |
| Lender Case #: |
| Client File #: |
| FHA/VA Case #: |
| Main File # on form: |
| Other File # on form: |
| Federal Tax ID: |
| Employer ID: |

## DESCRIPTION

| | | | | |
|---|---|---|---|---|
| Lender: | Eckert Seamans Cherin & Mellott, LLC | Client: | | |
| Purchaser/Borrower: | Gutierrez, Antonio | | | |
| Property Address: | 5334 Delia Ter | | | |
| City: | East Stroudsburg | | | |
| County: | Monroe | State: PA | Zip: | 18301 |
| Legal Description: | DBV: 2479-1455 | | | |

## FEES | AMOUNT

| | |
|---|---|
| 2055 exterior appraisal | 300.00 |
| | |
| **SUBTOTAL** | 300.00 |

## PAYMENTS | AMOUNT

| | | | |
|---|---|---|---|
| Check #: | Date: | Description: | |
| Check #: | Date: | Description: | |
| Check #: | Date: | Description: | |
| | | **SUBTOTAL** | |
| | | **TOTAL DUE** | $ 300.00 |

Serial# 0F5645C9
esign.alamode.com/verify