EXHIBIT Q

## QUESTIONS FOR THE LUXURY HAUS, INC.

1. Name of business including all trade names. _Luxury Haus_

2. Addresses of all business locations. _378 Grand Ae George_

3. If the judgment-debtor is a corporation, the names and addresses of all stockholders, officers and directors. _Antenne Guidenny_

4. If a partnership, list the names and addresses of all partners. _N/A_

5. If a limited partnership, list the names and addresses of all general partners. _N/A_

6. If the judgment-debtor is a limited liability company, the names and addresses of all members. _N/A_

7. Set forth in detail the name, address and telephone number of all businesses in which the principals of the judgment-debtor now have an interest and set forth the nature of the interest. _None_

8. For all bank accounts of the judgment-debtor business entity, list the name of the bank, the bank's address, the account number and the name in which the account is held. _None_

3

BER-L-007268-16   06/06/2018 4:44:11 PM Pg 18 of 20 Trans ID: LCV2018994113

9. Specifically state the present location of all books and records of the business, including checkbooks.   _Alpha Corp..(?)_

10. State the name and address of the person, persons, or entities who prepare, maintain and/or control the business records and checkbooks.   _Gu Henry_

11. List all physical assets of the business and their location. If any asset is subject to a lien, state the name and address of the lienholder and the amount due on the lien.   _none_

12. Does the business own any real estate? Yes ____ No ✓
    If yes, state the following for each property:

| Name(s) in which property is owned | Address of property | Date property was purchased | Purchase price | Name and address of mortgage holder | Balance due on mortgage | The names and addresses of all tenants and monthly rentals paid by each tenant |
|---|---|---|---|---|---|---|
| | | | | | | |
| | | | | | | |

| NAME AND ADDRESS OF TENANT | MONTHLY RENTAL |
|---|---|
| | |
| | |

13. List all motor vehicles owned by the business, stating the following for each vehicle:

| Make | Model | Year | License Plate | Vehicle Identification Number |
|---|---|---|---|---|
| | | | | |
| | | | | |

| Lien Holder | Lien Holder Address | Amount Due |
|---|---|---|
| | | |

4

14. List all accounts receivable due to the business, stating the name, address and amount due on each receivable.

NAME AND ADDRESS                                             AMOUNT DUE

_____                              _____
_____                              _____
_____                              _____

15. For any transfer of business assets that has occurred within six months from the date of this subpoena, specifically identify:

  (a) The nature of the asset _____ Not _____

  (b) The date of transfer _____

  (c) Name and address of the person to whom the asset was transferred
     _____
     _____

  (d) The consideration paid for the asset and the form in which it was paid (check, cash, etc.) _____ Not _____
     _____

  (e) Explain in detail what happened to the consideration paid for the asset:
     _____ Not _____
     _____

16. If the business is alleged to be no longer active, set forth:

  (a) The date of cessation _____ 2015 _____

  (b) All assets as of the date of cessation _____ 0 _____

  (c) The present location of those assets _____ 0 _____

  (d) If the assets were sold or transferred, set forth:

    (1) The nature of the assets _____ 0 _____

    (2) Date of transfer _____

    (3) Name and address of the person to whom the assets were transferred

5

BER-L-007268-16   06/06/2018 4:44:11 PM   Pg 20 of 20   Trans ID: LCV2018994113

(4) The consideration paid for the assets and the form in which it was paid

_____

(5) Explain in detail what happened to the consideration paid for the assets

_____

17. Set forth all other judgments that you are aware of that have been entered against the business and include the following:

| Creditor's Name | Creditor's Attorney | Amount Due | Name of Court | Docket Number |
|---|---|---|---|---|
| Nextbean | Bush | 4.5 million | BmjO? | |

18. For all litigation in which the business is presently involved, state:

| Date litigation commenced | Name of party who started the litigation | Nature of the action | Names of all parties and the names, addresses and telephone numbers of their attorneys | Trial date | Status of case | Name of the court and docket number |
|---|---|---|---|---|---|---|
| | | | | | | |
| | | | | | | |

19. State the name, address and position of the person answering these questions:

_____ President _____

I hereby certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Date: 6-30-18   Signature: _____   Name: Antino Cu penniz

6

QUESTIONS FOR ANTONIO L. GUTIERREZ

1. Full name  _Antonio Gu-tierrey_

2. Address  ____

3. Birthdate  ████

4. Social Security #  ████

5. Driver's license # and expiration date  ____

6. Telephone #  ████  Attorney Hosch

7. Full name and address of employer  none

   (a) Your weekly salary: Gross $____  Net $____

   (b) If not presently employed, name and address of last employer.
   ~~Abes Donut~~ ~~before~~ 361 Main St Passaic

