| AO 440 (Rev. 06/12) Summons in a Civil Action | RETURN OF SERVICE |
|---|---|
| SERVICE OF: LETTER, SUMMONS, PROOF OF SERVICE, COMPLAINT, EXHIBITS<br>EFFECTED (1) BY ME: GIANFRANCO MAUCIONE<br>TITLE: PROCESS SERVER | DATE: 9/28/2018 1:14:02 PM |

CHECK ONE BOX BELOW TO INDICATE APPROPRIATE METHOD OF SERVICE:

[X] Served personally upon the defendant

ANTONIO L. GUTIERREZ

Place where served:

DAIRY QUEEN 550 BROAD AVE, RIDGEFIELD, NJ 07657

[ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein. Name of person with whom the summons and complaint were left:

ANTONIO L. GUTIERREZ

Relationship to defendant   SELF

Description of Person Accepting Service:

SEX: M   AGE: 36-50   HEIGHT: 5'9"-6'0"   WEIGHT: OVER 200 LBS.   SKIN: BROWN   HAIR: SALTPEP   OTHER: BEARD

[X] To the best of my knowledge, said person was not engaged in the U.S. Military at the time of service

**STATEMENT OF SERVER**

TRAVEL $ _____   SERVICES $ _____   TOTAL $ _____

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in this Return of Service and Statement of Server is true and correct.

DATE: 10/01/2018                                    _____ L.S.

SIGNATURE OF GIANFRANCO MAUCIONE
GUARANTEED SUBPOENA SERVICE, INC.
2009 MORRIS AVENUE
UNION, NJ 07083

10/01/18

JACKELINE GONZALEZ
NOTARY PUBLIC OF NEW JERSEY
My Commission Expires Dec. 15, 2020

Attempts
9/28/2018 10:15:51 AM
9/28/2018 12:37:43 PM

ATTORNEY:   NICHOLAS M. GAUNCE, ESQ.
PLAINTIFF:   NEXTGEAR CAPITAL, INC.
DEFENDANT: ANTONIO L. GUTIERREZ, ET AL
VENUE:       DISTRICT
DOCKET:      3 18 CV 01617 MEM
COMMENT:  ENTITY CALLED FROM (201) 206-8689 AND WANTED TO BE SERVED AT LOCATION PROVIDED. HE WAS IN THE AREA AT THE TIME.