AO 440 (Rev. 06/12) Summons in a Civil Action

**RETURN OF SERVICE**

| | |
|---|---|
| SERVICE OF: EFFECTED (1) BY ME: TITLE: | LETTER, SUMMONS, PROOF OF SERVICE, COMPLAINT, EXHIBITS<br>GIANFRANCO MAUCIONE<br>PROCESS SERVER |
| | DATE: **10/1/2018 8:19:43 AM** |

CHECK ONE BOX BELOW TO INDICATE APPROPRIATE METHOD OF SERVICE:

[X] Served personally upon the defendant

PAUL GUTIERREZ

Place where served:

361 MAPLE STREET   MOONACHIE NJ 07074

[ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein. Name of person with whom the summons and complaint were left:

PAUL GUTIERREZ

Relationship to defendant   SELF

Description of Person Accepting Service:

SEX: M   AGE: 36-50   HEIGHT: 5'9"-6'0"   WEIGHT: 161-200 LBS.   SKIN: BROWN   HAIR: SALTPEP   OTHER: BEARD

[X] To the best of my knowledge, said person was not engaged in the U.S. Military at the time of service

**STATEMENT OF SERVER**

TRAVEL $ _____ . ____      SERVICES $ _____ . ____      TOTAL $ _____ . ____

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in this Return of Service and Statement of Server is true and correct.

DATE: 10 / 01 / 20 18         _____ L.S.

SIGNATURE OF GIANFRANCO MAUCIONE
GUARANTEED SUBPOENA SERVICE, INC.
2009 MORRIS AVENUE
UNION, NJ 07083

10/01/18

JACKELINE GONZALEZ
NOTARY PUBLIC OF NEW JERSEY
Commission Expires Dec. 15, 2020

**Attempts**
9/28/2018 10:21:19 AM
9/29/2018 9:59:05 AM

ATTORNEY: NICHOLAS M. GAUNCE, ESQ.
PLAINTIFF: NEXTGEAR CAPITAL, INC.
DEFENDANT: ANTONIO L. GUTIERREZ, ET AL
VENUE: DISTRICT
DOCKET: 3 18 CV 01617 MEM
COMMENT: ENTITY'S # (201) 417-8950.