IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| NEXTGEAR CAPITAL, INC., | : | CIVIL ACTION |
| Plaintiff, | : | CASE NO.: 3:18-cv-01617-MEM |
| v. | : | ELECTRONICALLY FILED |
| | : | (Judge Mannion) |
| ANTONIO L. GUTIERREZ; PAUL GUTIERREZ, | : | |
| Defendants. | : | |

## CERTIFICATE OF NONCONCURRENCE

Pursuant to Local Rule of Civil Procedure 7.1 for the United States District Court for the Middle District of Pennsylvania, the Plaintiff, NextGear Capital, Inc. ("NextGear"), hereby certifies that it sought the concurrence of the Defendant, Antonio L. Gutierrez, by way of correspondence dated October 25, 2018, to the relief requested in its motion, and was unable to obtain the concurrence of Defendant, Antonio L. Gutierrez to the relief requested.

Pursuant to 28 *U.S.C.* § 1746, I certify under penalty of perjury that the foregoing is true and correct.

Date: November 6, 2018                    By: /s/ Nicholas M. Gaunce
                                              Nicholas M. Gaunce