IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| NEXTGEAR CAPITAL, INC., | : CIVIL ACTION |
| Plaintiff, | : CASE NO.: 3:18-cv-01617-MEM |
| v. | : ELECTRONICALLY FILED |
| ANTONIO L. GUTIERREZ; PAUL GUTIERREZ, | : (Judge Mannion) |
| Defendants. | : |

## ENTRY OF DEFAULT

**IT APPEARING** that the complaint of the Plaintiff, NextGear Capital, Inc. ("NextGear"), and a summons, having been duly served upon Defendant, Antonio L. Gutierrez, Defendant, Antonio L. Gutierrez having failed to appear or otherwise plead in response to NextGear's complaint and/or timely request an extension of his responsive pleading deadline, and for other cause shown by NextGear;

**THEREFORE**, upon request of NextGear, default is hereby entered against Defendant, Antonio L. Gutierrez as provided by Rule 55(a) of the Federal Rules of Civil Procedure.

Date: 11-7-18

Peter J. Welch, Acting CLERK

By: [signature]