## CERTIFICATE OF CONCURRENCE/NON-CONCURRENCE

In accordance with LR 7.1, I hereby certify that I sought concurrence from plaintiff's counsel in Paul Gutierrez's Motion to Dismiss but was unable to obtain a response prior to the filing deadline for the motion.

Date:  November 21, 2018         **/s/ Walter T. Grabowski**
                                 Walter T. Grabowski