UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

_____

|  |  |  |
|---|---|---|
| NEXTGEAR CAPITAL, INC. | : | CIVIL ACTION |
|  | : |  |
| Plaintiffs | : | 3:18-CV-01617-MEM |
|  | : |  |
| vs. | : |  |
|  | : |  |
| ANTONIO L. GUTIERREZ, PAUL GUTIERREZ, | : |  |
|  | : |  |
| Defendants. | : | ELECTRONICALLY FILED |
| _____ | : |  |

### **ORDER**

AND NOW, this _____ day of _____, 2019, upon Motion to Dismiss of the Defendant, PAUL GUTIERREZ, it is hereby ADJUDGED, ORDERED and DECREED that Defendant's Motion is GRANTED and the case is dismissed.

BY THE COURT:

_____
MALACHY E. MANNION,
UNITED STATES DISTRICT JUDGE