Borce Martinoski <martinoskilaw@gmail.com>

## NextGear v. Gutierrez 3:18-cv-1617
6 messages

---

**Borce Martinoski** <martinoskilaw@gmail.com>  Wed, Oct 31, 2018 at 3:44 PM
To: "Nicholas M. Gaunce" <ngaunce@eckertseamans.com>

Mr. Gaunce,

The defendant came to my office regarding the above matter, and I respectfully request that you consent to an extension for 45 days in order to give the Defendant an opportunity to get PA counsel and to file documents. Please advise ASAP.

Very Truly Yours,
Borce Martinoski, Esq.
Borce Martinoski, LLC
Attorney at Law
75 Essex Street, Suite 220
Hackensack, New Jersey 07601
T: (201) 343 - 7237
F: (201) 343 - 2727


**CONFIDENTIAL: ATTORNEY/CLIENT PRIVILEGED; ATTORNEY WORK PRODUCT**

The information contained in this email is intended for the individual or entity above. This email is protected by the Electronic Communications Privacy Act, 18 U.S.C. Sections 2510-2521 and is legally protected by the attorney/client privilege and/or work product doctrine. If you are not the intended recipient, please do not read, copy, use, forward or disclose this communication to others; also, please notify the sender by replying to this message, and then delete this message from your system. Thank you.

---

**Nicholas M. Gaunce** <ngaunce@eckertseamans.com>  Thu, Nov 1, 2018 at 12:12 PM
To: Borce Martinoski <martinoskilaw@gmail.com>
Cc: "Anthony E. Bush" <ABush@eckertseamans.com>


Mr. Martinoski,


The defendant, Paul Gutierrez, can have a twenty-day extension until November 21, 2018 to respond to our client's complaint pending in the Middle District of Pennsylvania. During this time period, we will refrain from entering default against him.


Thank you,


Nick Gaunce

**From:** Borce Martinoski [mailto:martinoskilaw@gmail.com]
**Sent:** Wednesday, October 31, 2018 3:44 PM
**To:** Nicholas M. Gaunce <ngaunce@eckertseamans.com>
**Subject:** [External] NextGear v. Gutierrez 3:18-cv-1617

[Quoted text hidden]

------------------------------------------------------------------
This e-mail message and any files transmitted with it are subject to attorney-client privilege and contain confidential information intended only for the person(s) to whom this email message is addressed. If you have received this e-mail message in error, please notify the sender immediately by telephone or e-mail and destroy the original message without making a copy. Thank you.

Neither this information block, the typed name of the sender, nor anything else in this message is intended to constitute an electronic signature unless a specific statement to the contrary is included in this message.

---

**Borce Martinoski** <martinoskilaw@gmail.com>  Thu, Nov 1, 2018 at 12:13 PM
To: "Nicholas M. Gaunce" <ngaunce@eckertseamans.com>
Cc: "Anthony E. Bush" <ABush@eckertseamans.com>

Can I get at least 30 days?
[Quoted text hidden]

---

**Nicholas M. Gaunce** <ngaunce@eckertseamans.com>  Thu, Nov 1, 2018 at 12:14 PM
To: Borce Martinoski <martinoskilaw@gmail.com>
Cc: "Anthony E. Bush" <ABush@eckertseamans.com>

No.

**From:** Borce Martinoski [mailto:martinoskilaw@gmail.com]
**Sent:** Thursday, November 01, 2018 12:13 PM
**To:** Nicholas M. Gaunce <ngaunce@eckertseamans.com>
**Cc:** Anthony E. Bush <ABush@eckertseamans.com>
**Subject:** Re: [External] NextGear v. Gutierrez 3:18-cv-1617

[Quoted text hidden]
[Quoted text hidden]

---

**Borce Martinoski** <martinoskilaw@gmail.com>  Thu, Nov 1, 2018 at 12:15 PM
To: "Nicholas M. Gaunce" <ngaunce@eckertseamans.com>

that is until November 22, which is right before thanksgiving.  At least give him until November 30, 2018.  Please advise.
[Quoted text hidden]

---

**Nicholas M. Gaunce** <ngaunce@eckertseamans.com>  Thu, Nov 1, 2018 at 12:18 PM
To: Borce Martinoski <martinoskilaw@gmail.com>
Cc: "Anthony E. Bush" <ABush@eckertseamans.com>

Twenty days from today is until November 21st.  We are not willing to grant any longer or further extensions.  Your client has already had thirty days to explore retaining counsel.


**From:** Borce Martinoski [mailto:martinoskilaw@gmail.com]
**Sent:** Thursday, November 01, 2018 12:16 PM
**To:** Nicholas M. Gaunce <ngaunce@eckertseamans.com>

[Quoted text hidden]

[Quoted text hidden]
[Quoted text hidden]