Judiciary eCourts System - Civil Part

- Home
- Help
- Logout

## CASE JACKET

User:
Docket Number: BER L 007268 - 16

Back                                                                                         Create Summary Report

Case Caption: Nextgear Capital Inc Vs The Luxury Haus Inc

| | | |
|---|---|---|
| Court: Civil Part | Venue: Bergen | Case Initiation Date: 10/12/2016 |
| Case Type: Contract/Commercial Transaction | Case Status: Closed | Jury Demand: 6 Jurors |
| Case Track: 2 | Judge: Rachelle L Harz | Team: 3 |
| # of Discovery Days: 529 | Age of Case: 00 YR 00 MO | Consolidated Case: N |
| Original Discovery End Date: 09/10/2017 | Current Discovery End Date: 04/27/2018 | # of DED Extensions: 3 |
| Original Arbitration Date: | Current Arbitration Date: | # of Arb Adjournments: 0 |
| Original Trial Date: 12/04/2017 | Current Trial Date: 07/09/2018 | # of Trial Date Adjournments: 0 |
| Disposition Date: 05/07/2018 | Case Disposition: Settled-While Scheduled For Trial | Statewide Lien: Yes |

| Plaintiffs (1) | Defendants (4) | Other (1) | Case Proceedings (27) | ACMS Documents (69) |

Nextgear Capital Inc

**Case Actions**

| Filed Date | Filings | Docket Text | Transaction ID | Entry Date |
|---|---|---|---|---|
| 9/14/2017 | | AMENDED ANSWER submitted by HIRSCH, IAN, J of IAN J. HIRSCH on behalf of ANTONIO I GUTIERREZ against NEXTGEAR CAPITAL INC | LCV2017206361 | 9/14/2017 |
| 9/15/2017 | | **DEFICIENCY NOTICE**: re: AMENDED ANSWER [LCV2017206361] -Payment Missing adding cross-claims need $75 fee | LCV2017210125 | 9/15/2017 |
| 9/19/2017 | | Brief uploaded by Case Management Staff submitted by EDITH GUTIERREZ | LCV2017229376 | 9/20/2017 |
| 9/21/2017 | | COURT Notice submitted by Case Management | LCV2017230227 | 9/21/2017 |
| 10/4/2017 | | REPLY BRIEF submitted by GAUNCE, NICHOLAS, MORGAN of ECKERT SEAMANS CHERIN & MELLOTT LLC on behalf of NEXTGEAR CAPITAL INC against THE LUXURY HAUS INC, ANTONIO I GUTIERREZ, MONICA ADAMS, EDITH GUTIERREZ, ABC CO | LCV2017286704 | 10/4/2017 |
| 10/10/2017 | | MOTION TO EXTEND DISCOVERY submitted by GAUNCE, NICHOLAS, MORGAN of ECKERT SEAMANS CHERIN & MELLOTT LLC on behalf of NEXTGEAR CAPITAL INC against THE LUXURY HAUS INC, ANTONIO I GUTIERREZ, MONICA ADAMS, EDITH GUTIERREZ, ABC CO | LCV2017308206 | 10/10/2017 |
| 10/11/2017 | | The motion filed on 10/10/2017 will be decided on 10/27/2017. Do not come to the courthouse because no oral argument has been requested. The court's decision will be sent to you. Re: MOTION TO EXTEND DISCOVERY [LCV2017308206] | LCV2017310396 | 10/11/2017 |
| 10/16/2017 | | REPLY BRIEF submitted by FLOM, JENNY, ROSE of COLE SCHOTZ PC on behalf of EDITH GUTIERREZ against NEXTGEAR CAPITAL INC | LCV2017334284 | 10/16/2017 |
| 10/17/2017 | | STIPULATION TO EXTEND TIME FOR ANSWER submitted by FLOM, JENNY, ROSE of COLE SCHOTZ PC on behalf of EDITH GUTIERREZ against NEXTGEAR CAPITAL INC | LCV2017341120 | 10/17/2017 |
| 10/17/2017 | | ANSWER W/Jury Demand submitted by FLOM, JENNY, ROSE of COLE SCHOTZ PC on behalf of EDITH GUTIERREZ against NEXTGEAR CAPITAL INC | LCV2017341129 | 10/17/2017 |
| 10/18/2017 | | COURT Notice submitted by Case Management | LCV2017342719 | 10/18/2017 |
| 10/18/2017 | | **CLERK NOTICE**: re: ANSWER [LCV2017341129] -Please note that your collateral account was charged $250.00 for this answer since it included cross-claim for contribution. | LCV2017343852 | 10/18/2017 |
| 10/19/2017 | | **CLERK NOTICE**: re: MOTION TO EXTEND DISCOVERY [LCV2017308206] -Please send a courtesy copy pursuant to court rules. | LCV2017353439 | 10/19/2017 |
| 10/20/2017 | | NOTICE OF APPEARANCE (NOT THE FIRST PAPER) submitted by FLOM, JENNY, ROSE of COLE SCHOTZ PC on behalf of EDITH GUTIERREZ against NEXTGEAR CAPITAL INC | LCV2017358293 | 10/20/2017 |
| 10/23/2017 | | | LCV2017364074 | 10/23/2017 |

