**ECKERT SEAMANS CHERIN & MELLOTT, LLC**
Anthony E. Bush, Esq. (N.J. Attorney ID No. #003761990)
Nicholas M. Gaunce, Esq. (N.J. Attorney ID No. #012032007)
*Physical Address:* 2000 Lenox Drive, Suite 203, Lawrenceville, NJ 08648
*Mailing Address:* P.O. Box 5404, Princeton, NJ 08543
Telephone: (609) 392-2100
Facsimile: (609) 392-7956
*Attorneys for Plaintiff, NextGear Capital, Inc.*

FILED
APR 30 2018
James J. DeLuca, J.S.C.

| | |
|---|---|
| NEXTGEAR CAPITAL, INC., | SUPERIOR COURT OF NEW JERSEY |
| | BERGEN COUNTY: LAW DIVISION |
| Plaintiff, | DOCKET NO.: BER-L-7268-16 |
| v. | Civil Action |
| THE LUXURY HAUS, INC., and ANTONIO L. GUTIERREZ, and ABC CO., and EDITH GUTIERREZ, jointly and severally, | CONSENT JUDGMENT |
| Defendants. | |

THIS MATTER having been opened to the Court by Eckert, Seamans, Cherin & Mellott, LLC, attorneys for plaintiff, NextGear Capital, Inc. ("NextGear"); and the defendants, The Luxury Haus, Inc. and Antonio L. Gutierrez, and NextGear having agreed to the entry of judgment; and defendants, The Luxury Haus, Inc. and Antonio L. Gutierrez, having consented to the form and entry of the within Consent Judgment; and for good cause appearing;

IT IS HEREBY ORDERED that, on this 30 day of Apri/ ___, 2018, Judgment is hereby entered against defendants, The Luxury Haus, Inc. and Antonio L. Gutierrez, jointly and severally, and in favor of plaintiff, NextGear Capital, Inc. in the amount of $4,500,000.00;

BER-L-007268-16  04/30/2018 3:34:28 PM  Pg 2 of 2  Trans ID: LCV2018753731

IT IS HEREBY FURTHER ORDERED that counsel for NextGear shall serve a full and complete copy of this judgment upon all counsel of record and *pro se* parties within five days of its posting upon e-Courts.

*[signature]*
James J. DeLuca, J.S.C.

CONSENT AS TO FORM AND ENTRY:

ECKERT SEAMANS CHERIN & MELLOTT, LLC
*Attorneys for Plaintiff, NextGear Capital, Inc.*

By: *[signature]*
Nicholas M. Gaunce, Esq.

Dated: April 30, 2018

THE LAW OFFICE OF IAN J. HIRSCH, LLC
*Attorneys for Defendants, The Luxury Haus, Inc. and Antonio L. Gutierrez*

By: *[signature]*
Ian J. Hirsch, Esq.

Dated: April 30, 2018

2