## UNITED STATES DISTRICT COURT
## FOR THE
## MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| NEXTGEAR CAPITAL, INC. | : | CIVIL ACTION |
| Plaintiffs | : | 3:18-CV-01617-MEM |
| vs. | : | |
| ANTONIO L. GUTIERREZ, PAUL GUTIERREZ, | : | |
| Defendants. | : | |

## **ORDER**

AND NOW, this _____ day of _____, 2019, upon Motion to Dismiss of the Defendant, ANTONIO L. GUTIERREZ, it is hereby ADJUDGED, ORDERED and DECREED that Defendant's Motion is GRANTED and the case is dismissed as to ANTONIO L. GUTIERREZ.

BY THE COURT:

_____
Malachy E. Mannion,
District Judge