## **CERTIFICATE OF NON-CONCURRENCE**

In accordance with LR 7.1, I hereby certify that I sought concurrence from plaintiff's counsel in Antonio Gutierrez's Motion to Set Aside Default/Dismiss and he does not concur in the relief sought thereby.


Date:  December 7, 2018          **/s/ Walter T. Grabowski**
                                 Walter T. Grabowski