# EXHIBIT A



**ECKERT SEAMANS**
ATTORNEYS AT LAW

Eckert Seamans Cherin & Mellott, LLC
Princeton Pike Corporate Center
2000 Lenox Drive, Suite 203
Lawrenceville, NJ 08648

TEL   609 392 2100
FAX   609 392 7956
www.eckertseamans.com

Mailing Address:
P.O. Box 5404
Princeton, NJ 08543

File No.: 308729-00004

Anthony E. Bush, Esq.
609 989 5056
abush@eckertseamans.com

April 12, 2017

**Via Process Service**
**TD Bank**
**540 River St.**
**Teaneck, NJ 07666**

      RE:    **NextGear Capital, Inc. v. The Luxury Haus, Inc.**
             **and Antonio L. Gutierrez**
             **Docket No. BER-L-7268-16**

Dear Sir/Madam:

    We represent the plaintiff, NextGear Capital, Inc. ("NextGear") in the above captioned action. Enclosed please find a Subpoena Duces Tecum that requests you produce certain documents as specified in the Subpoena.

    ***Please note that these records may be mailed in lieu of a formal appearance but cannot be produced before the return date set forth in the subpoena.***

    If you are notified that a Motion to Quash the Subpoena has been filed then do not produce the subpoenaed documents until ordered by the Court or until all parties to this action consent to the release of the subpoenaed evidence.

    Please contact my office should you have any questions. Thank you for your prompt attention to this matter.

                                                         Very truly yours,

                                                          Anthony E. Bush

AEB/djl
Enclosure
cc: Ian Hirsch, Esq. (w/enc.)

{R0402245.1}

**ECKERT SEAMANS CHERIN & MELLOTT, LLC**
Anthony E. Bush, Esq.(N.J. Attorney ID No. #003761990)
Robert J. McGuire, Esq. (N.J. Attorney ID No. #046361992)
*Physical Address:*     2000 Lenox Drive, Suite 203, Lawrenceville, NJ 08648
*Mailing Address:*      P.O. Box 5404, Princeton, NJ 08543
Telephone: (609) 392-2100
Facsimile: (609) 392-7956
*Attorneys for Plaintiff, NextGear Capital, Inc.*

|  |  |
|---|---|
| NEXTGEAR CAPITAL, INC., <br><br> Plaintiff, <br><br> v. <br><br> THE LUXURY HAUS INC., and ANTONIO L. GUTIERREZ, jointly and severally, <br><br> Defendants. | : SUPERIOR COURT OF NEW JERSEY <br> : BERGEN COUNTY: LAW DIVISION <br> : DOCKET NO.: BER-L-7268-16 <br> : <br> : <br> : Civil Action <br> : <br> : <br> : **SUBPOENA AD TESTIFICANDUM** <br> :         **AND DUCES TECUM** <br> : <br> : |

**STATE OF NEW JERSEY TO:**   TD Bank
                              540 River St.
                              Teaneck, NJ 07666

**YOU ARE HEREBY COMMANDED TO APPEAR AT:** Eckert Seamans Cherin & Mellott, LLC, 2000 Lenox Drive, Suite 203, Lawrenceville, New Jersey, on April 26, 2017, at 10:00 o'clock a.m., to testify on oral deposition before a person authorized by the laws of the State of New Jersey to administer oaths, in the above entitled action.

**YOU ARE FURTHER COMMANDED** to bring with you and produce at the time and place specified above the following books, papers, documents, electronically stored information and tangible things.  As used herein the term "Paul Gutierrez" includes Gutierrez individually and any entity in which he is affiliated as a shareholder, manager, officer, director, or for which he was an authorized signatory on the account including but not limited to XAM Global LLC.

1.    All statements pertaining to Paul Gutierrez (136-88-XXXX) and or XAM Global, LLC from January 1, 2015 through the present.

**Pursuant to R. 4:14-7(c), subpoenaed evidence shall not be produced or released until the date specified for return of the subpoena.  If you are notified that a motion to quash the subpoena has been filed, you shall not produce or release the subpoenaed evidence until ordered to do so by the Court or the release is consented to by all parties to this action.**

{R0402439.1}

**Failure to comply with this subpoena will subject you to such penalties as are provided by law.**

_____  
Anthony E. Bush, Esq.  
**Eckert Seamans Cherin & Mellott, LLC**  
Attorneys for Plaintiff,

/s/ Michelle M. Smith, Esq.  
Michelle M. Smith, Esq.  
Clerk of Superior Court of New Jersey

