# EXHIBIT B

**ECKERT SEAMANS CHERIN & MELLOTT, LLC**
Nicholas M. Gaunce, Esq.(N.J. Attorney ID No. #012032007)
*Physical Address:*     2000 Lenox Drive, Suite 203, Lawrenceville, NJ 08648
*Mailing Address:*      P.O. Box 5404, Princeton, NJ 08543
Telephone:  (609) 392-2100
Facsimile:  (609) 392-7956
*Attorneys for Plaintiff, NextGear Capital, Inc.*

| | |
|---|---|
| NEXTGEAR CAPITAL, INC.,<br><br>Plaintiff,<br><br>v.<br><br>THE LUXURY HAUS, INC., and<br>ANTONIO L. GUTIERREZ, and ABC CO.,<br>and EDITH GUTIERREZ, jointly and<br>severally,<br><br>Defendants. | SUPERIOR COURT OF NEW JERSEY<br>BERGEN COUNTY: LAW DIVISION<br>DOCKET NO.:  BER-L-7268-16<br><br><br>Civil Action<br><br><br>**DOCUMENT SUBPOENA** |

THE STATE OF NEW JERSEY TO:     **Records Custodian**
**TD Bank, N.A.**
**1701 Marlton Pike East**
**Cherry Hill, NJ 08034**

**YOU ARE HEREBY COMMANDED** to attend and give testimony before the above-named Court at the offices of Eckert Seamans Cherin & Mellott, LLC, 2000 Lennox Drive, Suite 203, Lawrenceville, New Jersey 08648, on April 17, 2018, at 10:00 o'clock a.m., in the above-entitled action and, pursuant to R. 1:9-2, that you have and bring with you and produce at the same time and place the following documents:

1. **Any and all documents in your possession, custody, or control which relate, pertain, or refer to any and all accounts held by Luxury Haus Leonia, LLC (Address: 361 Maple Street, Moonachie, NJ 07074) at TD Bank N.A. and any of its affiliates or subsidiaries, including but not limited to: full and complete copies of any and all signature cards, account agreements, cancelled checks, deposit slips, ACH transfer forms, wire forms and account statements or ledgers for any and all accounts of Luxury Haus Leonia, LLC from January 1, 2014 through the present.**

1

146867

2.  Any and all documents in your possession, custody, or control which relate, pertain, or refer to the wire transaction from December 27, 2016 in the amount of $50,000.00 made by Luxury Haus Leonia, LLC originating from TD Bank to Freedom Bank as reflected in the incoming wire advice attached as Exhibit "A."

3.  Any and all documents in your possession, custody, or control which relate, pertain, or refer to the account from which the wire transfer reflected in the incoming wire advice attached as Exhibit "A" originated, including but not limited to: full and complete copies of any and all signature cards, account agreements, canceled checks, deposit slips, ACH transfer forms, wire forms and account statements or ledgers for any such account from January 1, 2014 through the present.

Pursuant to R. 4:14-7(c), subpoenaed evidence shall not be produced or released until the date specified for return of the subpoena. If you are notified that a motion to quash the subpoena has been filed, you shall not produce or release the subpoenaed evidence until ordered to do so by the Court or the release is consented to by all parties to this action. In lieu of a personal appearance, certified records will be accepted.

Failure to comply with this subpoena will subject you to such penalties as are provided by law.

/s/ Michelle M. Smith, Esq.

Nicholas M. Gaunce, Esq.
Eckert Seamans Cherin
& Mellott, LLC
*Attorneys for Plaintiff, NextGear Capital, Inc.*

Michelle M. Smith, Clerk
Superior Court of New Jersey

Dated:  March 30, 2018

2

# EXHIBIT A

ATLANTIC COMMUNITY BANKERS BANK
1400 MARKET STREET
CAMP HILL, PA 17011

INCOMING WIRE ADVICE

DATE/TIME: 12/27/2016 18:07:04

Amount: 50,000.00

Sender: 011103093 TD BANK

Receiver: 021214493 FREEDOM BANK

Business Function Code: BTR

Type Code: 1600

Sender Reference: 161227162964XT00

OMAD: 20161227MMQFMPB200025412271806FT03

IMAD: 20161227C1B76E1C005051

Originator: D4332666473
LUXURY HAUS LEONIA LLC
361 MAPLE STREET
MOONACHIE, NJ 07074-

Beneficiary: D201022357
LUXURY HOUSE
355 GRAND AVE

LEONIANJ

Ref for BNF: KHEZ-AH2SZR