# EXHIBIT C

April 24, 2018

NICHOLAS M. GAUNCE, ESQ
ECKERT SEAMANS CHERIN & MELLOTT, LLC
2000 LENOX DRIVE, SUITE 203
LAWRENCEVILLE, NJ  08648

RE:     **Luxury Haus Leonia LLC, ref # 146867**
        **Subpoena**

Dear Sir or Madam:

In lieu of our appearance, the enclosed records are being provided in response to the above-mentioned case. Redactions made, if any, have been marked in gray and/or black in order to avoid providing information outside of the requested timeframe. If the requested documents have been provided on CD or other electronic media you will receive a passphrase by separate correspondence.

If you have any questions regarding the enclosed records or would like to discuss this matter further, please contact Helen McCarthy  in our Subpoena Department at 1-800-494-9466 choose option 5.

 Very truly yours,


Erin Kasperek
Research Clerk


Enclosure


Sent Via: UPS Next Day Air