# EXHIBIT D

```
BERGEN SUPERIOR COURT
LAW DIVISION - RM 415
BERGEN COUNTY JUSTICE CENTER
HACKENSACK NJ  07601-7680

TELEPHONE: (201) 527-2600                          APRIL 03, 2018
           8:30 AM - 4:30 PM
CV0155                       DOCKET: BER - L -007268-16
                             NEXTGEAR CAPITAL INC VS THE LUXURY HAUS INC

    A CASE MANAGEMENT CONFERENCE IS SCHEDULED FOR THIS CASE
    ON APRIL 19, 2018 AT 01:30PM  BEFORE JUDGE JAMES J DE LUCA.




  PLEASE REPORT TO:   COURT ROOM 401




                                          EDITH GUTIERREZ
                                          487 SHALER AVENUE
                                          RIDGEFIELD NJ 07657
  PRO SE
```