# EXHIBIT F



**ECKERT SEAMANS**
**ATTORNEYS AT LAW**

Eckert Seamans Cherin & Mellott, LLC
Princeton Pike Corporate Center
2000 Lenox Drive, Suite 203
Lawrenceville, NJ 08648

TEL   609 392 2100
FAX   609 392 7956
www.eckertseamans.com

Mailing Address:
P.O. Box 5404
Princeton, NJ 08543

File No.: 308729-00004

Nicholas M. Gaunce, Esq.
609 989 5058
ngaunce@eckertseamans.com

November 30, 2018

**Via Process Service**
**Records Custodian**
**TD Bank, N.A.**
**1701 Marlton Pike East**
**Cherry Hill, NJ 08034**

> RE:   **NextGear Capital, Inc. v. The Luxury Haus, Inc., et al**
> **Docket No. BER-L-7268-16**

Dear Sir/Madam:

We represent the plaintiff, NextGear Capital, Inc. ("NextGear") in the above-captioned action. Enclosed, please find a Subpoena *Duces Tecum* that requests you produce certain documents as specified in the Subpoena. *Please note that responsive records may be mailed in lieu of a formal appearance but cannot be produced before the return date set forth in the subpoena.*

If you are notified that a Motion to Quash the Subpoena has been filed then do not produce the subpoenaed documents until ordered by the Court or until all parties to this action consent to the release of the subpoenaed evidence.

Please contact my office should you have any questions. Thank you for your prompt attention to this matter.

Very truly yours,

NICHOLAS M. GAUNCE

(*via fax*)(w/enc.)
cc:   Ian Hirsch, Esq.
      Richard P. Galler, Esq.
      Ross Katz, Esq.
      Paul S. Doherty, III, Esq.

**ECKERT SEAMANS CHERIN & MELLOTT, LLC**
Nicholas M. Gaunce, Esq. (N.J. Attorney ID No. #012032007)
*Physical Address:*    2000 Lenox Drive, Suite 203, Lawrenceville, NJ 08648
*Mailing Address:*    P.O. Box 5404, Princeton, NJ 08543
Telephone:  (609) 392-2100
Facsimile:  (609) 392-7956
*Attorneys for Plaintiff, NextGear Capital, Inc.*

| | |
|---|---|
| NEXTGEAR CAPITAL, INC.,  : | SUPERIOR COURT OF NEW JERSEY |
| : | BERGEN COUNTY: LAW DIVISION |
| Plaintiff,  : | DOCKET NO.: BER-L-7268-16 |
| : | |
| v.  : | |
| : | Civil Action |
| THE LUXURY HAUS, INC., and  : | |
| ANTONIO L. GUTIERREZ, and ABC CO.,  : | |
| and EDITH GUTIERREZ, jointly and  : | **SUBPOENA DUCES TECUM** |
| severally,  : | |
| : | |
| Defendants.  : | |

**THE STATE OF NEW JERSEY TO:**    **Records Custodian**
**TD Bank, N.A.**
**1701 Marlton Pike East**
**Cherry Hill, NJ 08034**

**YOU ARE HEREBY COMMANDED** to attend and give testimony before the above-named Court at the offices of Eckert Seamans Cherin & Mellott, LLC, 2000 Lennox Drive, Suite 203, Lawrenceville, New Jersey 08648, on December 21, 2018, at 10:00 o'clock a.m., in the above-entitled action and, pursuant to R. 1:9-2, that you have and bring with you and produce at the same time and place the following documents:

1. **Any and all bank checks, cashier's checks, treasurer's checks, checks, any negotiable instrument or other payment instrument connected with the withdrawal slips that are attached here Exhibit "A."**

Pursuant to R. 4:14-7(c), subpoenaed evidence shall not be produced or released until the date specified for return of the subpoena.  If you are notified that a motion to quash the subpoena has been filed, you shall not produce or release the subpoenaed evidence until ordered to do so

1

by the Court or the release is consented to by all parties to this action. <u>In lieu of a personal</u>

<u>appearance, certified records will be accepted.</u>

Failure to comply with this subpoena will subject you to such penalties as are provided

by law.

