## **CERTIFICATE OF CONCURRENCE**

In accordance with LR 7.1, I hereby certify that I sought concurrence from plaintiff's counsel in Motion for Pro Hac Vice Admission of Borce Martinoski and he does concur in the relief sought thereby.

Date: December 21, 2018      **/s/ Walter T. Grabowski**
                                                      Walter T. Grabowski