# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

IN THE MATTER OF APPLICATION FOR :
ADMISSION TO PRACTICE IN THIS COURT :   CV-18-1617

## PETITION

I, <u>Borce Martinoski, Esquire</u>, hereby petition the United States District Court for the Middle District of Pennsylvania to admit me to practice before that Court. In support of my petition, I state as follows:

My office address is:   <u>75 Essex Street</u>

<u>Suite 220</u>

<u>Hackensack, New Jersey</u>

Office Telephone:   <u>(201) 343-7237</u>

I was admitted to practice before the Courts listed below on the date shown after the name of each Court, and I am currently a member in good standing of all those Courts.

State of New Jersey - 2008

State of New York - 2009

<u>United States District Court for the District of New Jersey – 2008</u>

My attorney Identification number is: <u>014442008</u>

---

**FOR COURT USE ONLY**

____ GENERAL ADMISSION:

GRANTED BY THE COURT: _____   Date: _____

✓ SPECIAL ADMISSION:

GRANTED BY THE COURT _[signature]_   Date: 12/28/18