# EXHIBIT B



**TD Bank**
America's Most Convenient Bank®
Operations Center
P.O. Box 1377
Lewiston, ME 04243-1377
T 888 751 9000

tdbank.com

December 20, 2018

NICHOLAS M. GAUNCE, ESQ
ECKERT SEAMANS CHERIN & MERLLOTT, LLC
2000 LENOX DRIVE, SUITE 203
LAWRENCEVILLE, NJ  08648

RE:     Cashier's Checks, ref # 159300
        Subpoena

Dear Sir or Madam:

In lieu of our appearance, the enclosed records are being provided in response to the above-mentioned case. Redactions made, if any, have been marked in gray and/or black in order to avoid providing information outside of the requested timeframe. If the requested documents have been provided on CD or other electronic media you will receive a passphrase by separate correspondence.

If you have any questions regarding the enclosed records or would like to discuss this matter further, please contact Helen McCarthy  in our Subpoena Department at 1-800-494-9466 choose option 5.

Very truly yours,

Sarah Arsenault
Research Clerk

Enclosure

Sent Via: UPS Next Day Air


RECEIVED DEC 2 6 2018 ECKERT SEAMANS