# EXHIBIT C



Account: ▮▮▮▮9404
Amount: 10,000.00
PostDate: 20161031
Tran_ID: 731636056
CheckNum: 529265676
DIN: 731637316
ReturnReasonCode:



Account: ▮▮▮▮9404
Amount: 10,000.00
PostDate: 20161031
Tran_ID: 731636056
CheckNum: 529265676
DIN: 731637316
ReturnReasonCode:



Account: ████9404
Amount: 46,623.00
PostDate: 20161021
Tran_ID: 745295451
CheckNum: 529366588
DIN: 745296901
ReturnReasonCode:



Account: ████9404
Amount: 46,623.00
PostDate: 20161021
Tran_ID: 745295451
CheckNum: 529366588
DIN: 745296901
ReturnReasonCode: