# EXHIBIT D

**ECKERT SEAMANS CHERIN & MELLOTT, LLC**
Nicholas M. Gaunce, Esq. (N.J. Attorney ID No. #01203-2007)
*Physical Address:*   2000 Lenox Drive, Suite 203, Lawrenceville, NJ 08648
*Mailing Address:*   P.O. Box 5404, Princeton, NJ 08543
Telephone: (609) 392-2100
Facsimile: (609) 392-7956
*Attorneys for Plaintiff, NextGear Capital, Inc.*

| | |
|---|---|
| NEXTGEAR CAPITAL, INC., <br><br> Plaintiff, <br><br> v. <br><br> THE LUXURY HAUS INC., and ANTONIO L. GUTIERREZ, EDITH GUTIERREZ and ABC Co., jointly and severally, <br><br> Defendants. | SUPERIOR COURT OF NEW JERSEY <br> BERGEN COUNTY: LAW DIVISION <br> DOCKET NO.: BER-L-7268-16 <br><br> Civil Action <br><br> **DOCUMENT SUBPOENA** |

**THE STATE OF NEW JERSEY TO:**   Records Custodian
Freedom Bank
99 West Essex Street, 2nd Floor
Maywood, NJ 07607

**YOU ARE HEREBY COMMANDED** to attend and give testimony before the above-named Court at the offices of Eckert Seamans Cherin & Mellott, LLC, 2000 Lennox Drive, Suite 203, Lawrenceville, New Jersey 08648, on December 31, 2018, at 10:00 o'clock a.m., in the above-entitled action and, pursuant to R. 1:9-2, that you have and bring with you and produce at the same time and place the following documents:

   1.   **All bank records, papers, documents, electronically-stored information and tangible things related to any and all accounts from which the Treasurer's Checks attached here as Exhibit "A" were drawn spanning from January 1, 2014 through the present. The records produced should include copies of monthly statements, canceled checks, cashier's checks, treasurer's checks, withdrawal receipts, electronic fund transfers, wire transfers, ACH payments, debit memos, credits to the account and deposit slips.**

1

2. All bank records, papers, documents, electronically-stored information and tangible things related to the account at Freedom Bank numbered xxxxx00015 as evidenced to exist by the Treasurer's Checks attached here as Exhibit "A" spanning from January 1, 2014 through the present. The records produced should include copies of monthly statements, canceled checks, cashier's checks, treasurer's checks, withdrawal receipts, electronic fund transfers, wire transfers, ACH payments, debit memos, credits to the account and deposit slips.

3. All bank records, papers, documents, electronically-stored information and tangible things related to the account at Freedom Bank numbered xxxxx00031 as evidenced to exist by the Treasurer's Checks attached here as Exhibit "A" spanning from January 1, 2014 through the present. The records produced should include copies of monthly statements, canceled checks, cashier's checks, treasurer's checks, withdrawal receipts, electronic fund transfers, wire transfers, ACH payments, debit memos, credits to the account and deposit slips.

Pursuant to R. 4:14-7(c), subpoenaed evidence shall not be produced or released until the date specified for return of the subpoena. If you are notified that a motion to quash the subpoena has been filed, you shall not produce or release the subpoenaed evidence until ordered to do so by the Court or the release is consented to by all parties to this action. <u>In lieu of a personal appearance, certified records will be accepted.</u>

Failure to comply with this subpoena will subject you to such penalties as are provided by law.

_____
Nicholas M. Gaunce, Esq.
**Eckert Seamans Cherin & Mellott, LLC**
Attorneys for Plaintiff, NextGear Capital, Inc.

Dated: November 30, 2018

/s/ Michelle M. Smith, Esq.
Michelle M. Smith, Clerk
Superior Court of New Jersey

EXHIBIT A

# FREEDOM BANK
59 West Essex St., 2nd Floor, Maywood, NJ, 07607
www.freedombanknj.com

**Treasurer's Check**

1860

65-1449 / 0212

October 3, 2016

Pay to the Order of: XAM GLOBAL

$400,000.00

Four Hundred Thousand and 00/100*********************************

Authorized Signature

Memo _____

Authorized Signature

⑆001860⑆  ⑈4931⑈  000 15⑆

20161003

20161003

Ac___
Deposit only
932



|  |  |
|---|---|
| **FREEDOM BANK**<br>99 West Essex St., 2nd Floor, Maywood, NJ, 07607<br>www.freedombanknj.com | **Treasurer's Check**   1847<br>55-1449 / 0212<br>September 30, 2016 |

Pay to the Order of: Xam Global          $258,000.00

Two Hundred Fifty-Eight Thousand and 00/100*********************

Authorized Signature

Authorized Signature

Memo _____

⑈001847⑈  :0212⑉1449:  000 15⑈

20160930





**ECKERT SEAMANS CHERIN & MELLOTT, LLC**
Nicholas M. Gaunce, Esq. (N.J. Attorney ID No. #012032007)
*Physical Address:*  2000 Lenox Drive, Suite 203, Lawrenceville, NJ 08648
*Mailing Address:*   P.O. Box 5404, Princeton, NJ 08543
Telephone: (609) 392-2100
Facsimile: (609) 392-7956
*Attorneys for Plaintiff, NextGear Capital, Inc.*

| | |
|---|---|
| NEXTGEAR CAPITAL, INC., <br><br> Plaintiff, <br><br> v. <br><br> THE LUXURY HAUS, INC., and ANTONIO L. GUTIERREZ, and ABC CO., and EDITH GUTIERREZ, jointly and severally, <br><br> Defendants. | : SUPERIOR COURT OF NEW JERSEY <br> : BERGEN COUNTY: LAW DIVISION <br> : DOCKET NO.: BER-L-7268-16 <br> : <br> : <br> : Civil Action <br> : <br> : <br> : **SUBPOENA DUCES TECUM** <br> : |

**STATE OF NEW JERSEY TO:**   Records Custodian
Alliant Credit Union
11545 West Touhy Ave.
Chicago, IL 60666

**YOU ARE HEREBY COMMANDED TO APPEAR AT:** Eckert Seamans Cherin & Mellott, LLC, 2000 Lenox Drive, Suite 203, Lawrenceville, New Jersey 08648, on December 14, 2018, at 10:00 o'clock a.m., to testify on oral deposition before a person authorized by the laws of the State of New Jersey to administer oaths, in the above-entitled action.

**YOU ARE HEREBY FURTHER COMMANDED** to bring with you and produce at the time and place specified above the following

1)     All bank records, papers, documents, statements, checks, electronically-stored information and tangible things for any and all accounts maintained by Paul Gutierrez and/or Karina Gutierrez (**Address:** 361 Maple St., Moonachie, NJ 07074) from January 1, 2014 through the present at Alliant Credit Union and/or any of its affiliates, subsidiaries, parent companies or related entities. The records produced should include copies of monthly statements, canceled checks, withdrawal receipts, electronic fund transfers, wire transfers, ACH payments, debit memos, credits to the account and deposit slips.

2.     All bank records, papers, documents, statements, checks, electronically-stored information and tangible things pertaining to an account maintained or that was maintained by Paul Gutierrez and/or Karina G. Gutierrez at Alliant Credit Union and/or any of its affiliates, subsidiaries, parent companies or related entities ending in 30211 as evidenced to exist on the checks attached as Exhibit "A." The records produced should include copies of monthly statements, canceled checks, withdrawal receipts, electronic fund transfers, wire transfers, ACH payments, debit memos, credits to the account and deposit slips.

Please note that certified records will be accepted in lieu of a personal appearance.

Pursuant to R. 4:14-7(c), subpoenaed evidence shall not be produced or released until the date specified for return of the subpoena. If you are notified that a motion to quash the subpoena has been filed, you shall not produce or release the subpoenaed evidence until ordered to do so by the Court or the release is consented to by all parties to this action. Failure to comply with this subpoena will subject you to such penalties as are provided by law.

*[signature]*
_____
Nicholas M. Gaunce, Esq.
**Eckert Seamans Cherin & Mellott, LLC**
*Attorneys for Plaintiff, NextGear Capital, Inc.*

_/s/ Michelle M. Smith, Esq._
Michelle M. Smith, Esq.
Clerk of Superior Court of New Jersey

Dated: November 20, 2018

EXHIBIT A



```
PAUL GUTIERREZ                                              1072
PH. 201-417-8950                                          7-8152/2730
361 MAPLE ST.                         DATE 9/1/2016
MOONACHIE, NJ 07074

PAY TO THE    XAM Global                    $ 500.00
ORDER OF
              Five Hundred                         DOLLARS

ALLIANT
credit union
Chicago, Illinois

MEMO

    528           30211  1072
```

FOR MOBILE DEPOSIT ONLY
PNC BANK

```
PAUL GUTIERREZ                                              1133
PH. 201-417-8060
361 MAPLE ST.
MOONACHIE, NJ 07074          DATE 10/24/2016

PAY TO THE
ORDER OF  Vain Global              $ 1000.00

One Thousand                              DOLLARS

ALLIANT
  credit union
  Chicago, Illinois

MEMO

        528           3021 1133
```

FOR MOBILE DEPOSIT ONLY
PNC BANK

**ECKERT SEAMANS CHERIN & MELLOTT, LLC**
Nicholas M. Gaunce, Esq. (N.J. Attorney ID No. #012032007)
*Physical Address:*   2000 Lenox Drive, Suite 203, Lawrenceville, NJ 08648
*Mailing Address:*      P.O. Box 5404, Princeton, NJ 08543
Telephone:  (609) 392-2100
Facsimile:  (609) 392-7956
*Attorneys for Plaintiff, NextGear Capital, Inc.*

| | |
|---|---|
| NEXTGEAR CAPITAL, INC.,<br><br>Plaintiff,<br><br>v.<br><br>THE LUXURY HAUS, INC., and ANTONIO L. GUTIERREZ, and ABC CO., and EDITH GUTIERREZ, jointly and severally,<br><br>Defendants. | SUPERIOR COURT OF NEW JERSEY<br>BERGEN COUNTY: LAW DIVISION<br>DOCKET NO.: BER-L-7268-16<br><br>Civil Action<br><br>**SUBPOENA DUCES TECUM** |

**STATE OF NEW JERSEY TO:**   Records Custodian
　　　　　　　　　　　　　　　　　　**Capital One Bank**
　　　　　　　　　　　　　　　　　　**419 Market St.**
　　　　　　　　　　　　　　　　　　**Saddle Brook, NJ 07663**

**YOU ARE HEREBY COMMANDED TO APPEAR AT:** Eckert Seamans Cherin & Mellott, LLC, 2000 Lenox Drive, Suite 203, Lawrenceville, New Jersey 08648, on December 14, 2018, at 10:00 o'clock a.m., to testify on oral deposition before a person authorized by the laws of the State of New Jersey to administer oaths, in the above-entitled action.

**YOU ARE HEREBY FURTHER COMMANDED** to bring with you and produce at the time and place specified above the following

1)   All bank records, papers, documents, statements, checks, electronically-stored information and tangible things for any and all accounts maintained by Paul Gutierrez and/or Karina Gutierrez (**Address:** 361 Maple St., Moonachie, NJ 07074) from January 1, 2014 through the present at Capital One Bank and/or any of its affiliates, subsidiaries, parent companies or related entities. The records produced should include copies of monthly statements, canceled checks, withdrawal receipts, electronic fund transfers, wire transfers, ACH payments, debit memos, credits to the account and deposit slips.

2.   All bank records, papers, documents, statements, checks, electronically-stored information and tangible things pertaining to an account maintained or that was maintained by Paul Gutierrez and/or Karina Gutierrez at Capital One Bank and/or any of its affiliates, subsidiaries, parent companies or related entities ending in 13791 as evidenced to exist on the checks attached as Exhibit "A." The records produced should include copies of monthly statements, canceled checks, withdrawal receipts, electronic fund transfers, wire transfers, ACH payments, debit memos, credits to the account and deposit slips.

Please note that certified records will be accepted in lieu of a personal appearance.

Pursuant to R. 4:14-7(c), subpoenaed evidence shall not be produced or released until the date specified for return of the subpoena. If you are notified that a motion to quash the subpoena has been filed, you shall not produce or release the subpoenaed evidence until ordered to do so by the Court or the release is consented to by all parties to this action. Failure to comply with this subpoena will subject you to such penalties as are provided by law.

| | |
|---|---|
| _____ | /s/ Michelle M. Smith, Esq. |
| Nicholas M. Gaunce, Esq. | Michelle M. Smith, Esq. |
| **Eckert Seamans Cherin & Mellott, LLC** | Clerk of Superior Court of New Jersey |
| *Attorneys for Plaintiff, NextGear Capital, Inc.* | |

Dated: November 20, 2018

EXHIBIT A



```
                                                        0097
                                                        55-760/0312

                                    DATE  6/15/2016

PAY
TO THE
ORDER OF  Karina Gutierrez              $ 250.00

Two hundred fifty                       DOLLARS

PNC BANK
PNC Bank, N.A.
New Jersey

FOR _____

"000097"    76071:    73932"
```

```
->021407912<
CAPITAL ONE, NA
   7748           2016
RICHMOND, VA 005 23
RDC  Deposit      13791
```