# EXHIBIT F

FILED
JAN 13 2016
LISA A. FIRKO
J.S.C.

Page 1 of 5

# State of New Jersey
## Prevention of Domestic Violence Act
**BERGEN** County, Superior Court, Chancery Division, Family Part

[✓] **Final Restraining Order (FRO)**  [ ] **Amended Final Restraining Order**

| Docket Number | Plaintiff's Date of Birth | Defendant's Sex | Defendant's Race |
|---|---|---|---|
| FV-02-001181-16 | 11/05/1977 | M | HISPANIC |

| In the Matter of Plaintiff | Defendant's Social Security Number | Date of Birth | Height | Weight |
|---|---|---|---|---|
| GUTIERREZ EDITH | | 02/04/1977 | 5  10 | 220 |

| Defendant | | Eye Color | Hair Color |
|---|---|---|---|
| GUTIERREZ ANTONIO | | BROWN | BLACK |

| Home Phone Number | Work Phone Number | Distinguishing Features (Scars, Facial Hair, Etc.) |
|---|---|---|
| (201)313-9785 | | |

| Home Address | Driver's License Number |
|---|---|
| 43 WARREN LANE  ALPINE NJ 07620 | |

| Work Address | State | Driver's License Expiration Date |
|---|---|---|
| 335 GRAND AVENUE  LEONIA NJ 07605 | | |

The Court having considered plaintiff's Complaint dated **12/23/2015** seeking an ORDER under the Prevention of Domestic Violence Act, having established jurisdiction over the subject matter and the parties pursuant to *N.J.S.A.* 2C:25-17 et seq., and having found that defendant has committed an act of domestic violence, and all other statutory requirements having been satisfied:

It is on this **13** day of **January** **2016**, ORDERED that:

**Sought  Granted**                                    Part I - Relief

**DEFENDANT:**

1. [✓] [✓]  You are prohibited against future acts of domestic violence.
2. [✓] [✓]  You are barred from the following locations:
   - [✓] **Residence(s) of Plaintiff**   [ ] **Place(s) of employment of Plaintiff**
   - [ ] Other

3. You are prohibited from having **any** oral, written, personal, electronic, or other form of contact or communication with:
   - [✓] [✓]  Plaintiff
   - [✓] [✓]  Other(s) (List names & relationship to Plaintiff):
     NON HARRASSING TEXT MESSAGES RELATIVE TO CHILDREN ONLY

4. You are prohibited from making or causing anyone else to make harassing communications to:
   - [✓] [✓]  Plaintiff
   - [ ] [ ]  Other(s) (Same as above or list names & relationship to Plaintiff):

5. You are prohibited from stalking, following, or threatening to harm, to stalk or to follow:
   - [✓] [✓]  Plaintiff
   - [ ] [ ]  Other(s) (Same as above or list names & relationship to Plaintiff):

6. You must pay emergent monetary relief (describe amount and method):
   - [ ] [ ]  Plaintiff: $ _____  Effective: _____
   - [ ] [ ]  Dependents: $ _____  Effective: _____

7. [ ] [ ]  Other appropriate relief:
   Defendant (including substance abuse, mental health or other evaluations and subsequent treatment):

8. [ ] [ ]  Psychiatric evaluation:

9. [ ] [ ]  Intake monitoring of conditions and restraints (specify):

---

**NOTICE TO DEFENDANT:** A violation of any of the provisions listed in this order may constitute either civil or criminal contempt pursuant to *N.J.S.A.* 2C:25-30 and may result in your arrest, prosecution, and possible incarceration, as well as an imposition of a fine or jail sentence. **Only a court can modify any of the terms or conditions of this court order.**

BER-L-007268-16   10/16/2017 2:47:51 PM  Pg 6 of 9  Trans ID: LCV2017334284
Case 3:18-cv-01617-MEM   Document 30-6   Filed 01/04/19   Page 3 of 6

**Prevention of Domestic Violence Act**

| ✓ | Final Restraining Order (FRO) | ☐ | Amended Final Restraining Order | FV-02-001181-16 |

| Sought | Granted | Part I - Relief continued |
|---|---|---|

**DEFENDANT:**

10. ✓ ✓ **PROHIBITIONS AGAINST POSSESSION OF WEAPONS:** You are prohibited from possessing **any and all fire-arms or other weapons** and must immediately surrender these firearms, weapons, permits to carry, applications to purchase firearms and firearms purchaser ID card to the officer serving this court Order. Failure to do so can result in your arrest and incarceration.

Other Weapon(s) (describe)   ANY AND ALL WEAPONS

**PLAINTIFF:**

11. ✓ ✓ You are granted exclusive possession of (residence or alternate housing, list address only if specifically known to defendant):
43 WARREN LANE, ALPINE, NJ 07620

12. ✓ ✓ Plaintiff is granted temporary custody of (specify name(s)):
JORGE J DELGADO, VICTORIA A GUTIERREZ, ANTHONY J UTIERREZ, NATALYA A GUTIERREZ, JONATHON J GUTIERRZ, ALANNA M GUTIERREZ

13. ☐ ☐ Other appropriate relief:
Plaintiff (describe)

Child(ren) (describe)

**LAW ENFORCEMENT OFFICER**

You are to accompany to scene, residence, shared place of business, other (indicate address, time, duration & purpose):

☐ ☐ Plaintiff:

✓ ✓ Defendant:  43 WARREN LANE, ALPINE, NJ 07620 - 15 MINUTES TO GATHER CLOTHES AND PERSONAL BELONGINGS

**WARRANT TO SEARCH FOR AND TO SEIZE WEAPONS FOR SAFEKEEPING**

☐ **To any law enforcement officer having jurisdiction -** this Order shall serve as a warrant to search for and seize any issued permit to carry a firearm, application to purchase a firearm and firearms purchaser identification card issued to the defendant and the following firearm(s) or weapon(s).

1. **You are hereby commanded to** search the premises for the above described weapons and/or permits to carry a firearm, application to purchase a firearm and firearms purchaser ID card and to serve a copy of this Order upon the person at the premises or location described as:

2. **You are hereby ordered** in the event you seize any of the above described weapons, to give a receipt for the property so seized to the person from whom they were taken or in whose possession they were found, or in the absence of such person to have a copy of this Order together with such receipt in or upon the said structure from which the property was taken.

3. **You are** to execute this Order immediately or as soon thereafter as is practicable.
☐ Anytime   ☐ Other: _____

4. **You are further ordered,** after the execution of this Order, to promptly provide the Court with a written inventory of the property seized per this Order.

**NOTICE TO DEFENDANT:** A violation of any of the provisions listed in this order may constitute either civil or criminal contempt pursuant to N.J.S.A. 2C:25-30 and may result in your arrest, prosecution, and possible incarceration, as well as an imposition of a fine or jail sentence. **Only a court can modify any of the terms or conditions of this court order.**

Prevention of Domestic Violence Act

Page 3 of 5

[✓] **Final Restraining Order (FRO)**    [ ] Amended Final Restraining Order    FV-02-001181-16

**Part II - Relief**

| Sought | Granted | |
|---|---|---|
| | | **DEFENDANT:** |
| 1. [ ] | [ ] | You acknowledge parentage of: _____ |
| 2. [ ] | [ ] | You must submit to genetic testing: _____ |
| 3. [ ] | [ ] | No parenting time (visitation) until further order; _____ |
| 4. [ ] | [ ] | Parenting time (visitation) pursuant to (prior FV, FM, or FD Order) # ___ is suspended, a hearing is scheduled for: _____ |
| 5. [✓] | [✓] | Parenting time (visitation) is ordered as follows: (specify drop-off and pick-up times and locations, participation of or supervision by designated third party): SEE ADDENDUM REGARDING PARENTING TIME |
| 6. [ ] | [ ] | Risk assessment ordered (specify by whom): _____ Return Date: _____ |
| 7. [ ] | [ ] | You must provide compensation as follows: (Appropriate notices have been attached as part of this Order): |
| [ ] | [ ] | Emergent support - Plaintiff: $ _____ |
| [ ] | [ ] | Emergent support - Dependent(s): $ _____ |
| [ ] | [ ] | Interim support - Plaintiff: $ _____ |
| [ ] | [ ] | Interim support - Dependent(s): $ _____ |
| [ ] | [ ] | Ongoing Plaintiff support: $ _____ Effective: _____ |
| | | Paid via income withholding through the: _____ Probation Div. _____ |
| [ ] | [ ] | Other: _____ |
| [ ] | [ ] | Ongoing child support: $ _____ Effective: _____ |
| | | Paid via income withholding through the: _____ Probation Div. _____ |
| [ ] | [ ] | Other: _____ |
| 8. [ ] | [ ] | Medical coverage for plaintiff: _____ |
| 9. [ ] | [ ] | Medical coverage for dependent(s): _____ |
| 10. [ ] | [ ] | Compensatory damages to plaintiff: $ _____ |
| 11. [ ] | [ ] | Punitive damages (describe): $ _____ |
| 12. [ ] | [ ] | You must pay compensation to (specify third party and/or VCCO, and describe): |
| 13. [✓] | [✓] | You must participate in a batterers' intervention program (specify): ALTERNATIVES TO DOMESTIC VIOLENCE FOR 26 WEEKS |
| 14. [ ] | [ ] | You must make [ ] rent [ ] mortgage payments (specify amount(s) due date(s) and payment manner): |
| 15. [ ] | [ ] | Defendant is granted temporary possession of the following personal property (describe): |
| 16. [ ] | [ ] | Defendant is granted temporary custody of (specify name(s)): |

[✓] You must pay a civil penalty of $ 200 ($50.00 to $500.00 per N.J.S.A. 2C:25-29) to: PAY THROUGH PROBATION within 30 days. You will be charged a $2.00 transaction fee for each payment or partial payment that you make.
[ ] Waived due to extreme financial hardship because: _____

| Sought | Granted | |
|---|---|---|
| | | **PLAINTIFF:** |
| 17. [✓] | [✓] | Plaintiff is granted temporary possession of the following personal property (describe): 43 WARREN LANE, ALPINE, NJ 07620, 2012 LAND ROVER EVOQUE-SONS VEHICLE |

**NOTICE TO DEFENDANT:** A violation of any of the provisions listed in this order may constitute either civil or criminal contempt pursuant to N.J.S.A. 2C:25-30 and may result in your arrest, prosecution, and possible incarceration, as well as an imposition of a fine or jail sentence. **Only a court can modify any of the terms or conditions of this court order.**

Revised: 11/2014, CN: 10211 (DVFRO)

Prevention of Domestic Violence Act                                                                Page 4 of 5

| [✓] Final Restraining Order (FRO) | [ ] Amended Final Restraining Order | FV-02-001181-16 |
|---|---|---|

**Comments:**
THE DEFENDANT WAS PRESENT AT THE TIME THE FRO/AFRO WAS ISSUED ON 01/13/2016

**Addendum:**
DEFENDANT SHALL HAVE PARENTING TIME WITH THE SIX CHILDREN ON FRIDAY 1/15/16 AFTER SCHOOL, OVERNIGHT, UNTIL SATURDAY 1/16/16, AT 5PM, CURBSIDE AT PLAINTIFF'S RESIDENCE. PARENTING TIME WILL RESUME 2/19/16, AFTER SCHOOL, OVERNIGHT, UNTIL SUNDAY 2/21/16, AT 5PM, AND ALTERNATING WEEKENDS THEREAFTER. DEFENDANT TO DROP OFF CHILDREN CURBSIDE AT PLAINTIFF'S RESIDENCE. DEFENDANT SHALL HAVE PARENTING TIME EACH TUESDAY AND WEDNESDAY FROM AFTER SCHOOL UNTIL 7PM. DEFENDANT SHALL PAY THE LEASE ON THE ALPINE RESIDENCE AND ALL SCHEDULE A EXPENSES INCLUDING THE HEAT, GAS, GARBAGE REMOVAL, ELECTRIC, ALARM, AND WATER, INSURANCE, VERIZON LANDLINE, AND CELLULAR. DEFENDANT SHALL CONTINUE TO PAY FOR ALL EXPENSES FOR PLAINTIFF'S ESCALADE AND THE 2012 LAND ROVER EVOQUE DRIVEN BY JORGE AND ALL INSURANCE, EZ-PASS, GAS, OIL, MAINTENANCE, LICENSE, AND REGISTRATION EXPENSES UNTIL FURTHER ORDER OF THE COURT. DEFENDANT IS ORDER TO MAINTAIN ALL HEALTH INS. COV. FOR PLA AND SIX (6) CHILDREN AS IT CURRENTLY EXISTS UNTIL FURHTER ORDER OF THE COURT. DEFENDANT IS ORDERED TO CONTINUE ALL LIFE INSURANCE PAYMENTS AS CURRENTLY EXISTS UNTIL FURTHER ORDER OF THE COURT. PLA MAY FILE AN THEFT REPORT WITH THE POLICE RELATIVE TO ITEMS SHE CLAIMS ARE MISSING FROM THE SAFE IN THE HOUSE. DEFENDANT SHALL PAY $5000 DOLLARS A WEEK TO PLAINTIFF. PLAINTIFF'S ATTORNEY MAY SUBMIT CERTIFICATION OF SERVICES AND ORDER UNDER THE FIVE DAY RULE.

This Order is to become effective immediately and shall remain in effect until further Order of the Superior Court, Chancery Division, Family Part.

| 01/13/2016   03:36 PM | s/ LISA FIRKO |
|---|---|
| Date | Honorable |

## All Law Enforcement Officers Will Serve and Fully Enforce This Order.
## The Plaintiff Shall Not Be Arrested for a Violation of This Restraining Order.

- **This Final Restraining Order Was Issued After Defendant Was Provided with Notice and the Opportunity to Be Heard and Should Be Given Full Faith and Credit Pursuant to the Violence Against Women Act of 1991, Sec. 40221, Codified at 18 U.S.C.A. S2265(A) and S2266.**

- **If Ordered, Sufficient Grounds Have Been Found By This Court for the Search and Seizure of Firearms and Other Weapons as Indicated in This Court Order.**

- **Defendant Shall Not Be Permitted to Possess any Weapon, ID Card or Purchase Permit While This Order Is in Effect, or for Two Years, Whichever Is Greater.**

### Notice to Plaintiff and Defendant

**IMPORTANT:** The parties cannot themselves change the terms of this Order on their own. This Order may only be changed or dismissed by the Family Court. The named defendant **cannot** have any contact with the plaintiff without permission of the court. If you wish to change the terms of this Order and/or you resume living together, you **must** appear before this court for a rehearing.

### Notice to Defendant

A violation of any of the provisions listed in this Order or a failure to comply with the directive to surrender all weapons, firearm permits, application or identification cards may constitute criminal contempt pursuant to *N.J.S.A.* 2C:29-9(b), and may also constitute violations of other state and federal laws which can result in your arrest and/or criminal prosecution. This may result in a jail sentence.

**Prevention of Domestic Violence Act**  Page 5 of 5

| [✓] Final Restraining Order (FRO) | [ ] Amended Final Restraining Order | FV-02-001181-16 |

## Return of Service

[✓] Plaintiff was given a copy of the Order by:
BELLINA #1404 F — 03:36 PM . 01/13/2016 — BERGEN COUNTY SHERIFF DEPT
*Print Name / Time and Date / Signature / Badge Number / Department*

[✓] I hereby certify that I served the within Order by delivering a copy to the defendant personally:
BELLINA #1404 F — 03:36 PM 01/13/2016 — BERGEN COUNTY SHERIFF DEPT
*Print Name / Time and Date / Signature / Badge Number / Department*

[ ] I hereby certify that I served the within Order by use of substituted service as follows:

*Print Name / Time and Date / Signature / Badge Number / Department*

[ ] Defendant could not be served (explain):

*Print Name / Time and Date / Signature / Badge Number / Department*

Defendant hereby acknowledges receipt of the Restraining Order. I understand that pursuant to this court Order, I am not to have any contact with the named plaintiff even if plaintiff agrees to the contact or invites me onto the premises and that I can be arrested and prosecuted if I violate this Order. I understand that pursuant to N.J.S.A. 53:1-15 any person against whom a Final Restraining Order in a domestic violence matter has been entered shall submit to fingerprinting and other identification procedures as required by law and **I HAVE BEEN ADVISED THAT I MUST SUBMIT TO FINGERPRINTING AND OTHER IDENTIFICATION PROCEDURES.**

Signature: _____ Time / Date: _____

The Courthouse is accessible to those with disabilities. Please notify the Court if you require assistance.

Distribution:  Family Part,   Plaintiff,   Defendant,   Sheriff,   Other   _____

Revised: 11/2014, CN: 10211 (DVFRO)