# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **NEXTGEAR CAPITAL, INC.,** : | |
| : | |
| **Plaintiff** : | CIVIL ACTION NO. 3:18-1617 |
| : | |
| v : | (JUDGE MANNION) |
| **ANTONIO L. GUTIERREZ and PAUL GUTIERREZ,** : | |
| : | |
| **Defendants** | |

## ORDER

In accordance with the memorandum issued this same day, **IT IS HEREBY ORDERED THAT:**

**(1)** Paul Gutierrez's motion to dismiss, **(Doc. 9)**, NextGear's complaint, **(Doc. 1)**, is **GRANTED IN PART** and **DENIED IN PART**;

**(2)** Paul Gutierrez's motion to dismiss is **GRANTED** for lack of personal jurisdiction with respect to Count III of NextGear's complaint, **(Doc. 1)**, conversion claim and this claim is **DISMISSED**;

**(3)** Paul Gutierrez's motion to dismiss is **DENIED** with respect to Count I of NextGear's complaint, **(Doc. 1)**, fraudulent transfer claim regarding the Pocono's Property; and

**(4)** Paul Gutierrez's is directed to file his answer to Count I of NextGear's complaint, **(Doc. 1)**, fraudulent transfer claim,

within **14 days** of the date of this Order.

s/ *Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**Date: April 29, 2019**

18-1617-01-ORDER.wpd