**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **NEXTGEAR CAPITAL, INC.,** : | |
| : | |
| **Plaintiff** : | CIVIL ACTION NO. 3:18-1617 |
| : | |
| v : | |
| : | (JUDGE MANNION) |
| **ANTONIO L. GUTIERREZ and** | |
| **PAUL GUTIERREZ,** : | |
| : | |
| **Defendants** | |

## ORDER

In accordance with the memorandum issued this same day, **IT IS HEREBY ORDERED THAT:**

**(1)** Antonio Gutierrez's motion to set aside the default entered against him, **(Doc. 20)**, is **GRANTED**, and the clerk of court is directed to **VACATE** the entry of default, **(Doc. 8)**, as against Antonio Gutierrez;

**(2)** Antonio Gutierrez's motion to dismiss, **(Doc. 20)**, NextGear's complaint, **(Doc. 1)**, is **GRANTED IN PART** and **DENIED IN PART**;

**(3)** Antonio Gutierrez's motion to dismiss is **GRANTED** for lack of personal jurisdiction with respect to Count IV of NextGear's complaint, **(Doc. 1)**, conversion claim, and this claim is **DISMISSED**;

**(4)** Antonio Gutierrez's motion to dismiss is **DENIED** with respect to

Count II of NextGear's complaint, **(Doc. 1)**, fraudulent transfer claim regarding the Poconos Property; and

**(5)** Antonio Gutierrez's is directed to file his answer to Count II of NextGear's complaint, **(Doc. 1)**, fraudulent transfer claim, within **14 days** of the date of this Order.

s/ *Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**Date: April 29, 2019**
18-1617-02-ORDER.wpd