## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| NEXTGEAR CAPITAL, INC., | : CIVIL ACTION |
| Plaintiff, | : CASE NO.: 3:18-cv-01617 |
| v. | : (Judge Mannion) |
| ANTONIO L. GUTIERREZ; PAUL GUTIERREZ, | : ELECTRONICALLY FILED |
| Defendants. | : **DECLARATION OF NICHOLAS M. GAUNCE, ESQ.** |

I, Nicholas M. Gaunce, Esq., of full age, hereby declare:

1. I am an attorney-at-law of the Commonwealth of Pennsylvania, along with being admitted to the bar of the above court. I am a member of the law firm of Eckert Seamans Cherin & Mellott, LLC, attorneys for the plaintiff, NextGear Capital, Inc. ("NextGear"). I have worked as co-counsel in regard to NextGear's claims against Antonio Gutierrez, The Luxury Haus, Inc. ("LHI"), and now Paul Gutierrez since 2016. I make this declaration based upon personal knowledge and in support of NextGear's current motion.

2. Attached as Exhibit "A" is a copy of a Praecipe for *Lis Pendens* that I caused to be recorded in the Monroe County Land Recorder's Office.

3. Attached as Exhibit "B" is a copy of an October 22, 2014 letter that was authored by personnel of LHI that NextGear obtained in post-judgment discovery conducted against Defendant, Antonio Gutierrez.

4. Attached as Exhibit "C" is a copy of a check written on LHI's bank account.

5. Attached as Exhibit "D" is a copy of the file provided by Defendants' real estate lawyers in response to a subpoena.

1

2

      6.      Attached as Exhibit "E" is a copy of a retrospective appraisal completed by James Wilkins.

      7.      Attached as Exhibit "F" is a copy of an appraisal of present value completed by James Wilkins.

      8.      Attached as Exhibit "G" is a copy of NextGear's Requests for Admissions served upon each defendant on June 12, 2019.

      9.      Attached as Exhibit "H" is a copy of a July 15, 2019 letter received by the undersigned.

      10.      Attached as Exhibit "I" is a copy of a letter received from a local realtor, James Galligan, agreeing to act as a receiver in this case.

Pursuant to 28 *U.S.C.* § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

By:   /s/ Nicholas M. Gaunce
        Nicholas M. Gaunce

Dated:  September 19, 2019