EXHIBIT A

X 30
3N

17|5∑|1|33
Stroud Twp.

**ECKERT SEAMANS CHERIN & MELLOTT, LLC**
By:    Nicholas M. Gaunce, Esq. (Pa Attorney Id. No. 206228)
Physical Address: 2000 Lenox Drive, suite 203, Lawrenceville, NJ 08648
Mailing Address: P.O. Box 5404, Princeton, NJ 08543
Telephone: (609)392-2100
E-mail: ngaunce@eckertseamans.com
(609) 989-5058 (Telephone)
(609) 392-7956 (Fax)

IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| NEXTGEAR CAPITAL, INC., | CIVIL DIVISION |
| Plaintiff, | No.   3:18-cv-01617-MEM |
| vs. | |
| ANTONIO L. GUTIERREZ; PAUL GUTIERREZ, | |
| Defendants. | |

## PRAECIPE FOR LIS PENDENS

TO THE DIRECTOR, DEPARTMENT OF COURT RECORDS, CIVIL DIVISION:

Please index the above-captioned action as a lis pendens against the following real property and all assets thereon:

ALL THAT CERTAIN Lot or lots, parcel or piece of ground situate in the Township of Stroud, Monroe County, Commonwealth of Pennsylvania, being Lot No. 33, Section II, as is more particularly set forth on the Plot Map of Cranberry Hill Corporation, Penn Estates, as same is duly recorded in the Office for the Recording of Deeds, etc., Stroudsburg, Monroe County, Pennsylvania in Plat Book Volume 32, Page(s) 123, 125.

UNDER AND SUBJECT, nevertheless, to all reservations, restrictions, covenants, conditions, easements, leases and rights of way appearing of record.

BEING the same premises which William E. Moore and Victoria L. Moore, husband and wife, by Deed dated 02/16/2002 and recorded 03/28/2002 in the Office of the Recorder of Deeds in and for Monroe County, Pennsylvania, Instrument No. 200213710, Book 2118, Page 4988, granted and conveyed unto Carlos E. Andagana and Jeanneth C. Gonzalez, as joint tenants with the right of survivorship.

Certified from the record
Date October 1, 2018
Peter J. Welsh, Acting Clerk
Per _____
Deputy Clerk

TOGETHER WITH all and singular the buildings and improvements, ways, streets, alleys, driveways, passages, waters, water-courses, rights liberties, privileges, hereditaments, and appurtenances, whatsoever unto the hereby granted premises belonging, or in anywise appertaining, and the reversions and remainders, rents, issues, and profits thereof; and all of the estate, right, title, interest, property, claim and demand whatsoever of them the grantor, as well at law as in equity, of, in and to the same.

TO HAVE AND TO HOLD the said lot or piece of ground described above, with the buildings and improvements thereon erected, hereditaments and premises hereby granted, or mentioned and intended so to be, with the appurtenances, unto the said Grantees, their heirs and assigns, to and for the only proper use and behoof of the said Grantees, their heirs and assigns forever.

Parcel No      17/15E/1/33
PIN: 17638204921888
Property address known as 5334 Delia Terrace, East Stroudsburg, PA 18301

Current/Prior Deed Reference    Deed from Antonio Luis Gutierrez to Paul Gutierrez dated September 28, 2016 recorded on October 4, 2016 at Book 2479, Page 1455.

        Respectfully submitted,

        /s/ Nicholas M. Gaunce
        Nicholas M. Gaunce
        Pa. I.D. No. 206228

        ECKERT SEAMANS CHERIN & MELLOTT, LLC
        2000 Lenox Drive
        Suite 203, Lawrenceville, NJ 08648
        (609) 989-5058
        ngaunce@eckertseamans.com
        *Attorneys for Plaintiff, NextGear Capital, Inc.*

Dated: September 27, 2018

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing PRAECIPE FOR LIS PENDENS, filed by Nextgear Capital, Inc., was served on the defendants of record via personal service on or about September 27, 2018:

>Antonio L. Gutierrez
>100 Alexander Way
>Edgewater, NJ 07020

>- and -

>Paul Guiterrrez
>361 Maple Street
>Moonachie, NJ 07074


>/s/ Nicholas M. Gaunce
>Nicholas M. Gaunce, Esq.

Dated: September 27, 2018



# COUNTY OF MONROE

**RECORDER OF DEEDS**
**610 MONROE STREET**
**SUITE 125**
**STROUDSBURG, PA  18360**
Area Code (570) 517-3969

Josephine Ferro - Recorder

Instrument Number - 201823870                     Book - 2517   Starting Page - 9048
Recorded On 10/3/2018 At 4:11:30 PM              * Total Pages - 4
* Instrument Type - MISCELLANEOUS INSTRUMENT
  Invoice Number - 761982
* Grantor - GUTIERREZ, ANTONIO L
* Grantee - NEXTGEAR CAPITAL INC
  User -  FRC
* Customer - ECKERT SEAMANS CHERIN & MELLOTT
* FEES

| | |
|---|---|
| STATE WRIT TAX | $0.50 |
| RECORDING FEES | $13.00 |
| COUNTY ARCHIVES FEE | $2.00 |
| ROD ARCHIVES FEE | $3.00 |
| TAX CODE CERTIFICATION FEES | $10.00 |
| TOTAL PAID | $28.50 |

RETURN DOCUMENT TO:
ECKERT SEAMANS CHERIN & MELLOTT
2000 LENOX DRIVE
SUITE 203
LAWRENCEVILLE, NJ 08648

MC GIS Registry UPI Certification
On October 3, 2018 By JG

TAX ID #
 17/15E/1/33
Total Tax IDs: 1



I Hereby CERTIFY that this document is recorded in the Recorder's Office of Monroe County, Pennsylvania

*Josephine Ferro*

**THIS IS A CERTIFICATION PAGE**

# Do Not Detach

**THIS PAGE IS NOW THE LAST PAGE
OF THIS LEGAL DOCUMENT**

\* - Information denoted by an asterisk may change during
the verification process and may not be reflected on this page.

0638D0

Book: **2517**  Page: **9051**