# EXHIBIT B


**WHERE THE CARS ARE THE STARS**

October 22, 2014

**To whom it may concern**

Paul Gutierrez work in the capacity of General Manager at this organization since June 1, 2012. He is holding a permanent position and have a potential for future growth.

If you would like additional information about Paul, You may call me at 201 731 4431.

Sincerely

Nick Ratnayake   10/22

H.R Director

335 Grand Avenue, Leonia, New Jersey, NJ 07605  |  P:201.346.9700  |  F:201.346.9702  |Theluxuryhaus.com