# EXHIBIT C

| | | |
|---|---|---|
| **FREEDOM BANK**<br>99 West Essex St., 2nd Floor, Maywood, NJ, 07607<br>www.freedombanknj.com | **Treasurer's Check** | 1532<br>55-1449 / 0212<br>April 8, 2016 |

Pay to the Order of: Golden Dome Abstract     $81,404.93

Eighty-One Thousand Four Hundred Four and 93/100******************

Authorized Signature

Memo _____     Authorized Signature

⑃⑃0015 32⑃⑃ ⑃:0212144 93⑃:   3700000015⑃⑃

04082016 LANDMARK COMMUNITY,PA~051319278>

For Deposit Only
Golden Dome Abstract LLC
Escrow 2