# EXHIBIT D

① LPowl2

P13972

**To:** e.field@powletteandfield.com
**Subject:** Phone Message

Antonio Gutierrez
Cell- 201-417-8950

≠ disclosure letter

Mail the deed to him, he travels a lot
Deed transfer to his ~~mom~~
$385 + 77 → Hyatt? ~~then~~ to brother

No Mortgage
Gloria ~~Gutierrez~~? Paul Gutierrez

invoice
disclosure letter
address for Gloria    1063 82nd Street
                      North Bergen NJ ~~0705~~ 07047

address for Antonio   361 Maple Street
                      Moonachie NJ 07074

Paul Gutierrez
361 Maple St.

9/14/16 transfer to brother instead.

1



# POWLETTE & FIELD, LLC
### ATTORNEYS AT LAW

508 Park Avenue, Stroudsburg, Pennsylvania 18360

Elizabeth M. Field, Esq.
-------------------------------------------
Louis D. Powlette, Esq., Of Counsel

Phone (570) 424-8037
Fax (570) 424-0920
LPOWL2@PTD.NET

June 21, 2016

Antonio Gutierrez
Paul Gutierrez
361 Maple Street
Moonachie, NJ 07074

RE: Deed Preparation

Dear Antonio:

This is to confirm that you engaged the services of this office is to prepare and record a deed for the purpose of transferring ownership of real estate located in Stroud Township, Monroe County, Pennsylvania (Parcel ID No. 17/15E/1/33) into the name of Paul Gutierrez.

The scope of services to be rendered is expressly limited to the preparation and recording of the deed, and no counsel or advice is being given to any personal, domestic, tax or estate planning aspects of this transfer. This document is being prepared at the direction of Antonio Gutierrez, and it is recommended that Paul Gutierrez consult with independent counsel if he requires advice or has any questions concerning the matter.

The legal fee for this matter is $385.00. There will also a recording fee of $77.00 (There is a separate invoice accompanying this letter.)

Enclosed is the Deed. Please sign the deed and have it notarized where indicated and sign this letter confirming its contents. Please return all signed documents together with payment for services and costs.

Please note that the deed will not be recorded until we receive a signed copy of this letter and payment.

Very Truly Yours,

*Elizabeth M. Field*

Elizabeth M. Field, Esq.

EMF:sc

RECEIPT ACKNOWLEDGED

_____
Antonio Luis Gutierrez

_____
Paul Gutierrez



November 2, 2016

Paul Gutierrez
361 Maple Street
Moonachie, NJ  07074

Dear Paul,

    Enclosed is your deed dated 9/28/16, recorded in Record Book 2479, Page 1455.

    If you have any questions, please let me know.

                                  Very truly yours,

                                  Elizabeth M. Field, Esquire

EMF:bjw

Enclosure