# EXHIBIT H

**Borce Martinoski, LLC**
Attorney at Law
75 Essex Street  Suite 220
Hackensack, NJ 07601

Borce Martinoski                                                                 Tel:   (201) 343 7237
Admitted in NJ & NY                                                       Fax:   (201) 343 2727
martinoskilaw@gmail.com

July 15, 2019

**Via E-Mail ngaunce@eckertseamans.com**
Nicholas M. Gaunce, Esq.
Eckert Seamans
Princeton Pike Corporate Center
2000 Lenox Drive, Suite 203
Lawrenceville, NJ 08648

   Re: NextGear v. Gutierrez
      3:18-cv-01617

Dear Mr. Gaunce,

 In response to your various e-mails and letters including the July 12, 2019, I am confirming that the inspection of the said property in question is scheduled for July 19, 2019 at 1:00 PM.

 Also, I am in receipt of the initial discovery requests and I am working on answer same.  I expect to complete them within two (2) weeks.

           Respectfully,

           ***/s/ Borce Martinoski***

           Borce Martinoski

cc: Guiterrez
   Walter T. Grabowski, Esq.