# EXHIBIT I



# KELLER WILLIAMS
REAL ESTATE

Re: 5334 Delia Terrace, East Stroudsburg, PA 18301

Paul Gutierrez & Antoine Luis Gutierrez

Dear Attorney Nicholas M. Gaunce,

Thank you for contacting me in reference to the subject property located at 5334 Delia Terrace in Penn Estates community in East Stroudsburg in Monroe County, PA.

My wife Amy and I head a full time Real Estate team of 13 professionals, 12 of which are fully licensed with Keller Williams Real Estate in Stroudsburg, PA. I am local to Stroudsburg and have been a full time Realtor for over 18 years.

Our Team is comprised of specialized roles, me being the Team Leader and Listing Specialist, 5 Full Time Buyer Specialists, a Marketing Coordinator, a Listing Manager and 2 Transaction Coordinators. We would be more than capable to assist you in the sale of this property and are very familiar with the Penn Estates community and market.

We utilize 2 local MLS Systems, use over 300 different Internet Sites, Social Media Outlets and Blog Platforms to target the Local, NY & NJ buyer markets. We have successfully sold over 50 homes in Penn Estates during our career.

We do work on a 6% commission of the total purchase price in which we offer a 50/50 co brokering spilt of the total commission at settlement. There are no additional service fees or costs that we charge and there is no fee due until a successful closing.

Please let me know how I may be able to be of further assistance.

Sincerely,

Jim Galligan

*(signature)*