UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

_____

| | : | |
|---|---|---|
| NEXTGEAR CAPITAL, INC. | : | CIVIL ACTION |
| | : | |
| Plaintiffs | : | 3:18-CV-01617-MEM |
| | : | |
| vs. | : | |
| | : | |
| ANTONIO L. GUTIERREZ, PAUL GUTIERREZ, | : | |
| | : | |
| Defendants. | : | |

_____

### **ORDER**

AND NOW, this _____ day of _____, 2019, upon Defendants ANTONIO L. GUTIERREZ and PAUL GUTIERREZ's Motion to Extend Time to Respond to the Plaintiff's Motion for Summary Judgment Motion to October 31, 2019, the motion is GRANTED. Defendants', Anthony L. Gutierrez and Paul Gutierrez, response to Plaintiff's Motion for Summary Judgment shall be filed on or before October 31, 2019.

BY THE COURT:

_____
MALACHY E. MANNION
United States District Judge

Dated:   October _____, 2019