UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| NEXTGEAR CAPITAL, INC. | : | CIVIL ACTION |
| Plaintiffs | : | 3:18-CV-01617-MEM |
| vs. | : | |
| ANTONIO L. GUTIERREZ, PAUL GUTIERREZ, | : | |
| Defendants. | : | |

## ORDER

AND NOW, this 9th day of October, 2019, upon Defendants ANTONIO L. GUTIERREZ and PAUL GUTIERREZ's Motion to Extend Time to Respond to the Plaintiff's Motion for Summary Judgment Motion to October 31, 2019, the motion is GRANTED. Defendants', Anthony L. Gutierrez and Paul Gutierrez, response to Plaintiff's Motion for Summary Judgment shall be filed on or before October 31, 2019.

BY THE COURT:

MALACHY E. MANNION
United States District Judge