# EXHIBIT L

6/5/2015　　　　　　　　　　　　　　　　MERGED INFILE CREDIT REPORT

# CONSUMER EXPLANATION LETTER

| | |
|---|---|
| FILE #: <br> REFERENCE #: ▮ <br> APPLICANT: GUTIERREZ, PAUL <br> CO-APPLICANT: GUTIERREZ, KARINA G <br> ADDRESS: 1003 82ND STREET <br> NORTH BERGEN, NJ 07047 <br> RE: CREDIT ACCOUNTS AND INQUIRIES | CREDIT REPORT PROVIDED BY: <br> CREDIT PLUS <br> 31550 WINTERPLACE PKWY <br> SALISBURY, MD 21804 <br> VOICE: (800) 258-3488 <br> FAX (800) 258-3287 |

Dear Applicant,

A copy of your credit report has been provided to HOME POINT FINANCIAL CORPORATION in association with your recent application.

A brief statement may be required by HOME POINT FINANCIAL CORPORATION to explain credit accounts which indicate a past due credit history status, public record items, addresses, and/or credit inquiries*. Please write your explanation below. If additional space is required, use the reverse side of this letter. Please mail or deliver this form to HOME POINT FINANCIAL CORPORATION promptly. If you are unsure of the explanation(s) required, please contact HOME POINT FINANCIAL CORPORATION.

IT IS VERY IMPORTANT that you respond to HOME POINT FINANCIAL CORPORATION IN WRITING as soon as possible regarding any items listed below. Please DO NOT send your response to CREDIT PLUS.

Please return this letter to:　HOME POINT FINANCIAL CORPORATION
　　　　　　　　　　　　　　9 ENTIN ROAD SUITE 200
　　　　　　　　　　　　　　PARSIPPANY, NJ 07054
　　　　　　　　　　　　　　Phone: 9735856100

* A credit inquiry indicates that a credit grantor has obtained a copy of your credit report. Please indicate if you have applied for credit with the noted firm, if you currently have an account, if credit was denied with the noted firm, or if the inquiry was for employment report.

Your credit information has been provided by the following organizations. If you so desire, you can contact us or them to dispute items on your credit report:

| TRANSUNION | EXPERIAN | EQUIFAX |
|---|---|---|
| PO BOX 1000 | PO BOX 2002 | PO BOX 740241 |
| CHESTER, PA 19022 | ALLEN, TX 75013 | ATLANTA, GA 30374 |
| 800-888-4213 | 888-397-3742 | 800-685-1111 |
| transunion.com/myoptions | www.experian.com | www.equifax.com/fcra |

The credit bureau or credit agency plays no part in the decision to take any action on your application request, and is unable to provide you with specific reasons for the decision on an application.

U.S. Criminal Code, Section 1010, Title 18, U.S.C., "Department of Housing and Urban Development and Federal Housing Administration transactions", Provides in part: "Whoever, for the purpose of . . . influencing in any way the action of such Department . . . makes, passes, utters, or publishes any statement, knowing the same to be false . . . shall be fined not more than $5,000 or imprisoned not more than two years or both."

001

CAR ONE

ACCOUNT INFORMATION

EXPLANATION:

OUTCOME:　DISCHARGED

6/5/2015            MERGED INFILE CREDIT REPORT

**CAP ONE**

SUBSCRIBER REPORTS DISPUTE RESOLVED-CONSUMER DISAGREES; ACCOUNT INFORMATION DISPUTED BY CONSUMER

EXPLANATION:

OUTCOME: *SETTLED*

**CAPITAL ONE BANK USA**

EXPLANATION:

OUTCOME: *CURRENT*

**CHASE**

SETTLED FOR LESS THAN FULL BALANCE; ACCOUNT INFORMATION DISPUTED BY CONSUMER

EXPLANATION:

OUTCOME: *SETTLED*

**CHASE CARD**

ACCOUNT INFORMATION DISPUTED BY CONSUMER

EXPLANATION:

OUTCOME: *SETTLED*

**CREDIT ONE BANK NA**

PURCHASED BY ANOTHER LENDER; BANKRUPTCY CHAPTER 7; SOLD TO SOLD TO ANOTHER LENDER

EXPLANATION:

OUTCOME: *DISCHARGED*

6/5/2015          MERGED INFILE CREDIT REPORT

**007**

**VW CREDIT**

EXPLANATION:

OUTCOME: PAID

**008**

**1ST SAV CC**

BANKRUPTCY CHAPTER 7

EXPLANATION:

OUTCOME: DISCHARGED

**009**

ECOA / WHOSE

**CAP ONE**

BANKRUPTCY CHAPTER 7; ACCOUNT CLOSED BY CREDIT GRANTOR; ACCOUNT PREVIOUSLY IN DISPUTE-NOW RESOLVED-REPORTED BY SUBSCRIBER

EXPLANATION:

OUTCOME: DISCHARGED

**010**

ECOA / WHOSE

**CAP ONE**

BANKRUPTCY CHAPTER 7; ACCOUNT CLOSED BY CREDIT GRANTOR; ACCOUNT PREVIOUSLY IN DISPUTE-NOW RESOLVED-REPORTED BY SUBSCRIBER

EXPLANATION:

OUTCOME: DISCHARGED

6/5/2015

MERGED INFILE CREDIT REPORT

**CAP ONE**

**BANKRUPTCY CHAPTER 7**

EXPLANATION:

OUTCOME:

## PUBLIC RECORDS

001

**HUDSON COUNTY CLERK**

EXPLANATION:

OUTCOME: *SATISFIED*

002

**US BKPT CT NJ NEWARK**
**Docket #: 0937622NLW**

EXPLANATION:

OUTCOME: *DISCHARGED*

## ADDRESSES

| Address | Time Frame | Do You Currently Own This Property? |
|---|---|---|
| 001. 1003 82ND ST, NORTH BERGEN, NJ 07047 | 12/10 - 04/14 | ○ YES ● NO |
| Explanation: *Rent* | | |
| 002. 1003 82ND ST, NORTH BERGEN, NJ 07047 | 10/09 - 04/15 | ○ YES ✓ NO |
| Explanation: *RENT* | | |
| 003. 1003 82ND STREET, NORTH BERGEN, NJ 07047 | CURRENT | ○ YES ✓ NO |
| Explanation: *RENT* | | |

6/5/2015     MERGED INFILE CREDIT REPORT

| # | Address | Dates | Current |  |
|---|---|---|---|---|
| 004. | 1003 82ND STREET, NORTH BERGEN, NJ 07047 | CURRENT | | ○ YES ✓ NO |

Explanation:

**RENT**

| 005. | 1050 E RAY RD A5403, CHANDLER, AZ 85225 | 12/10 – 12/10 | | ○ YES ✓ NO |

Explanation:

**WORK**

| 006. | 17239 SHAVANO RNCH, SAN ANTONIO, TX 78257 | 05/14 – 05/14 | | ○ YES ✓ NO |

Explanation:

**RENT**

| 007. | 17239 SHAVANO RNCH, SAN ANTONIO, TX 78257 | 04/10 – 09/12 | | ○ YES ✓ NO |

Explanation:

**RENT**

| 008. | 33 6TH ST, HERMOSA BEACH, CA 90254 | 12/13 – 09/14 | | ○ YES ✓ NO |

Explanation:

**WORK**

| 009. | 361 MAPLE ST APT PH, MOONACHIE, NJ 07074 | 05/14 – 04/15 | | ○ YES ✓ NO |

Explanation:

**RENT**

| 010. | 361 MAPLE ST, MOONACHIE, NJ 07074 | 04/14 – 03/15 | | ○ YES ✓ NO |

Explanation:

**RENT**

| 011. | 361 MAPLE ST, MOONACHIE, NJ 07074 | 04/14 – 04/14 | | ○ YES ✓ NO |

Explanation:

**RENT**

| 012. | 5334 DELIA TER, EAST STROUDSBURG, PA 18301 | 10/14 – 04/15 | | ○ YES ✓ NO |

Explanation:

**IN laws**

6/5/2015                      MERGED INFILE CREDIT REPORT

**CO-APPLICANT**

| Name | Explanation |
|---|---|
| 001. KARIN A GUTIERREZ | |
| 002. KARINA G ANDAGANA | |

*** 4/27/2015 12:44:16 PM ***

Borrower Signature _____  Date 6/12/2015

Co-borrower Signature _____  Date 6/12/2015

** REMIT ALL CORRESPONDENCE TO:      HOME POINT FINANCIAL CORPORATION
9 ENTIN ROAD SUITE 200
PARSIPPANY, NJ 07054