# EXHIBIT Q

# OUTGOING WIRE TRANSFER TRANSACTION FORM

DATE OF REQUEST: 4/8/2016  AMOUNT: $73,605.69

ORIGINATOR NAME: Golden Dome Abstract  ADDRESS: 310 Spruce Street, Suite 201 Scranton PA

ORIGINATOR'S ACCT NO.: ▮  PHONE NUMBER: 570-955-0055

By signing below you authorize Landmark Community Bank to charge your account for the amount of this wire and applicable wire fee.

All wire requests received after 3:30 pm will be processed the next business day.

Landmark Community Bank is not responsible for fees incurred for incorrect information given.

ORIGINATOR'S SIGNATURE: [signature]

## DOMESTIC WIRES                                                    FEE- $20.00

BENEFICIARY BANK ABA #: ▮  BANK NAME: Bank of America

BENEFICIARY ACCT NO: ▮3511

BENEFICIARY'S NAME: Ditech Financial, LLC  ADDRESS:

FURTHER CREDIT TO/REFERENCE INFORMATION: ▮00, 5334 Delia Terrace, East Stroudsburg, PA 18301

## INTERNATIONAL WIRES (International wires only)                    FEE- $40.00

INTERNATIONAL BANK ABA #:  SWIFT CODE:

INTERNATIONAL BANK NAME:

INTERNATIONAL BANK ADDRESS:

U.S. CORRESPONDING BANK ABA # (if applicable)

U.S. CORRESPONDING BANK (if applicable)

U.S. CORRESPONDING BANK ADDRESS (if applicable)

MEMO REFERENCE

## LANDMARK COMMUNITY BANK INTERNAL USE ONLY

Date Received:  OFAC By:

Available Balance:  Wire Entered By:

Fee Charged  Wired Verified By:

Entries By:  Date Processed

If verbal verification was performed on recorded line:

Spoke To:  PIN Verified: ☐ Yes  ☐ No

Customer present in branch: ☐ Yes ☐ No  Bank Representative