# EXHIBIT R

Prepared By:
E.Lance/NTC, 2100 Alt. 19 North,
Palm Harbor, FL 34683
(800)346-9152

Return To:
Ditech Financial LLC
C/O Nationwide Title Clearing, Inc.
2100 Alt. 19 North
Palm Harbor, FL 34683

**Loan #:** ▓▓▓5739
Tax Code/PIN: 17/15E/1/33

## MORTGAGE SATISFACTION PIECE

Mortgagor: **CARLOS E. ANDAGANA AND JEANNETH C. GONZALEZ**
Mortgagee: **MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. AS NOMINEE FOR GMAC MORTGAGE CORPORATION, ITS SUCCESSORS AND ASSIGNS**
Last Assignee: **DITECH FINANCIAL LLC F/K/A GREEN TREE SERVICING LLC**
Date of Mortgage: 03/27/2002   Original Mortgage Debt: $176,000.00   Mortgage recorded on 03/28/2002, in the Office of the Recorder of Deeds of **MONROE** County, **Pennsylvania**, in **Book 2118, Page 4991 and Instrument # 200212711**.

Property is commonly known as: 33 LINWOOD DRIVE STROUD TOWNSHIP, EAST STROUDSBURG, PA 18301.

The undersigned hereby certifies that the debt secured by the above mentioned Mortgage has been fully paid or otherwise discharged and that upon the recording hereof said Mortgage shall be and is hereby fully and forever satisfied and discharged.

The undersigned hereby certifies that **DITECH FINANCIAL LLC F/K/A GREEN TREE SERVICING LLC** is the holder of the above mentioned Mortgage and hereby authorizes the Recorder of Deeds of said county to discharge the Mortgage of record.

Witness the due execution hereof with the intent to be legally bound.

**this 20th day of June in the year 2016**
**DITECH FINANCIAL LLC F/K/A GREEN TREE SERVICING LLC**

By: _Susan Schotsch_
**SUSAN SCHOTSCH**
**VICE PRESIDENT**

All persons whose signatures appear above have qualified authority to sign and have reviewed this document and supporting documentation prior to signing.




Loan #: ███5739

STATE OF FLORIDA
COUNTY OF PINELLAS

The foregoing instrument was acknowledged before me on this 20th day of June in the year 2016, by Susan Schotsch as VICE PRESIDENT of DITECH FINANCIAL LLC F/K/A GREEN TREE SERVICING LLC, who, as such VICE PRESIDENT being authorized to do so, executed the foregoing instrument for the purposes therein contained. He/she/they is (are) personally known to me.

*[signature]*

NICOLE BALDWIN
COMM EXPIRES: 08/05/2016



Nicole Baldwin
Notary Public State of Florida
My Commission # EE 222285
Expires August 5, 2016

Mortgagor:
**CARLOS E. ANDAGANA AND JEANNETH C. GONZALEZ**
Mortgagee:
**DITECH FINANCIAL LLC F/K/A GREEN TREE SERVICING LLC**

**When Recorded Return To:**
Ditech Financial LLC
C/O Nationwide Title Clearing, Inc. 2100 Alt. 19 North
Palm Harbor, FL 34683

All that certain lot or piece of ground situated in MONROE County, Pennsylvania
Mortgage Premise: 33 LINWOOD DRIVE STROUD TOWNSHIP
EAST STROUDSBURG, PA 18301
MONROE
(Borough or Township, if stated), Commonwealth of Pennsylvania.
Being more particularly described in said Mortgage.

It is hereby certified that
**DITECH FINANCIAL LLC F/K/A GREEN TREE SERVICING LLC**
principal place of business is:
7360 SOUTH KYRENE RD., T324
TEMPE, AZ 85283




# COUNTY OF MONROE



**RECORDER OF DEEDS
610 MONROE STREET
SUITE 125
STROUDSBURG, PA 18360**
Area Code (570) 517-3969

Josephine Ferro - Recorder

| | |
|---|---|
| Instrument Number - 201614312 | Book - 2473   Starting Page - 3270 |
| Recorded On 6/21/2016 At 8:54:34 AM | * Total Pages - 3 |

* Instrument Type - SATISFACTION PIECE
Invoice Number - 710588
* Grantor - DITECH FINANCIAL LLC
* Grantee - ANDAGANA, CARLOS E
User - FRC
* Customer - SIMPLIFILE LC E-RECORDING

* <u>FEES</u>

| | |
|---|---|
| STATE WRIT TAX | $0.50 |
| JCS/ACCESS TO JUSTICE | $35.50 |
| RECORDING FEES | $13.00 |
| COUNTY ARCHIVES FEE | $2.00 |
| ROD ARCHIVES FEE | $3.00 |
| TAX CODE CERTIFICATION FEES | $10.00 |
| TOTAL PAID | $64.00 |

RETURN DOCUMENT TO:
NATIONWIDE TITLE CLEARING INC.
2100 ALTERNATE 19 N
PALM HARBOR, FL 34683

MC GIS Registry UPI Certification
On June 21, 2016 By CAB

TAX ID #
17/15E/1/33
Total Tax IDs: 1



I Hereby CERTIFY that this document is recorded in the Recorder's Office of Monroe County, Pennsylvania

*Josephine Ferro*

## THIS IS A CERTIFICATION PAGE

# <u>Do Not Detach</u>

### THIS PAGE IS NOW THE LAST PAGE OF THIS LEGAL DOCUMENT

\* - Information denoted by an asterisk may change during the verification process and may not be reflected on this page.

054493


Book: **2473** Page: **3272**