UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

NEXTGEAR CAPITAL, INC., :

    Plaintiff : CIVIL ACTION NO. 3:18-1617

    v :
                          (JUDGE MANNION)

ANTONIO L. GUTIERREZ and :
PAUL GUTIERREZ,
                          :

    Defendants :

## ORDER

In accordance with the Memorandum issued this date, **IT IS HEREBY ORDERED THAT**:

1. The motion for summary judgment, filed on behalf of Plaintiff NextGear (Doc. 40), is **GRANTED**.

2. The motion for the appointment of a receiver, filed on behalf of Plaintiff NextGear (Doc. 40), is **GRANTED**.

3. The motion seeking a preliminary injunction barring the further disposition of the Poconos Property by the Defendants, filed on behalf of Plaintiff NextGear (Doc. 40), is **GRANTED**.

4. Plaintiff NextGear's motion for the entry of a monetary judgment against defendant Paul Gutierrez (Doc. 40) is **DENIED**.

*s/ Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

Dated: May 26, 2021
18-18-1617-03-ORDER