AO 450 (Rev1/09)   Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
## for the
## MIDDLE DISTRICT OF PENNSYLVANIA

Next Gear Capital, Inc.              3:18-cv-1617

                                (Judge Mannion)

    Plaintiff
v.

**FILED
SCRANTON

OCT 12 2021

PER_____
DEPUTY CLERK**

Antonio L. Gutierrez and
Paul Gutierrez
    Defendants

## JUDGMENT IN A CIVIL ACTION

[ ] **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict on _____

[X] **Decision by Court.** This action came to trial or hearing before the court. The issues have been tried or heard and a decision has been rendered.

    Summary Judgment be and is hereby entered in favor of the Plaintiff, Next Gear Capital, Inc., and against the defendants, Antonio L. Gutierrez and Paul Gutierrez, per Memorandum and Order issued May 26, 2021.

                                        PETER J. WELSH
                                        Clerk of Court

October 12, 2021
Date

                                        Deputy Clerk