8. Is there currently a wage execution on your salary?
   Yes ____  No ____

9. List the names, addresses and account numbers of all bank accounts on which your name appears.  none

10. If you receive money from any of the following sources, list the amount, how often, and the name and address of the source:

| TYPE | Amount & Frequency | Name & Address of Sources |
|---|---|---|
| Alimony | | |
| Loan Payments | | |
| Rental Income | none | |
| Pensions | | |
| Bank Interest | | |
| Stock Dividends | | |

3

BER-L-007268-16   06/06/2018 4:44:11 PM Pg 12 of 20 Trans ID: LCV2018994113

11. Do you receive any of the following, which are exempt from levy? Any levy on disclosed exempt funds may result in monetary penalties including reimbursement of the debtor's out-of-pocket expenses.

| | | | |
|---|---|---|---|
| Social Security benefits | Yes ___ | Amount per month ___ | No ✓ |
| S.S.I. benefits | Yes ___ | Amount per month ___ | No ✓ |
| Welfare benefits | Yes ___ | Amount per month ___ | No ✓ |
| V.A. benefits | Yes ___ | Amount per month ___ | No ✓ |
| Unemployment benefits | Yes ___ | Amount per month ___ | No ✓ |
| Workers' compensation benefits | Yes ___ | Amount per month ___ | No ✓ |
| Child support payments | Yes ___ | Amount per month ___ | No ✓ |

Attach copies of the three most recent bank statements for each account listed in Question 9 that contains funds from these sources.

12. Do you own the property where you reside?

Yes ___ No ✓ . If Yes, state the following:

(a) Name of the owner or owners _____
(b) Date property was purchased _____
(c) Purchase price _____
(d) Name and address of mortgage holder _____
(e) Balance due on mortgage _____

13. Do you own any other real estate?

Yes ✓ No ___ . If Yes, state the following for each property:

(a) Address of property __467 Haler Blvd Ridgefield__
(b) Date property was purchased __2012__
(c) Purchase price __$1690__
(d) Name and address of all owners __Edith c.d, A Mary Oe-die-z__
(e) Name and address of mortgage holder __Freedom Serk__
(f) Balance due on mortgage __$400,000__
(g) Name and address of all tenants and monthly rental paid by each tenant __aoul__

4

BER-L-007268-16  06/06/2018 4:44:11 PM  Pg 13 of 20  Trans ID: LCV2018994113

14. Does the present value of your personal property which includes automobiles, furniture, appliances, stocks, bonds, and cash on hand, exceed $1,000?

    Yes _____ No ___✓___. If the answer is "yes" you must itemize all personal property owned by you.

    Cash on hand: $ _____

    Other personal property: (Set forth make, model and serial number. If financed, give name and address of party to whom payments are made).

    | Item | Date Purchased | Purchase Price | If Financed Balance Still Due | Present Value |
    |------|----------------|----------------|-------------------------------|---------------|
    |      |                |                |                               |               |
    |      |                |                |                               |               |
    |      |                |                |                               |               |

15. Do you own a motor vehicle?

    Yes _____ No ___✓___. If yes, state the following for each vehicle owned:

    | Make | Model | Year | License Plate | Vehicle Identification Number |
    |------|-------|------|---------------|-------------------------------|
    |      |       |      |               |                               |
    |      |       |      |               |                               |

    | Lien Holder | Lien Holder Address | Amount Due |
    |-------------|---------------------|------------|
    |             |                     |            |

16. Do you own a business?

    Yes _____ No ___✓___  If yes, state the following:

    (a) Name and address of the business _____

    (b) Is the business a corporation _____, sole proprietorship _____ or partnership _____?

    (c) The name and address of all stockholders, officers and/or partners
    _____
    _____

5

BER-L-007268-16   06/06/2018 4:44:11 PM   Pg 14 of 20   Trans ID: LCV2018994113

(d) The amount of income received by you from the business during the last twelve months _none_

17. Set forth all other judgments that you are aware of that have been entered against you and include:

| Creditor's Name | Creditor's Attorney | Amount Due | Name of Court | Docket # |
|---|---|---|---|---|
| Sotene Toys AS | Hall | 600 K 63 K | Penge | |

I hereby certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Date: 6-30-18   Signature: _____   Name: Aztom Gurjieu

6