| Filed Date | Filings | Docket Text | Transaction ID | Entry Date |
|---|---|---|---|---|
| | | The motion filed on 10/10/2017 will be decided on 10/27/2017. Do not come to the courthouse because no oral argument has been requested. The court's decision will be sent to you. Re: MOTION TO EXTEND DISCOVERY [LCV2017308206] | | |
| 10/25/2017 | | 5-DAY ORDER submitted by GAUNCE, NICHOLAS, MORGAN of ECKERT SEAMANS CHERIN & MELLOTT LLC on behalf of NEXTGEAR CAPITAL INC against THE LUXURY HAUS INC, ANTONIO I GUTIERREZ, MONICA ADAMS, EDITH GUTIERREZ, ABC CO | LCV2017380253 | 10/25/2017 |
| 10/25/2017 | | 5-DAY ORDER submitted by FLOM, JENNY, ROSE of COLE SCHOTZ PC on behalf of EDITH GUTIERREZ against NEXTGEAR CAPITAL INC | LCV2017380825 | 10/25/2017 |
| 10/27/2017 | | ORDER EXTEND DISCOVERY-Granted by Judge DE LUCA, JAMES, J re: MOTION TO EXTEND DISCOVERY [LCV2017308206] | LCV2017393646 | 10/27/2017 |
| 10/27/2017 | | Writ Of Replevin - DENIED by Judge DE LUCA, JAMES, J | LCV2017393760 | 10/27/2017 |
| 10/30/2017 | | NOTICE OF APPEARANCE (NOT THE FIRST PAPER) submitted by GAUNCE, NICHOLAS, MORGAN of ECKERT SEAMANS CHERIN & MELLOTT LLC on behalf of NEXTGEAR CAPITAL INC against THE LUXURY HAUS INC, ANTONIO I GUTIERREZ, MONICA ADAMS, EDITH GUTIERREZ, ABC CO | LCV2017402741 | 10/30/2017 |
| 10/31/2017 | | COURT Notice submitted by Case Management | LCV2017403230 | 10/31/2017 |
| 11/13/2017 | | LETTER MEMORANDUM submitted by BUSH, ANTHONY, E of ECKERT SEAMANS CHERIN & MELLOTT LLC on behalf of NEXTGEAR CAPITAL INC against THE LUXURY HAUS INC, ANTONIO I GUTIERREZ, MONICA ADAMS, EDITH GUTIERREZ | LCV2017463990 | 11/13/2017 |
| 12/19/2017 | | CASE MANAGEMENT CONSENT ORDER submitted by FLOM, JENNY, ROSE of COLE SCHOTZ PC on behalf of EDITH GUTIERREZ against NEXTGEAR CAPITAL INC | LCV2017668764 | 12/19/2017 |
| 12/20/2017 | | MOTION FOR DISCOVERY submitted by GAUNCE, NICHOLAS, MORGAN of ECKERT SEAMANS CHERIN & MELLOTT LLC on behalf of NEXTGEAR CAPITAL INC against THE LUXURY HAUS INC, ANTONIO I GUTIERREZ, MONICA ADAMS, EDITH GUTIERREZ, ABC CO | LCV2017676760 | 12/20/2017 |
| 12/20/2017 | | SUBSTITUTE ATTORNEY submitted by FLOM, JENNY, ROSE of COLE SCHOTZ PC on behalf of EDITH GUTIERREZ against NEXTGEAR CAPITAL INC | LCV2017677078 | 12/20/2017 |
| 12/20/2017 | | MOTION TO EXTEND DISCOVERY submitted by GAUNCE, NICHOLAS, MORGAN of ECKERT SEAMANS CHERIN & MELLOTT LLC on behalf of NEXTGEAR CAPITAL INC against THE LUXURY HAUS INC, ANTONIO I GUTIERREZ, MONICA ADAMS, EDITH GUTIERREZ, ABC CO | LCV2017678497 | 12/20/2017 |
| 12/20/2017 | | The motion filed on 12/20/2017 will be decided on 01/05/2018. Do not come to the courthouse because no oral argument has been requested. The court's decision will be sent to you. Re: MOTION TO EXTEND DISCOVERY [LCV2017678497] | LCV2017678968 | 12/20/2017 |
| 12/20/2017 | | The motion filed on 12/20/2017 will be decided on 01/05/2018. Do not come to the courthouse because no oral argument has been requested. The court's decision will be sent to you. Re: MOTION FOR DISCOVERY [LCV2017676760] | LCV2017679852 | 12/20/2017 |
| 12/22/2017 | | The motion filed on 12/20/2017 will be decided on 01/05/2018. Do not come to the courthouse because no oral argument has been requested. The court's decision will be sent to you. Re: MOTION FOR DISCOVERY [LCV2017676760] | LCV2017692460 | 12/22/2017 |
| 12/29/2017 | | REPLY BRIEF submitted by GAUNCE, NICHOLAS, MORGAN of ECKERT SEAMANS CHERIN & MELLOTT LLC on behalf of NEXTGEAR CAPITAL INC against THE LUXURY HAUS INC, ANTONIO I GUTIERREZ, MONICA ADAMS, EDITH GUTIERREZ, ABC CO | LCV2017722208 | 12/29/2017 |
| 1/2/2018 | | MOTION TO QUASH SUBPOENA submitted by HIRSCH, IAN, J of IAN J. HIRSCH on behalf of ANTONIO I GUTIERREZ against NEXTGEAR CAPITAL INC | LCV20182817 | 1/2/2018 |
| 1/2/2018 | | The motion filed on 01/02/2018 will be decided on 01/05/2018. Do not come to the courthouse because no oral argument has been requested. The court's decision will be sent to you. Re: MOTION TO QUASH SUBPOENA [LCV20182817] | LCV20185667 | 1/2/2018 |
| 1/5/2018 | | ORDER EXTEND DISCOVERY-Granted by Judge DE LUCA, JAMES, J re: MOTION TO EXTEND DISCOVERY [LCV2017678497] | LCV201827038 | 1/5/2018 |
| 1/9/2018 | | Case Management Consent Order uploaded by Case Management Staff submitted by EDITH GUTIERREZ | LCV201843541 | 1/9/2018 |
| 1/19/2018 | | ORDER FOR DISCOVERY-Granted by Judge DE LUCA, JAMES, J re: MOTION FOR DISCOVERY [LCV2017676760] | LCV2018119406 | 1/19/2018 |
| 1/19/2018 | | ORDER TO QUASH SUBPOENA-Denied by Judge DE LUCA, JAMES, J re: MOTION TO QUASH SUBPOENA [LCV20182817] | LCV2018119422 | 1/19/2018 |
| 2/13/2018 | | MOTION TO FILE OR AMEND COMPLAINT submitted by BUSH, ANTHONY, E of ECKERT SEAMANS CHERIN & MELLOTT LLC on behalf of NEXTGEAR CAPITAL INC against THE LUXURY HAUS INC, EDITH GUTIERREZ, ABC CO | LCV2018272493 | 2/13/2018 |
| 2/13/2018 | | MOTION TO EXTEND DISCOVERY submitted by GAUNCE, NICHOLAS, MORGAN of ECKERT SEAMANS CHERIN & MELLOTT LLC on behalf of NEXTGEAR CAPITAL INC against THE | LCV2018272665 | 2/13/2018 |

| Filed Date | Filings | Docket Text | Transaction ID | Entry Date |
|---|---|---|---|---|
| | | LUXURY HAUS INC, ANTONIO I GUTIERREZ, MONICA ADAMS, EDITH GUTIERREZ, ABC CO | | |
| 2/13/2018 | | ORDER TO SHOW CAUSE submitted by BUSH, ANTHONY, E of ECKERT SEAMANS CHERIN & MELLOTT LLC on behalf of NEXTGEAR CAPITAL INC against THE LUXURY HAUS INC, ANTONIO I GUTIERREZ, EDITH GUTIERREZ | LCV2018273027 | 2/13/2018 |
| 2/13/2018 | | The motion filed on 02/13/2018 will be decided on 03/02/2018. Do not come to the courthouse because no oral argument has been requested. The court's decision will be provided to you. Re: MOTION TO EXTEND DISCOVERY [LCV2018272665] | LCV2018273739 | 2/13/2018 |
| 2/13/2018 | | The motion filed on 02/13/2018 will be decided on 03/02/2018. Do not come to the courthouse because no oral argument has been requested. The court's decision will be provided to you. Re: MOTION TO FILE OR AMEND COMPLAINT [LCV2018272493] | LCV2018273883 | 2/13/2018 |
| 2/14/2018 | | GENERAL CORRESPONDENCE submitted by RUSSOMANO, THOMAS, G of SCHILLER PITTENGER & GALVIN, PC on behalf of ABC CO against NEXTGEAR CAPITAL INC | LCV2018285927 | 2/14/2018 |
| 2/15/2018 | | GENERAL CORRESPONDENCE submitted by BUSH, ANTHONY, E of ECKERT SEAMANS CHERIN & MELLOTT LLC on behalf of NEXTGEAR CAPITAL INC against THE LUXURY HAUS INC, ANTONIO I GUTIERREZ, MONICA ADAMS, EDITH GUTIERREZ, ABC CO | LCV2018289847 | 2/15/2018 |
| 2/26/2018 | | GENERAL CORRESPONDENCE submitted by BUSH, ANTHONY, E of ECKERT SEAMANS CHERIN & MELLOTT LLC on behalf of NEXTGEAR CAPITAL INC against THE LUXURY HAUS INC, ANTONIO I GUTIERREZ, MONICA ADAMS, EDITH GUTIERREZ, ABC CO | LCV2018349548 | 2/26/2018 |
| 2/27/2018 | | Motion Result: Withdrawn on 02/27/2018 re: MOTION TO FILE OR AMEND COMPLAINT [LCV2018272493] | LCV2018357598 | 2/27/2018 |
| 3/2/2018 | | ORDER EXTEND DISCOVERY-Granted by Judge DE LUCA, JAMES, J re: MOTION TO EXTEND DISCOVERY [LCV2018272665] | LCV2018386513 | 3/2/2018 |
| 3/23/2018 | | MOTION TO EXTEND DISCOVERY submitted by HIRSCH, IAN, J of IAN J. HIRSCH on behalf of ANTONIO I GUTIERREZ, THE LUXURY HAUS INC against NEXTGEAR CAPITAL INC | LCV2018518240 | 3/23/2018 |
| 3/23/2018 | | The motion filed on 03/23/2018 will be decided on 04/13/2018. Oral argument has been requested. You will be notified when oral argument is scheduled. Do not come to the courthouse unless you are so notified. Re: MOTION TO EXTEND DISCOVERY [LCV2018518240] | LCV2018519252 | 3/23/2018 |
| 4/2/2018 | | Correspondence submitted by Court | LCV2018571200 | 4/2/2018 |
| 4/4/2018 | | COURT submitted by Case Management | LCV2018582347 | 4/4/2018 |
| 4/5/2018 | | OPPOSITION TO MOTION submitted by GAUNCE, NICHOLAS, MORGAN of ECKERT SEAMANS CHERIN & MELLOTT LLC on behalf of NEXTGEAR CAPITAL INC against ANTONIO I GUTIERREZ, THE LUXURY HAUS INC, ABC CO, EDITH GUTIERREZ, MONICA ADAMS | LCV2018593168 | 4/5/2018 |
| 4/11/2018 | | MOTION TO COMPEL DEPOSITION submitted by GAUNCE, NICHOLAS, MORGAN of ECKERT SEAMANS CHERIN & MELLOTT LLC on behalf of NEXTGEAR CAPITAL INC against ANTONIO I GUTIERREZ, THE LUXURY HAUS INC, ABC CO, EDITH GUTIERREZ, MONICA ADAMS | LCV2018631753 | 4/11/2018 |
| 4/12/2018 | | The motion filed on 04/11/2018 will be decided on 04/27/2018. Oral argument has been requested. You will be notified when oral argument is scheduled. Do not come to the courthouse unless you are so notified. Re: MOTION TO COMPEL DEPOSITION [LCV2018631753] | LCV2018638769 | 4/12/2018 |
| 4/12/2018 | | The motion filed on 04/11/2018 will be decided on 04/27/2018. Do not come to the courthouse because no oral argument has been requested. The court's decision will be provided to you. Re: MOTION TO COMPEL DEPOSITION [LCV2018631753] | LCV2018638771 | 4/12/2018 |
| 4/13/2018 | | ORDER EXTEND DISCOVERY-Denied by Judge POLIFRONI, ROBERT, L re: MOTION TO EXTEND DISCOVERY [LCV2018518240] | LCV2018646503 | 4/13/2018 |
| 4/18/2018 | | LETTER OF OPINION submitted by HIRSCH, IAN, J of IAN J. HIRSCH on behalf of ANTONIO I GUTIERREZ, THE LUXURY HAUS INC against NEXTGEAR CAPITAL INC, ABC CO, EDITH GUTIERREZ, MONICA ADAMS | LCV2018678166 | 4/18/2018 |
| 4/25/2018 | | MOTION FOR SUMMARY JUDGMENT submitted by GAUNCE, NICHOLAS, MORGAN of ECKERT SEAMANS CHERIN & MELLOTT LLC on behalf of NEXTGEAR CAPITAL INC against ANTONIO I GUTIERREZ, THE LUXURY HAUS INC, ABC CO, EDITH GUTIERREZ, MONICA ADAMS | LCV2018725487 | 4/25/2018 |
| 4/26/2018 | | The motion filed on 04/25/2018 will be decided on 05/25/2018. Do not come to the courthouse because no oral argument has been requested. The court's decision will be provided to you. Re: MOTION FOR SUMMARY JUDGMENT [LCV2018725487] | LCV2018727308 | 4/26/2018 |
| 4/30/2018 | | Final Judgment uploaded by Case Management Staff submitted by ANTHONY E BUSH | LCV2018750000 | 4/30/2018 |
| 4/30/2018 | | ORDER COMPEL DEPOSITION-Denied by Judge DE LUCA, JAMES, J re: MOTION TO COMPEL DEPOSITION [LCV2018631753] | LCV2018753264 | 4/30/2018 |
| 4/30/2018 | | ORDERS FOR JUDGMENTS submitted by GAUNCE, NICHOLAS, MORGAN of ECKERT SEAMANS CHERIN & MELLOTT LLC on behalf of NEXTGEAR CAPITAL INC against ANTONIO I GUTIERREZ, THE LUXURY HAUS INC, ABC CO, EDITH GUTIERREZ, MONICA ADAMS | LCV2018753731 | 4/30/2018 |
| 5/1/2018 | | CLERK NOTICE: re: ORDERS FOR JUDGMENTS [LCV2018753731] -Entered in the Civil Judgment and Order Docket in the Superior Court Clerk's Office. J-073087-18. | LCV2018757730 | 5/1/2018 |
| 5/1/2018 | | COURT Notice submitted by Case Management | LCV2018761685 | 5/1/2018 |

| Filed Date | Filings | Docket Text | Transaction ID | Entry Date |
|---|---|---|---|---|
| 5/8/2018 | | WRIT OF EXECUTION submitted by GAUNCE, NICHOLAS, MORGAN of ECKERT SEAMANS CHERIN & MELLOTT LLC on behalf of NEXTGEAR CAPITAL INC against ANTONIO I GUTIERREZ, THE LUXURY HAUS INC, ABC CO, EDITH GUTIERREZ, MONICA ADAMS | LCV2018804123 | 5/8/2018 |
| 5/8/2018 | | Writ Of Execution submitted by Staff | LCV2018807319 | 5/8/2018 |
| 5/9/2018 | | Motion Result: Withdrawn on 05/09/2018 re: MOTION FOR SUMMARY JUDGMENT [LCV2018725487] | LCV2018813999 | 5/9/2018 |
| 6/6/2018 | | MOTION TO ENFORCE LITIGANTS RIGHTS submitted by BUSH, ANTHONY, E of ECKERT SEAMANS CHERIN & MELLOTT LLC on behalf of NEXTGEAR CAPITAL INC against ANTONIO I GUTIERREZ, THE LUXURY HAUS INC, EDITH GUTIERREZ, MONICA ADAMS *LINKED FILING* | LCV2018994113 | 6/6/2018 |
| 6/7/2018 | | The motion filed on 06/06/2018 will be decided on 06/22/2018. Do not come to the courthouse because no oral argument has been requested. The court's decision will be provided to you. Re: MOTION TO ENFORCE LITIGANTS RIGHTS [LCV2018994113] | LCV2018998188 | 6/7/2018 |
| 6/21/2018 | | OPPOSITION TO MOTION submitted by HIRSCH, IAN, J of IAN J. HIRSCH on behalf of ANTONIO I GUTIERREZ, THE LUXURY HAUS INC against NEXTGEAR CAPITAL INC *LINKED FILING* | LCV201810091620 | 6/21/2018 |
| 6/21/2018 | | REPLY BRIEF submitted by BUSH, ANTHONY, E of ECKERT SEAMANS CHERIN & MELLOTT LLC on behalf of NEXTGEAR CAPITAL INC against ANTONIO I GUTIERREZ, THE LUXURY HAUS INC, EDITH GUTIERREZ, MONICA ADAMS *LINKED FILING* | LCV201810093552 | 6/21/2018 |
| 6/22/2018 | | ORDER TO ENFORCE LITIGANTS RIGHTS-Partial by Judge DE LUCA, JAMES, J re: MOTION TO ENFORCE LITIGANTS RIGHTS [LCV2018994113] | LCV201810099320 | 6/22/2018 |
| 8/13/2018 | | MOTION TO ENFORCE SETTLEMENT submitted by GAUNCE, NICHOLAS, MORGAN of ECKERT SEAMANS CHERIN & MELLOTT LLC on behalf of NEXTGEAR CAPITAL INC against ANTONIO I GUTIERREZ, THE LUXURY HAUS INC, ABC CO, EDITH GUTIERREZ, MONICA ADAMS *LINKED FILING* | LCV201813985 50 | 8/13/2018 |
| 8/13/2018 | | The motion filed on 08/13/2018 will be decided on 08/31/2018. Do not come to the courthouse because no oral argument has been requested. The court's decision will be provided to you. Re: MOTION TO ENFORCE SETTLEMENT [LCV20181398550] | LCV201814003 39 | 8/13/2018 |
| 8/13/2018 | | The motion filed on 08/13/2018 was rescheduled to 08/31/2018. Do not come to the courthouse because no oral argument has been requested. The court's decision will be provided to you. Re: MOTION TO ENFORCE SETTLEMENT [LCV20181398550] | LCV201814021 36 | 8/13/2018 |
| 8/15/2018 | | The motion filed on 08/13/2018 was rescheduled to 08/31/2018. Do not come to the courthouse because no oral argument has been requested. The court's decision will be provided to you. Re: MOTION TO ENFORCE SETTLEMENT [LCV20181398550] | LCV201814130 42 | 8/15/2018 |
| 8/27/2018 | | REPLY BRIEF submitted by GAUNCE, NICHOLAS, MORGAN of ECKERT SEAMANS CHERIN & MELLOTT LLC on behalf of NEXTGEAR CAPITAL INC against ANTONIO I GUTIERREZ, THE LUXURY HAUS INC, ABC CO, EDITH GUTIERREZ, MONICA ADAMS *LINKED FILING* | LCV201814851 99 | 8/27/2018 |
| 8/29/2018 | | GENERAL CORRESPONDENCE submitted by DOHERTY, PAUL, SCHOONMAK of HARTMANN DOHERTY ROSA BERMAN & BULBULIA, LLC on behalf of against NEXTGEAR CAPITAL INC | LCV201815017 83 | 8/29/2018 |
| 8/31/2018 | | ADJOURNMENT REQUEST (MOTION) submitted by GAUNCE, NICHOLAS, MORGAN of ECKERT SEAMANS CHERIN & MELLOTT LLC on behalf of NEXTGEAR CAPITAL INC against ANTONIO I GUTIERREZ, THE LUXURY HAUS INC, ABC CO, EDITH GUTIERREZ, MONICA ADAMS *LINKED FILING* | LCV201815158 09 | 8/31/2018 |
| 8/31/2018 | | The motion filed on 08/13/2018 was rescheduled to 09/14/2018. Do not come to the courthouse because no oral argument has been requested. The court's decision will be provided to you. Re: MOTION TO ENFORCE SETTLEMENT [LCV20181398550] | LCV201815170 88 | 8/31/2018 |
| 9/6/2018 | | NOTICE OF APPEARANCE (NOT THE FIRST PAPER) submitted by GALLER, RICHARD, P of RICHARD P. GALLER on behalf of ANTONIO I GUTIERREZ, THE LUXURY HAUS INC against NEXTGEAR CAPITAL INC | LCV201815403 47 | 9/6/2018 |
| 9/6/2018 | | GENERAL CORRESPONDENCE submitted by DOHERTY, PAUL, SCHOONMAK of HARTMANN DOHERTY ROSA BERMAN & BULBULIA, LLC on behalf of against NEXTGEAR CAPITAL INC | LCV201815431 71 | 9/6/2018 |
| 9/6/2018 | | GENERAL CORRESPONDENCE submitted by GALLER, RICHARD, P of RICHARD P. GALLER on behalf of ANTONIO I GUTIERREZ, THE LUXURY HAUS INC against NEXTGEAR CAPITAL INC | LCV201815434 67 | 9/6/2018 |
| 9/7/2018 | | REPLY BRIEF submitted by GAUNCE, NICHOLAS, MORGAN of ECKERT SEAMANS CHERIN & MELLOTT LLC on behalf of NEXTGEAR CAPITAL INC against ANTONIO I GUTIERREZ, THE LUXURY HAUS INC, ABC CO, EDITH GUTIERREZ, MONICA ADAMS *LINKED FILING* | LCV201815522 71 | 9/7/2018 |
| 9/13/2018 | | GENERAL CORRESPONDENCE submitted by GAUNCE, NICHOLAS, MORGAN of ECKERT SEAMANS CHERIN & MELLOTT LLC on behalf of NEXTGEAR CAPITAL INC against ANTONIO I GUTIERREZ, THE LUXURY HAUS INC, ABC CO, EDITH GUTIERREZ, MONICA ADAMS | LCV201815905 71 | 9/13/2018 |
| 9/21/2018 | | CLERK NOTICE: re: MOTION TO ENFORCE SETTLEMENT [LCV20181398550] -Oral argument originally scheduled for today, 9/21/18 at 3 PM has been postponed. The court will re-schedule for next week. Apologies for any inconveniences. | LCV201816430 67 | 9/21/2018 |
| 9/24/2018 | | CLERK NOTICE: re: MOTION TO ENFORCE SETTLEMENT [LCV20181398550] -Oral argument will be held on 9/28/18 at 2:00 PM. Please advise the court if the parties need to reschedule. | LCV201816532 64 | 9/24/2018 |
| 9/24/2018 | | | LCV201816599 85 | 9/24/2018 |

| Filed Date | Filings | Docket Text | Transaction ID | Entry Date |
|---|---|---|---|---|
| 9/25/2018 | | BRIEF submitted by GAUNCE, NICHOLAS, MORGAN of ECKERT SEAMANS CHERIN & MELLOTT LLC on behalf of NEXTGEAR CAPITAL INC against ANTONIO I GUTIERREZ, THE LUXURY HAUS INC, ABC CO, EDITH GUTIERREZ, MONICA ADAMS | | |
| 9/25/2018 | | GENERAL CORRESPONDENCE submitted by GAUNCE, NICHOLAS, MORGAN of ECKERT SEAMANS CHERIN & MELLOTT LLC on behalf of NEXTGEAR CAPITAL INC against ANTONIO I GUTIERREZ, THE LUXURY HAUS INC, ABC CO, EDITH GUTIERREZ, MONICA ADAMS | LCV20181670121 | 9/25/2018 |
| 9/28/2018 | | The motion filed on 08/13/2018 was rescheduled to 10/26/2018. Do not come to the courthouse because no oral argument has been requested. The court's decision will be provided to you. Re: MOTION TO ENFORCE SETTLEMENT [LCV20181398550] | LCV20181697404 | 9/28/2018 |
| 10/12/2018 | | GENERAL CORRESPONDENCE submitted by GAUNCE, NICHOLAS, MORGAN of ECKERT SEAMANS CHERIN & MELLOTT LLC on behalf of NEXTGEAR CAPITAL INC against ANTONIO I GUTIERREZ, THE LUXURY HAUS INC, ABC CO, EDITH GUTIERREZ, MONICA ADAMS | LCV20181788357 | 10/12/2018 |
| 10/24/2018 | | CLERK NOTICE: re: MOTION TO ENFORCE LITIGANTS RIGHTS [LCV2018994113] -Please advise the court of the call-in information for tomorrow's call. Thank you. | LCV20181856590 | 10/24/2018 |
| 10/24/2018 | | GENERAL CORRESPONDENCE submitted by GAUNCE, NICHOLAS, MORGAN of ECKERT SEAMANS CHERIN & MELLOTT LLC on behalf of NEXTGEAR CAPITAL INC against ANTONIO I GUTIERREZ, THE LUXURY HAUS INC, ABC CO, EDITH GUTIERREZ, MONICA ADAMS | LCV20181856901 | 10/24/2018 |
| 10/24/2018 | | CLERK NOTICE: re: MOTION TO ENFORCE LITIGANTS RIGHTS [LCV2018994113] -I apologize for any confusion in my last notice, the conference call is scheduled for Friday, October 26 at 9:00 AM. | LCV20181857244 | 10/24/2018 |
| 10/26/2018 | | ORDER ENFORCE SETTLEMENT-Partial by Judge HARZ, RACHELLE, L re: MOTION TO ENFORCE SETTLEMENT [LCV20181398550] | LCV20181873788 | 10/26/2018 |
| 10/26/2018 | | ORDERS FOR JUDGMENTS submitted by GAUNCE, NICHOLAS, MORGAN of ECKERT SEAMANS CHERIN & MELLOTT LLC on behalf of NEXTGEAR CAPITAL INC against ANTONIO I GUTIERREZ, THE LUXURY HAUS INC, ABC CO, EDITH GUTIERREZ, MONICA ADAMS | LCV20181874530 | 10/26/2018 |
| 10/30/2018 | | CLERK NOTICE: re: ORDERS FOR JUDGMENTS [LCV20181874530] -Entered in the Civil Judgment and Order Docket in the Superior Court Clerk's Office. J-190654-18. | LCV20181894846 | 10/30/2018 |

Showing 1 to 96 of 96 entries