Dated: April 12, 2017



| | | |
|---|---|---|
| | Eckert Seamans Cherin & Mellott, LLC | TEL   609 392 2100 |
| | Princeton Pike Corporate Center | FAX   609 392 7956 |
| | 2000 Lenox Drive, Suite 203 | www.eckertseamans.com |
| | Lawrenceville, NJ 08648 | |

Mailing Address:
P.O. Box 5404
Princeton, NJ 08543

File No.: 308729-00004

Anthony E. Bush, Esq.
609 989 5056
abush@eckertseamans.com

April 12, 2017

**Via Process Service**
**PNC Bank**
**400 FRANK W BURR BOULEVARD**
**TEANECK, NJ 07666**

     RE:    **NextGear Capital, Inc. v. The Luxury Haus, Inc.**
               **and Antonio L. Gutierrez**
               **Docket No. BER-L-7268-16**

Dear Sir/Madam:

     We represent the plaintiff, NextGear Capital, Inc. ("NextGear") in the above captioned action. Enclosed please find a Subpoena Duces Tecum that requests you produce certain documents as specified in the Subpoena.

     *Please note that these records may be mailed in lieu of a formal appearance but cannot be produced before the return date set forth in the subpoena.*

     If you are notified that a Motion to Quash the Subpoena has been filed then do not produce the subpoenaed documents until ordered by the Court or until all parties to this action consent to the release of the subpoenaed evidence.

     Please contact my office should you have any questions. Thank you for your prompt attention to this matter.

                                        Very truly yours,

                                        Anthony E. Bush

AEB/djl
Enclosure
cc: Ian Hirsch, Esq. (w/enc.)

{R0402245.1}

**ECKERT SEAMANS CHERIN & MELLOTT, LLC**
Anthony E. Bush, Esq.(N.J. Attorney ID No. #003761990)
Robert J. McGuire, Esq. (N.J. Attorney ID No. #046361992)
*Physical Address:*   2000 Lenox Drive, Suite 203, Lawrenceville, NJ 08648
*Mailing Address:*    P.O. Box 5404, Princeton, NJ 08543
Telephone: (609) 392-2100
Facsimile: (609) 392-7956
*Attorneys for Plaintiff, NextGear Capital, Inc.*

| | |
|---|---|
| NEXTGEAR CAPITAL, INC., <br><br> Plaintiff, <br><br> v. <br><br> THE LUXURY HAUS INC., and ANTONIO L. GUTIERREZ, jointly and severally, <br><br> Defendants. | : SUPERIOR COURT OF NEW JERSEY <br> : BERGEN COUNTY: LAW DIVISION <br> : DOCKET NO.: BER-L-7268-16 <br> : <br> : <br> : Civil Action <br> : <br> : **SUBPOENA AD TESTIFICANDUM** <br> :       **AND DUCES TECUM** <br> : <br> : |

**STATE OF NEW JERSEY TO:**    **PNC Bank**
**400 FRANK W BURR BOULEVARD**
**TEANECK, NJ 07666**

**YOU ARE HEREBY COMMANDED TO APPEAR AT:** Eckert Seamans Cherin & Mellott, LLC, 2000 Lenox Drive, Suite 203, Lawrenceville, New Jersey, on April 26, 2017, at 10:00 o'clock a.m., to testify on oral deposition before a person authorized by the laws of the State of New Jersey to administer oaths, in the above entitled action.

**YOU ARE FURTHER COMMANDED** to bring with you and produce at the time and place specified above the following books, papers, documents, electronically stored information and tangible things. As used herein the term "Paul Gutierrez" includes Gutierrez individually and any entity in which he is affiliated as a shareholder, manager, officer, director, or for which he was an authorized signatory on the account including but not limited to XAM Global LLC.

1.    All statements pertaining to Paul Gutierrez (136-88-XXXX) and or XAM Global, LLC from January 1, 2015 through the present.

**Pursuant to R. 4:14-7(c), subpoenaed evidence shall not be produced or released until the date specified for return of the subpoena. If you are notified that a motion to quash the subpoena has been filed, you shall not produce or release the subpoenaed evidence until ordered to do so by the Court or the release is consented to by all parties to this action.**

{R0399813.1}

**Failure to comply with this subpoena will subject you to such penalties as are provided by law.**

_____     /s/ Michelle M. Smith, Esq.
Anthony E. Bush, Esq.                Michelle M. Smith, Esq.
**Eckert Seamans Cherin & Mellott, LLC**   Clerk of Superior Court of New Jersey
Attorneys for Plaintiff,

Dated: April 12, 2017

{R0394436.1}                      2