_____
Nicholas M. Gaunce, Esq.
**Eckert Seamans Cherin**
**& Mellott, LLC**
*Attorneys for Plaintiff, NextGear Capital, Inc.*

Dated:  November 30, 2018

/s/ Michelle M. Smith, Esq.
Michelle M. Smith, Clerk
Superior Court of New Jersey

EXHIBIT A



Account: 6473
Amount: 9,500.00
PostDate: 20161003
Tran_ID: 737908466
CheckNum: 0
DIN: 737908471
ReturnReasonCode:



Account: 6473
Amount: 9,500.00
PostDate: 20161003
Tran_ID: 737908466
CheckNum: 0
DIN: 737908471
ReturnReasonCode:



Account: 6473
Amount: 69,000.00
PostDate: 20161012
Tran_ID: 767500841
CheckNum: 0
DIN: 767500851
ReturnReasonCode:



Account: 66473
Amount: 69,000.00
PostDate: 20161012
Tran_ID: 767500841
CheckNum: 0
DIN: 767500851
ReturnReasonCode:



Account: 66473
Amount: 43,000.00
PostDate: 20161013
Tran_ID: 550435526
CheckNum: 0
DIN: 550435536
ReturnReasonCode:



Account: 6473
Amount: 43,000.00
PostDate: 20161013
Tran_ID: 550435526
CheckNum: 0
DIN: 550435536
ReturnReasonCode:

Account: 6473
Amount: 150,000.00
PostDate: 20161017
Tran_ID: 564983906
CheckNum: 0
DIN: 564983916
ReturnReasonCode:



Account: 66473
Amount: 43,000.00
PostDate: 20161013
Tran_ID: 550435526
CheckNum: 0
DIN: 550435536
ReturnReasonCode:



Account: 6473
Amount: 150,000.00
PostDate: 20161017
Tran_ID: 564983906
CheckNum: 0
DIN: 564983916
ReturnReasonCode:





ReturnReasonCode:
DIN: 500440341
CheckNum: 0
Tran_ID: 500440331
PostDate: 20161018
Amount: 58,700.00
Account: ▮▮ 6473

ReturnReasonCode:
DIN: 73694175
CheckNum: 0
Tran_ID: 73694171
PostDate: 20161019
Amount: 163,016.71
Account: ▮▮ 6473





ReturnReasonCode:
DIN: 500440341
CheckNum: 0
Tran_ID: 500440331
PostDate: 20161018
Amount: 58,700.00
Account: ▮▮ 6473

ReturnReasonCode:
DIN: 73694175
CheckNum: 0
Tran_ID: 73694171
PostDate: 20161019
Amount: 163,016.71
Account: ▮▮ 6473



Account: 6473
Amount: 13,676.00
PostDate: 20161021
Tran_ID: 73846706
CheckNum: 0
DIN: 73846711
ReturnReasonCode:



Account: 6473
Amount: 25,000.00
PostDate: 20161021
Tran_ID: 738468696
CheckNum: 0
DIN: 73846701
ReturnReasonCode:



Account: 66473
Amount: 13,676.00
PostDate: 20161021
Tran_ID: 73846706
CheckNum: 0
DIN: 73846711
ReturnReasonCode:



Account: 6473
Amount: 25,000.00
PostDate: 20161021
Tran_ID: 738468696
CheckNum: 0
DIN: 73846701
ReturnReasonCode:



Account: 6473
Amount: 27,400.00
PostDate: 20161026
Tran_ID: 718126701
CheckNum: 0
DIN: 718126716
ReturnReasonCode:

Account: 6473
Amount: 8,965.00
PostDate: 20161028
Tran_ID: 550321786
CheckNum: 0
DIN: 55032 1791
ReturnReasonCode:

Account: 6473
Amount: 27,400.00
PostDate: 20161026
Tran_ID: 718126701
CheckNum: 0
DIN: 718126716
ReturnReasonCode:



Account: 6473
Amount: 8,965.00
PostDate: 20161028
Tran_ID: 550321786
CheckNum: 0
DIN: 55032 1791
ReturnReasonCode:



Account: 6473
Amount: 8,000.00
PostDate: 20161102
Tran_ID: 724242211
CheckNum: 0
DIN: 724242216
ReturnReasonCode:

Account: 6473
Amount: 58,064.75
PostDate: 20161109
Tran_ID: 547577621
CheckNum: 0
DIN: 547577631
ReturnReasonCode:

Account: 6473
Amount: 8,000.00
PostDate: 20161102
Tran_ID: 724242211
CheckNum: 0
DIN: 724242216
ReturnReasonCode:



Account: 6473
Amount: 58,064.75
PostDate: 20161109
Tran_ID: 547577621
CheckNum: 0
DIN: 547577631
ReturnReasonCode:



Account: 6473
Amount: 4,900.00
PostDate: 20161115
Tran_ID: 530271321
CheckNum: 0
DIN: 530271326
ReturnReasonCode:

Account: 6473
Amount: 30,000.00
PostDate: 20161128
Tran_ID: 510461621
CheckNum: 0
DIN: 510461631
ReturnReasonCode:

Account: 6473
Amount: 4,900.00
PostDate: 20161115
Tran_ID: 530271321
CheckNum: 0
DIN: 530271326
ReturnReasonCode:



Account: 6473
Amount: 30,000.00
PostDate: 20161128
Tran_ID: 510461621
CheckNum: 0
DIN: 510461631
ReturnReasonCode:

Account: 6473
Amount: 50,000.00
PostDate: 20161201
Tran_ID: 742341326
CheckNum: 0
DIN: 742341331
ReturnReasonCode:



Account: 6473
Amount: 20,576.09
PostDate: 20161216
Tran_ID: 707380686
CheckNum: 0
DIN: 707380696
ReturnReasonCode:



Account: 66473
Amount: 50,000.00
PostDate: 20161201
Tran_ID: 742341326
CheckNum: 0
DIN: 742341331
ReturnReasonCode:

Account: 6473
Amount: 20,576.09
PostDate: 20161216
Tran_ID: 707380686
CheckNum: 0
DIN: 707380696
ReturnReasonCode:





Account: 6473
Amount: 32,950.00
PostDate: 20161228
Tran_ID: 75779326
CheckNum: 0
DIN: 75779321
ReturnReasonCode:

Account: 433266473
Amount: 28,340.04
PostDate: 20170118
Tran_ID: 532837566
CheckNum: 0
DIN: 53283757
ReturnReasonCode:

Account: 66473
Amount: 32,950.00
PostDate: 20161228
Tran_ID: 75779326
CheckNum: 0
DIN: 75779321
ReturnReasonCode:



Account: 433266473
Amount: 28,340.04
PostDate: 20170118
Tran_ID: 532837566
CheckNum: 0
DIN: 53283757
ReturnReasonCode:

Account: 6473
Amount: 2,380.80
PostDate: 20170216
Tran_ID: 532576796
CheckNum: 0
DIN: 532576801
ReturnReasonCode:



Account: 6473
Amount: 13,500.00
PostDate: 20170301
Tran_ID: 722278346
CheckNum: 0
DIN: 722278351
ReturnReasonCode:



Account: 6473
Amount: 2,380.80
PostDate: 20170216
Tran_ID: 532576796
CheckNum: 0
DIN: 532576801
ReturnReasonCode:



Account: 6473
Amount: 13,500.00
PostDate: 20170301
Tran_ID: 722278346
CheckNum: 0
DIN: 722278351
ReturnReasonCode:









Account: 8682
Amount: 5,000.00
PostDate: 20171024
Tran_ID: 558563671
CheckNum: 0
DIN: 558563676
ReturnReasonCode:

Account: 8682
Amount: 2,500.00
PostDate: 20171026
Tran_ID: 71419416
CheckNum: 0
DIN: 71419421
ReturnReasonCode:

Account: 8682
Amount: 5,000.00
PostDate: 20171024
Tran_ID: 558563671
CheckNum: 0
DIN: 558563676
ReturnReasonCode:



Account: 8682
Amount: 2,500.00
PostDate: 20171026
Tran_ID: 71419416
CheckNum: 0
DIN: 71419421
ReturnReasonCode: